ANDERSON KILL & OLICK, P.C.
R. Mark Keenan (RK 7617)
Greg Hansen (GH 3516)
1251 Avenue of the Americas
New York, New York 10024
(212) 278-1000

Attorneys for Plaintiffs
Sea Trade Maritime Corporation
George Peters

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEA TRADE MARITIME CORPORATION
And GEORGE PETERS,

                      Plaintiff,

-against-

STELIOS COUTSODONTIS, FRANCESA
ELENI COUTSODONTIS, GENERAL
MARITIME ENTERPRISES
CORPORATION, ATTIKA
INTERNATIONAL NAVIGATION S.A. and
IASON SHIPPING LTD.

                      Defendant.

Civil Action No. 09 CIV 00488(BSJ)

---

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Writ: AMENDED COMPLAINT; AMENDED SUMMONS IN A CIVIL CASE

      The United States District Court, Southern District of New York presents its compliments to the appropriate Judicial Authority in Malta and requests international judicial assistance to effect service of process upon a named Defendant in the above captioned civil proceeding currently pending before this court. This court requests the assistance described herein as necessary in the interests of justice.

It has been represented to this Court that Defendant IASON SHIPPING LTD. is doing business at the following address:

       171 Old Bakery St.
       Valletta, Malta

  The Court respectfully requests that you cause one copy of the accompanying documents – AMENDED COMPLAINT and AMENDED SUMMONS IN A CIVIL CASE to be served upon IASON SHIPPING LTD. at the above described address in the manner prescribed for a service of similar documents under the laws of Malta. This Court further requests that, after service has been made, you cause the person who serves the documents upon IASON SHIPPING LTD. to execute a Certificate of Service and return it, together with a copy of the documents served, to this court at the address below.

  The Attorneys for the Plaintiffs stands ready to reimburse your authority for all expenses incurred in executing this request for international judicial assistance. This court also assures your authority that it will reciprocate with similar assistance in like cases.

  The court extends to the judicial authorities in Malta the assurances of its highest consideration.

May 15, 2009
Date

Honorable Barbara S. Jones
United States Courthouse
500 Pearl Street
New York, NY 10007-1312