UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEA TRADE MARITIME CORPORATION and
GEORGE PETERS,

                Plaintiffs,

v.

STELIOS COUTSODONTIS, FRANCESA
ELENI COUTSODONTIS, GENERAL
MARITIME ENTERPRISES CORPORATION,
ATTIKA INTERNATIONAL NAVIGATION SA,
IASON SHIPPING LTD., PINTO SHIPPING
LTD. and KARTERIA SHIPPING LTD.,

                Defendants.

Civil Action No.: 09 CIV 00488 (BSJ)(HJP)

**AFFIDAVIT OF SERVICE**

NYDOCS1-958665.1

Αριθμός πρωτοκόλλου της υπηρεσίας διαβίβασης:
Reference No of the transmitting agency: 24-4-2009
Numero de reference de l' entite d' origine:

Αριθμός πρωτοκόλλου της υπηρεσίας παραλαβής:
Reference No of the receiving agency: 7716/2009
Numero de reference de l' entite requise:

### ΠΙΣΤΟΠΟΙΗΤΙΚΟ
### CERTIFICATE
### ATTESTATION

Η κατωτέρω υπογράφουσα Αρχή έχει την τιμή να βεβαιώσει, σύμφωνα με το άρθρο 6 της Σύμβασης.
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.
L' autorité soussignée á l'honneur d' attester conformément á l' article 6 de la dite Convention.

1) ότι το έγγραφο επιδόθηκε*
1) that the document has been served*
1) que la demande a été executée*

- την (ημερομηνία)
- the (date) **18-9-2009**
- la (date)

- στ   (τόπος, οδός, αριθμός)
- at (place, street, number)   **Piraeus, 57 Akti Miaouli str.**
- á (localité, rue, numéro)    **the company «GENERAL MARITIME ENTERPRISES CORP.»**

- κατά μια από τις ακόλουθες μεθόδους , που προβλέπονται από το άρθρο 5:
- in one of the following methods authorised by article 5:
- dans une formes suivantes prévues á l' article 5:

(α) σύμφωνα με την ευχέρεια της υποπαραγράφου α της πρώτης παραγράφου του άρθρου 5 της Σύμβασης*
(a) in accordance with the provisions of sub-paragraph a of the first paragraph of article 5 of the Convenion*
(a) selon les formes légales (article 5, alinéa premier, lettre a) de la dite Convention*

(β) σύμφωνα με την ακόλουθη ιδιαίτερη μέθοδο*:
(b) in accordance with the following particular method*: **The court orderly did the service, accordance**
**(b)** selon la forme particuliére suivante*:                  **with local law**

(γ) δια παράδοσης στον αποδέκτη, ο οποίος το παρέλαβε εκούσια*.
(c) by delivery to the addresse, who accepted it voluntarily*.
(c) par remise simple*.

Τα έγγραφα, που αναφέρονται στην Αίτηση, επιδόθηκαν στ   :
The documents reffered to in the request have been delivered to :
Les documents mentionnés dans la demande ont été remis á :

- (ονοματεπώνυμο και περιγραφή του προσώπου)
- (identity and description of person) **NIKOLAOS KOTTAKIS**
- (identité et qualité de la personne)

- σχέση αυτού προς τον αποδέκτη (οικογενειακή, επαγγελματική ή άλλη)
- relationship to the addressee (family, business or other): **Employee of the above company**
- liens de parenté de subordination ou autres, avec la destinataire de l'acte:

2) Ότι το έγγραφο δεν επιδόθηκε, λόγω των ακόλουθων γεγονότων*:
2) That the document has not been served, by reason of the following facts*:
2) Que la demande n'a pas été exécutée, en raison des faits suivants*:

Σύμφωνα με τη δεύτερη παράγραφο του άρθρου 12 της Σύμβασης, ο Αιτών παρακαλείται να πληρώσει ή να εμβάσσει τα έξοδα που αναλύονται στην επισυναπτόμενη δήλωση.
In conformity with the second paragraph of article 12, of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément á l'article 12, alinéa 2, de la dite Convention, le requérant est prié de payer ou de rembourser les frais dont le detail figure au mémoire ci-joint.

Παραρτήματα
Annexes
Annexes

Επιστρεφόμενα έγγραφα:
Documents returned:
Piéces renvoyées:

        Έγινε στ        την
        Done at **Piraeus**    the **28-9-2009**
        Fait á        le

        Υπογραφή και/ή σφραγίδα
        Signature and/of stamp
        Signature et/ou cachet

        Constantinos Sofoulakis
        Public Prosecutor of Judges
        of First Instance Courts

Συντρέχουσας περίπτωσης, έγγραφα πιστοποιούντα την επίδοση
In appropriate cases, documents establishing the service
Le cas echeant, les documents justificatifs de l' execution

Διαγράψετε τις άχρηστες ενδείξεις
Delate of inappropriate
Rayer les mentions inutiles

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF FOREIGN AFFAIRS(GREECE)<br>DEPARTMENT OF ADMINISTRATIVE AND<br>JUDICIAL AFFAIRS<br>D-3 SECTION, DEPARTMENT 2<br>ZALAKOSTA 1, ATHENS |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**GENERAL MARITIME ENTERPRISES CORP.**
**57 AKTI MIAOULI ST.**
**185 36 PIRAUES**
**GREECE**

DOB:           Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**AMENDED COMPLAINT AND AMENDED SUMMONS IN A CIVIL CASE (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Apr 24 2009

Signature and/or stamp

**PFI** PROCESS FORWARDING INTERNATIONAL


TRACKING #: 5728778

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority:   **Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**United States of America**

Particulars of the parties:

**SEA TRADE MARITIME CORPORATION and GEORGE PETERS**   vs.   **STELIOS COUTSCDONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORPORATION, ATTIKA INTERNATIONAL NAVIGATION S.A. and IASON SHIPPING LTD.**

### JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*

   Hearing Date:

### EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a