UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>                    Plaintiffs,<br><br>v.<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORPORATION, ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD.<br><br>                    Defendants. | Civil Action No.: 09 CIV 00488 (BSJ)(HBP)<br><br>**APPEARANCE** |

To The Clerk of the District Court:

      Kindly enter my appearance as counsel in this case for Plaintiffs, Sea Trade Maritime Corporation and George Peters.

      I certify that I am admitted to practice in this court.

December 20, 2010

                                    By: _____
                                          Peter A. Halprin

                                          ANDERSON KILL & OLICK, P.C.
                                          1251 Avenue of the Americas
                                          New York, NY  10020
                                          Telephone:  212-278-1000
                                          Facsimile: 212-278-1733

                                          Attorneys for Plaintiffs