USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, et al.,     09 Civ. 488 (BSJ) (HBP)

        Plaintiff,

-against-

STELIOS COUTSODONTIS, et al.,     **STIPULATION AND ORDER**

        Defendants.
------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** that defendant GENERAL MARITIME ENTERPRISES CORPORATION shall appear, answer, or otherwise move in the above-captioned action on or before January 31, 2011; and

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation is without waiver of any rights and defenses, including but not limited to affirmative defenses of any nature whatsoever or defenses under Fed. R. Civ. P. 12(b); and

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts with the same force and effect as if it was signed as an original document, and will be effective upon original signatures of all parties on such counterparts.

Dated: New York, New York
January 4, 2011

| | |
|---|---|
| BROWN GAVALAS & FROMM LLP<br>Attorneys for Defendant<br>GENERAL MARITIME ENTERPRISES<br>CORPORATION<br><br>_____<br>Peter Skoufalos<br>355 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 983-8500 | ANDERSON KILL & OLICK P.C.<br>Attorneys for Plaintiffs<br>SEA TRADE MARITIME CORPORATION<br>and GEORGE PETERS<br><br>_____<br>R. Mark Keenan<br>1250 Avenue of the Americas<br>New York, New York 10020-1182<br>Tel: (212) 278-1000 |

**SO ORDERED:**

_____
Henry B. Pitman, U.S.M.J.
1-5-11