UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>          Plaintiffs,<br><br>     v.<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORPORATION, ATTIKA INTERNATIONAL NAVIGATION SA, IASON SHIPPING LTD., PINTO SHIPPING LTD. and KARTERIA SHIPPING LTD.,<br><br>          Defendants. | Civil Action No.: 09 CIV 00488 (BSJ)<br><br>**PLAINTIFFS' NOTICE OF MOTION TO DISQUALIFY THE LAW FIRM OF POLES TUBLIN AS COUNSEL FOR DEFENDANT COUTSODONTIS** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Peter A. Halprin, dated February 11, 2011, Plaintiffs Sea Trade Marine Corporation and George Peters hereby move this Court (Judge Henry Pitman) for an Order granting Plaintiffs' Motion to Disqualify the Law Firm of Poles Tublin as Counsel for Defendant Coutsodontis.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b), answering papers, if any, are to be served within fourteen (14) days after service of the moving papers.

Dated:  February 11, 2011          By:  /s/ Peter A. Halprin
                                        ANDERSON KILL & OLICK, P.C.
                                        R. Mark Keenan
                                        John M. O'Connor
                                        Peter A. Halprin
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        (212) 278-1000

                                        *Attorneys for Plaintiffs*
                                        *Sea Trade Maritime Corporation and*
                                        *George Peters*

NYDOCS1-961755.3