UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>                    Plaintiffs,<br><br>         v.<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORPORATION, ATTIKA INTERNATIONAL NAVIGATION SA, IASON SHIPPING LTD., PINTO SHIPPING LTD. and KARTERIA SHIPPING LTD.,<br><br>                    Defendants. | Civil Action No. 09 CIV 00488 (BSJ)<br><br>**NOTICE OF APPEARANCE** |

To The Clerk of the District Court:

　　　　Kindly enter my appearance as counsel in this case for Plaintiffs, SEA TRADE MARITIME CORPORATION and GEORGE PETERS.

　　　　I certify that I am admitted to practice in this court.

Dated:  February 15, 2011　　　　　ANDERSON KILL & OLICK, P.C.

　　　　　　　　　　　　　　By:　*/s/ Vianny M. Pichardo*
　　　　　　　　　　　　　　　　Vianny M. Pichardo, Esq.

　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY  10020
　　　　　　　　　　　　　　　　Telephone:  212-278-1000
　　　　　　　　　　　　　　　　Facsimile: 212-278-1733

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　Sea Trade Maritime Corporation and
　　　　　　　　　　　　　　　　George Peters

NYDOCS1-962029.1