UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>        Plaintiffs,<br><br>  v.<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORPORATION, ATTIKA INTERNATIONAL NAVIGATION SA, IASON SHIPPING LTD., PINTO SHIPPING LTD. and KARTERIA SHIPPING LTD.,<br><br>        Defendants. | Civil Action No.: 09 CIV 00488 (BSJ)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Peter A. Halprin (and accompanying exhibits), and Plaintiffs' Local Civil Rule 56.1(a) Statement, all dated February 16, 2011, Plaintiffs Sea Trade Marine Corporation and George Peters ("Plaintiffs") hereby move this Court (Judge Barbara S. Jones), pursuant to Federal Rule of Civil Procedure 56, for an Order granting Plaintiffs' Motion for Summary Judgment: (a) declaring that Defendant Coutsodontis does not have a shareholder interest in Sea Trade, or alternatively, (b) ordering that Defendant Coutsodontis has breached his fiduciary duties to Sea Trade and therefore must, in addition to other relief, forfeit any shareholder interest that he may have in Sea Trade.

NYDOCS1-962005.1

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Civil Procedure 56, answering papers, if any, are to be served within twenty-one (21) days after service of the moving papers.

Dated:   February 16, 2011
         New York, New York      By:  /s/ Peter A. Halprin
                                      Peter A. Halprin, Esq.

                                      Anderson Kill & Olick, P.C.
                                      1251 Avenue of the Americas
                                      New York, NY  10020
                                      Telephone:  212-278-1000

                                      Attorneys for Plaintiffs
                                      Sea Trade Maritime Corporation
                                      and George Peters