# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Peter A. Halprin, Esq.
phalprin@andersonkill.com
(212) 278-1165

**VIA FACSIMILE**

March 10, 2011

The Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/11/11

Re: Sea Trade Maritime Corp. and George Peters v.
Stelios Coutsodontis et al.;
Index No. 09 CIV 00488 (BSJ) (HBP)

Dear Judge Pitman:

We represent Plaintiffs Sea Trade Maritime Corporation ("Sea Trade") and George Peters (" Peters") (collectively "Plaintiffs") in the above-referenced action.

On February 11, 2011, we filed a motion to disqualify Poles Tublin as counsel to Defendant Stelios Coutsodontis. On March 4, 2011, we received their Opposition. On March 11, 20011, Plaintiffs' Reply is due to be filed.

Although we understand pursuant to Section 2(D) of Your Honor's individual rules that you limit reply memoranda to 10 pages, we respectfully request permission to submit a Reply that is 15 pages in length.

Respectfully submitted,

Peter A. Halprin

cc: Scott R. Johnston, Esq. (via Email)
Peter Skoufalos, Esq. (via Email)
Patrick R. O'Mea, Esq. (via Email)

APPLICATION GRANTED

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
3-10-11

NYDOCS1-963574.1

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Stamford, CT