UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEA TRADE MARITIME CORPORATION and
GEORGE PETERS,

                    No. 09 Civ. 488 (BSJ) (HBP)

*Plaintiffs*,

-against-

STELIOS COUTSODONTIS, FRANCESCA      **RULE 7.1 STATEMENT**
COUTSODONTIS, GENERAL MARITIME
ENTERPRISES CORPORATION, ATTIKA
INTERNATIONAL NAVIGATION S.A., and
IASON SHIPPING LTD.,

*Defendants*.
-----------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant GENERAL MARITIME ENTERPRISES CORPORATION certifies that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       March 17, 2011

                                      BROWN GAVALAS & FROMM LLP
                                      Attorneys for Defendant
                                      GENERAL MARITIME
                                      ENTERPRISES CORPORATION

                    By:    _____
                                      Peter Skoufalos (PS-0105)
                                      355 Lexington Avenue
                                      New York, New York 10017
                                      Tel: (212) 983-8500
                                      Fax: (212) 983-5946