BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
GENERAL MARITIME
ENTERPRISES CORPORATION
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION and
GEORGE PETERS,                                    No. 09 Civ. 488 (BSJ) (HBP)

                             *Plaintiffs*,     **NOTICE OF MOTION**

      -against-

STELIOS COUTSODONTIS, FRANCESCA
COUTSODONTIS, GENERAL MARITIME
ENTERPRISES CORPORATION, ATTIKA
INTERNATIONAL NAVIGATION S.A., and
IASON SHIPPING LTD.,

                             *Defendants*.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Nikolaos A. Kotakis, sworn to on February 4, 2011, the accompanying memorandum of law, and all of the prior pleadings and proceedings herein, defendant GENERAL MARITIME ENTERPRISES CORPORATION, by and through undersigned counsel, will move this Honorable Court at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, 10007, at the time and date set by this court:

      (1) for an order dismissing the Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), and (6) for lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted; and

(2) for such other, further, and different relief as the Court deems just and proper.

PLEASE TAKE FUTHER NOTICE that all opposition papers shall be served on or before March 16, 2011, and all reply papers shall be served on or before March 30, 2011.

Dated: New York, New York
       February 7, 2011

>                               BROWN GAVALAS & FROMM LLP
>                               Attorneys for Defendant
>                               GENERAL MARITIME
>                               ENTERPRISES CORPORATION
>
>                           By: _____
>                               Peter Skoufalos (PS-0105)
>                               Patrick R. O'Mea (PO-0424)
>                               355 Lexington Avenue
>                               New York, New York 10017
>                               Tel: (212) 983-8500
>                               Fax: (212) 983-5946

TO   Anderson Kill & Olick P.C.
     1251 Avenue of the Americas
     New York, New York 10024

     Attn:  R. Mark Keenan, Esq.
            John M. O'Connor, Esq.
            Peter A. Halprin, Esq.
     *Attorneys for Plaintiffs*
     *George Peters and Sea Trade Maritime Corp.*


     Poles, Tublin, Stratakis & Gonzalez LLP
     46 Trinity Place
     New York, New York 10006

     Attn:  Scott R. Johnston, Esq.
     *Attorneys for Defendant*
     *Stelios Coutsodontis*

2