UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>          Plaintiffs,<br><br>v.<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORPORATION, ATTIKA INTERNATIONAL NAVIGATION SA, IASON SHIPPING LTD., PINTO SHIPPING LTD. and KARTERIA SHIPPING LTD.,<br><br>          Defendants. | Civil Action No.: 09 CIV 00488 (BSJ)<br><br>**DECLARATION OF PETER A. HALPRIN IN SUPPORT OF PLANTIFFS' OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT AGAINST GENERAL MARITIME ENTERPRISES CORPORATION** |

    Peter A. Halprin, states as follows:

    1.  I am an attorney admitted to practice before the courts of the State of New York and before the United States District Court for the Southern District of New York and an associate with the firm of Anderson Kill & Olick, P.C. ("AKO"), attorneys for Plaintiffs Sea Trade Maritime Corporation and George Peters in the above-referenced matter. The purpose of this Declaration is to place before the Court documents to which Plaintiffs refer in their accompanying Opposition to Motion to Dismiss Amended Complaint against General Maritime Enterprises Corporation.

    2.  Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Juval Aviv, dated December 19, 2006, regarding General Maritime.

    3.  Attached hereto as Exhibit 2 is a true and correct copy of a Document of Registration for Attika International Navigation, S.A.

    4.  Attached hereto as Exhibit 3 is a true and correct copy of a Purchase Agreement for the Athenoula, dated September 23, 2003.

5.  Attached hereto as Exhibit 4 is a true and correct copy of a Sale Agreement for the Athenoula, dated August 28, 2007.

6.  Attached hereto as Exhibit 5 is a true and correct copy of he Affidavit of Juval Aviv, dated December 19, 2006, regarding letter and materials from the Panhellenic Union.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts contained in the foregoing are true and correct.

Dated:  March 16, 2011
        New York, New York        By: /s/ Peter A. Halprin
                                      Peter A. Halprin, Esq.

                                      Anderson Kill & Olick, P.C.
                                      1251 Avenue of the Americas
                                      New York, NY 10020
                                      Telephone: 212-278-1000

                                      Attorneys for Plaintiffs
                                      Sea Trade Maritime Corporation
                                      and George Peters