USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, et al.,                    09 Civ. 488 (BSJ) (HBP)

         Plaintiff,

-against-                                                  **STIPULATION AND ORDER**

STELIOS COUTSODONTIS, et al.,

         Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** that the time for defendant General Maritime Enterprises Corporation to reply to plaintiff's opposition to its motion to dismiss the Amended Complaint shall be extended to April 6, 2011; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts with the same force and effect as if it was signed as an original document, and will be effective upon original signatures of all parties on such counterparts.

Dated: New York, New York
      March 29, 2011

| BROWN GAVALAS & FROMM LLP | ANDERSON KILL & OLICK P.C. |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| GENERAL MARITIME ENTERPRISES CORPORATION | SEA TRADE MARITIME CORPORATION and GEORGE PETERS |

_____
Patrick R. O'Mea (PO 0424)
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500

_____
John M. O'Connor (JOC 1298)
1250 Avenue of the Americas
New York, New York 10020-1182
Tel: (212) 278-1000

SO ORDERED:

_____
Henry B. Pitman, U.S.M.J.
4/-4/-11