Scott R. Johnston (SJ 0179)
Nathan C. Gaudio (NG 4196)
POLES TUBLIN STRATAKIS & GONZALEZ LLP
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

Attorney for Defendant, Francesca Coutsodontis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS, | : | CIVIL ACTION NO.: 09 CIV 00488 (BSJ) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| – v – | : | |
| | : | |
| STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD., | : | ANSWER |
| | : | |
| Defendant. | : | |

Defendant, FRANCES[C]A ELENI COUTSODONTIS (hereinafter '*Defendant*'), as and for her answer to Plaintiffs' SEA TRADE MARITIME CORPORATION (hereinafter '*Sea Trade*') and GEORGE PETERS (hereinafter '*Peters*') Amended Complaint herein, by her attorneys, POLES, TUBLIN, STRATAKIS & GONZALEZ, LLP, alleges, upon information and belief, as follows:

### THE PARTIES

1.     Denies information or knowledge sufficient to form a belief as to the allegations contained in Paragraph 1 of the Complaint.

1

2.       Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

3.       Admits the allegations contained in Paragraph 3 of the Complaint.

4.       Denies the allegations contained in Paragraph 4 of the Complaint.  Defendant resides at 140 Cross Highway, Wilton, Connecticut.

5.       Denies the allegations contained in Paragraph 5 of the Complaint.

6.       Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint pertaining to General Maritime Corporation (hereinafter '*General Maritime*'), denies that Defendant has any material ownership of General Maritime Corporation, and denies that General Maritime Corporation manages any vessels owned by Defendant.

7.       Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint pertaining to Attika International Navigation Corporation (hereinafter '*Attika*') and denies that Defendant has any material ownership of Attika.

8.       Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint pertaining to Iason Shipping Ltd. (hereinafter '*Iason*') and denies that Defendant has any material ownership of Iason.

9.       Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 that General Maritime, Attika and Iason own and manage vessels throughout the world and denies that General Maritime, Attika and Iason ships are ultimately owned by Defendant.

## JURISDICTION AND VENUE

10.    Denies the allegations contained in Paragraph 10 of the Complaint.

11.    Denies the allegations contained in Paragraph 11 of the Complaint.

## NATURE OF THE ACTION

12.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint except as to admit that there is a dispute between her father, Capt. Stelios Coutsodontis, Peters, and Anna Peters (Capt. Stelios Coutsodontis' sister / Peters' mother).

13.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

14.    Denies the allegations contained in Paragraph 14 of the Complaint except to admit that her father, Capt. Stelios Coutsodontis is an adjudicated 50% owner of Sea Trade.

15.    Admits that her father, Capt. Stelios Coutsodontis is an adjudicated 50% owner of Sea Trade and denies  information or knowledge sufficient to form a belief as to the truth of the remaining allegations and characterizations contained in Paragraph 15 of the Complaint.

16.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint.

18.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint.

19.    Denies information or knowledge sufficient to form a belief as to the truth of

the allegations contained in Paragraph 19 of the Complaint.

20.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint.

21.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint.

22.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint.

23.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint.

## FACTS

## I. THE ORIGIN OF SEA TRADE

24.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

25.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint.

26.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint

27.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint.

28.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint.

## II.  THE BIRTH OF SEA TRADE

29.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint.

30.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint

31.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint.

32.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint.

33.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint.

34.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint.

35.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint.

## III.  DEFENDANT COUTSODONTIS' IMPROPER ACQUISITION
## OF SEA TRADE SHARES

36.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint.

37.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint.

38.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint.

39.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint.

### A. The First "Will"

40.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint.

41.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint.

42.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint.

43.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint.

44.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint.

45.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint.

46.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint.

47.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint.

## B. Second Will

48.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint.

49.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint.

50.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint.

51.     Admits the allegations contained in Paragraph 51 of the Complaint.

52.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint.

53.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint.

54.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint.

## C. Coutsodontis' New York Action

55.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Complaint.

56.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint.

57.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint.

58.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint.

59.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint.

60.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint.

61.     Admits that her father, Capt. Stelios Coutsodontis is an adjudicated 50% owner of Sea Trade and denies  information or knowledge sufficient to form a belief as to the truth of the remaining allegations and characterizations contained in Paragraph 61 of the Complaint.

62.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint.

## IV.  COUTSODONTIS' INTERFERENCE WITH SEA TRADE

### A. Coutsondontis' Unlawful Maritime Arrests

#### 1. Spanish Arrest

63.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint.

64.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint.

65.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint.

66.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint.

67.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint.

68.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint.

## 2. Louisiana Arrest

69.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint.

70.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint.

71.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint.

72.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint.

73.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint.

74.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint.

75.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of the Complaint.

76.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint.

77.    Denies information or knowledge sufficient to form a belief as to the truth of

the allegations contained in Paragraph 77 of the Complaint.

        78.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint.

        79.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint.

        80.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint.

        81.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint.

## B. Anti-Sale Injunction

        82.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint.

        83.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint.

        84.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint.

        85.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint.

        86.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint.

        87.     Denies information or knowledge sufficient to form a belief as to the truth of

10

the allegations contained in Paragraph 87 of the Complaint.

88.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint.

89.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of the Complaint.

90.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint.

91.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint.

92.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint.

93.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of the Complaint.

94.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Complaint.

95.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint.

96.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Complaint.

97.     Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of the Complaint.

