Scott R. Johnston (SJ 0179)
Nathan Gaudio (NG 4196)
POLES TUBLIN STRATAKIS & GONZALEZ LLP
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

Attorney for Defendant, Francesca Coutsodontis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS, | CIVIL ACTION NO.: 09 CIV 00488 (BSJ) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| – v – | |
| STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD., | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the Defendant, Frances[c]a Coutsodontis.

I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
April 7, 2011

by: _____
Scott R. Johnston (SJ 0179)
POLES TUBLIN STRATAKIS & GONZALEZ LLP
*Attorney for Defendant, Francesca Coutsodontis*
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

To: ANDERSON KILL & OLICK, P.C.
R. Mark Keenan (RK 7617)
John M. O'Connor (JO ____ )
Peter A. Halprin (PH ____ )
*Attorneys for Plaintiff, Sea Trade Maritime Corporation*
1251 Avenue of the Americas – 42nd Floor
New York, New York   10020
(212) 278-1000

BROWN GAVALAS & FROMM LLP
Peter Skoufalos (PS 0105)
Patrick R. O'Mea (PO 0424)
*Attorneys for Defendant, General Maritime Enterprises Corp.*
355 Lexington Avenue – 4th Floor
New York, New York   10017-6603
(212) 983-8500