Scott R. Johnston (SJ 0179)
Christ Stratakis (CS 9741)
John G. Poles (JP 4812)
Nathan C. Gaudio (NG 4196)
POLES TUBLIN STRATAKIS & GONZALEZ LLP
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

Attorney for Defendants,
Stelios Coutsodontis and Frances[c]a Eleni Coutsodontis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS, <br><br> Plaintiffs, <br><br> – v – <br><br> STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD., <br><br> Defendant. | CIVIL ACTION NO.: 09 CIV 00488 (BSJ) <br><br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the Defendants, Stelios Coutsodontis and Frances[c]a Eleni Coutsodontis. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
April 7, 2011

by: _____
**Nathan C. Gaudio (NG 4196)**
**POLES TUBLIN STRATAKIS & GONZALEZ LLP**
*Attorney for Defendant, Stelios Coutsodontis*
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

To:   ANDERSON KILL & OLICK, P.C.
      R. Mark Keenan (RK 7617)
      John M. O'Connor (JO ____ )
      Peter A. Halprin (PH ____ )
      *Attorneys for Plaintiff, Sea Trade Maritime Corporation*
      1251 Avenue of the Americas – 42nd Floor
      New York, New York   10020
      (212) 278-1000


      BROWN GAVALAS & FROMM LLP
      Peter Skoufalos (PS 0105)
      Patrick R. O'Mea (PO 0424)
      *Attorneys for Defendant, General Maritime Enterprises Corp.*
      355 Lexington Avenue – 4th Floor
      New York, New York  10017-6603
      (212) 983-8500