# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/11

April 6, 2011

**BY HAND**

The Honorable Barbara S. Jones
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Sea Trade Maritime Corp., *et al.*, v. Stelios Coutsodontis, *et al.*
            Case No.: 09 Civ. 488 (BSJ) (HBP)
            Our File No.: 1591.0001

Dear Judge Jones:

        We represent defendant General Maritime Enterprises Corp. ("General Maritime") in this action. Pursuant to Section 2(c) of Your Honor's Individual Practices, enclosed are two courtesy copies of all papers submitted in connection with General Maritime's motion to dismiss the Amended Complaint.

        As the Court will observe, General Maritime's reply memorandum extends to eleven pages. General Maritime respectfully requests a one page extension of the page limit provided by Section 2(b) of Your Honor's Individual Practices.

        We thank the Court in advance for its consideration.

*Application is granted*

*So ordered.*
*Barbara S. Jones*
*USDJ*
*4/7/11*

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos