BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
GENERAL MARITIME
ENTERPRISES CORPORATION
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, *et al.*,

                              No. 09 Civ. 488 (BSJ) (HBP)

                    *Plaintiffs*,

      -against-

STELIOS COUTSODONTIS, *et al.*,               **NOTICE OF**
                                                  **APPEARANCE**

                    *Defendants*.
-------------------------------------------------------------X

       To the Clerk of this court and all parties of record:

       Peter Skoufalos, Esq. of Brown Gavalas & Fromm LLP hereby enters his appearance as

attorney on behalf of defendant General Maritime Enterprises Corporation.  This appearance is

without waiver of any defenses, including defenses related to personal jurisdiction, all of which

are expressly reserved.

       I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 8, 2011

                              BROWN GAVALAS & FROMM LLP
                              Attorneys for Defendant
                              GENERAL MARITIME
                              ENTERPRISES CORPORATION

                By:  /s/ _____
                       Peter Skoufalos (PS-0105)
                       355 Lexington Avenue
                       New York, New York 10017
                       Tel: (212) 983-8500