UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEA TRADE MARITIME CORPORATION and
GEORGE PETERS,

                Plaintiffs,

v.

STELIOS COUTSODONTIS, FRANCESA
ELENI COUTSODONTIS, GENERAL
MARITIME ENTERPRISES CORPORATION,
ATTIKA INTERNATIONAL NAVIGATION SA,
IASON SHIPPING LTD., PINTO SHIPPING
LTD. and KARTERIA SHIPPING LTD.,

                Defendants.

Civil Action No.: 09 CIV 00488 (BSJ)

**DECLARATION OF VIANNY M. PICHARDO IN FURTHER SUPPORT OF PLANTIFFS' MOTION FOR SUMMARY JUDGMENT**

VIANNY M. PICHARDO, states as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and before the United States District Court for the Southern District of New York. I am an associate with the firm of Anderson Kill & Olick, P.C. ("AKO"), attorneys for Plaintiffs Sea Trade Maritime Corporation and George Peters ("Plaintiffs") in the above-referenced matter. The purpose of this Declaration is to place before the Court documents to which Plaintiffs refer in their Reply Memorandum of Law In Support of its Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the Sworn Statement under Oath of Konstantinos Spaidiotis, dated April 7, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of the Legal Opinion of Mohamedu F. Jones, dated April 8, 2011, attached as Exhibit 2 to the Declaration of Mohamedu F. Jones in support of Plaintiffs' Motion for Summary Judgment, dated April 8, 2011.

4.  Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Jeffrey J. Hill, dated April 23, 2010.

5.  Attached hereto as Exhibit D is a true and correct copy of the cited paragraph in the Answer, filed by Coutsodontis, dated August 19, 2010.

6.  Attached hereto as Exhibit E is a true and correct copy of the Affidavit of John G. Poles and Christ Stratakis, dated July 23, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts contained in the foregoing are true and correct.

Dated: April 15, 2011
New York, New York

By: /s/ Vianny M. Pichardo
Vianny M. Pichardo, Esq.

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

Attorneys for Plaintiffs
Sea Trade Maritime Corporation
and George Peters