98.     Denies information or knowledge sufficient to form a belief as to the truth of

the allegations contained in Paragraph 98 of the Complaint.

99.     Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 99 of the Complaint.

100.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 100 of the Complaint.

101.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 101 of the Complaint.

102.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 102 of the Complaint.

103.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 103 of the Complaint.

104.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 104 of the Complaint.

105.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 105 of the Complaint.

106.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 106 of the Complaint.

### C. Interference with Sea Trade's Contractual Relationships

107.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 107 of the Complaint.

108.    Denies information or knowledge sufficient to form a belief as to the truth of
the allegations contained in Paragraph 108 of the Complaint.

109.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint.

110.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint.

111.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 of the Complaint.

112.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 of the Complaint.

113.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 of the Complaint.

114.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint.

### D.  Defamation

115.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint.

116.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of the Complaint.

117.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 of the Complaint.

118.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Complaint.

13

119.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint.

120.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint.

121.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint.

### E. Filing Vexatious and Harassing Litigation

122.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Complaint.

123.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Complaint.

124.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Complaint.

125.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 of the Complaint.

126.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 of the Complaint.

127.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 of the Complaint.

128.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of the Complaint.

### AS AND FOR THE FIRST CAUSE OF ACTION

129.    Defendant repeats and realleges the responses contained in paragraphs 1 through 128 as if fully set forth herein.

130.    Admits the allegations contained in Paragraph 130 of the Complaint.

131.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of the Complaint.

132.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 of the Complaint.

133.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of the Complaint.

134.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Complaint.

135.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of the Complaint.

136.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of the Complaint.

137.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 of the Complaint.

138.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of the Complaint.

139.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of the Complaint.

140.    Denies information or knowledge sufficient to form a belief as to the truth of

the allegations contained in Paragraph 140 of the Complaint.

141.   Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of the Complaint.

142.   Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Complaint.

143.   Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Complaint.

## AS AND FOR THE SECOND CAUSE OF ACTION

144.   Defendant repeats and realleges the responses contained in paragraphs 1 through 143 as if fully set forth herein.

145.   Admits that her father, Capt. Coutsodontis is a 50% owner of Sea Trade, and denies information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 145 of the Complaint.

146.   Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of the Complaint.

147.   Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of the Complaint.

148.   Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of the Complaint.

## AS AND FOR THE THIRD CAUSE OF ACTION

149.   Defendant repeats and realleges the responses contained in paragraphs 1

through 148 as if fully set forth herein.

150.    Admits the allegations contained in Paragraph 150 of the Complaint.

151.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of the Complaint.

152.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 of the Complaint.

153.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 of the Complaint.

154.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 of the Complaint.

155.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of the Complaint.

156.    Denies information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

157.    The Complaint fails to state any claim upon which relief can be granted to Plaintiffs against the Defendant.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

158.    The alleged losses were caused by the acts or omissions of Plaintiffs, their employees, servants, agents or representatives, and, accordingly, Defendant is relieved of liability.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

17

159.    The alleged losses were caused by the acts or omissions of persons or entities

for which Defendant is not responsible and, accordingly, Defendant is relieved of liability.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

160.    Plaintiffs have failed to mitigate the alleged losses.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

161.    Plaintiffs are not the real parties in interest and have no standing enabling

them to bring this action.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

162.    The Complaint fails to join indispensable parties.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

163.    The Complaint is barred by the equitable doctrine of estoppel.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

164.    The Complaint is barred by the equitable doctrine of laches.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

164.    The Complaint is barred by the equitable doctrine of waiver.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

165.    Plaintiffs' claims are time-barred.

### AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

166.    The Complaint is barred by the equitable doctrine of unclean hands.

### AS AND FOR AN TWELVETH AFFIRMATIVE DEFENSE

167.    The Complaint is barred by virtue of material misrepresentations made to

Defendant.

18

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

168.    Defendant reserved the right to interpose other defenses which become apparent as discovery proceeds.

**WHEREFORE,** Defendant prays:

(i)      That Plaintiffs' Complaint be dismissed with prejudice;

(ii)     That a judgment be entered in favor of Defendant and against Plaintiffs;

(2)      that Defendant be awarded interest, costs and attorneys' fees; and

(3)      that Defendant be awarded such other and further relief as this Court may

deem just and proper.

Dated: New York, New York
      April 7, 2011

by: _____

    Scott R. Johnston (SJ 0179)
    Nathan C. Gaudio (NG 4196)
    POLES TUBLIN STRATAKIS & GONZALEZ LLP
    *Attorney for Defendant, Francesca Coutsodontis*
    46 Trinity Place – Fifth Floor
    New York, New York 10006
    (212) 943-0110

To:   ANDERSON KILL & OLICK, P.C.
      R. Mark Keenan (RK 7617)
      John M. O'Connor (JO _____ )
      Peter A. Halprin (PH _____ )
      *Attorneys for Plaintiff, Sea Trade Maritime Corporation*
      1251 Avenue of the Americas – 42nd Floor
      New York, New York   10020
      (212) 278-1000


      BROWN GAVALAS & FROMM LLP
      Peter Skoufalos (PS 0105)
      Patrick R. O'Mea (PO 0424)
      *Attorneys for Defendant, General Maritime Enterprises Corp.*
      355 Lexington Avenue – 4th Floor
      New York, New York   10017-6603
      (212) 983-8500

20