# EXHIBIT A

NUMBER 1519

STATEMENT UNDER OATH

In Piraeus today, on seventh (7th) of month April of two thousand eleven (2011), in my office which is situated at 72 Kolokotroni str. (6th floor, office 5), before me the Notary Public of Piraeus George Triadafyllakis son of Eleftherios, who I have my seat in Piraeus, with Tax Number 068329530 of A' DOY of Piraeus, **Mr. Konstantinos Spaidiotis** son of Sotirios and Vassilia appeared, who is not exempted by law, was born in Melissochori Voiotias on 29.12.1964, he is a lawyer and is domiciled in Athens, at 86 Patission str., he holds the identity card no T010291 which was issued on 14.9.1998 by the Police Department of Egaleo, he is Greek citizen and Christian Orthodox, and asked the drawing up and execution of the present in order to state under oath what is set forth below and after he placed his hand on the Bible according to section 408 of Code of Civil Procedure he took the following oath:"I swear to God to tell conscientiously the truth and only the truth without concealing or adding anything" and stated the following:

"I am a lawyer admitted to the Bar Association of Athens as of 1991 and duly licensed to practice law in the Supreme Court and the Conceil d' Etat. I have represented Anna Peters in her litigation with Stylianos Coutsodontis in Greece and I am aware of the case.

With respect to such dispute, the Multi-member Court of First Instance of Athens has issued decision no 1391/2009 which is currently on appeal.

a) The said decision is unforceable until final decision on the appeal pursuant to section 521 of Greek Code of Civil Procedure.

b) The said decision has no res judicata or collateral estoppel effect until final decision on the appeal pursuant to section 321 in combination with section 331 of Greek Court of Civil Procedure.

In any event, it has not res judicata or collateral estoppel effect upon non-parties to the litigation as it is George Peters and Sea Trade. I would like to note that Mr. Coutsodontis brought an action against Sea Trade in Greece in an attempt to bind Sea Trade as to his alleged rights, however he did not proceed to the hearing at the fixed date which hearing has hence been canceled.

In Greece, the Court of Appeals conducts a trial de novo on all matters that have been appealed by the grounds of complaint. The Appeal in this matter is scheduled for a hearing on May 12, 2011.

In sum, the enforceability and the res judicata effect of the First Instance Court decision are fully suspended until the appeal is finally decided. In addition, neither Sea Trade nor George Peters are bound by the litigation which is in progress in Greece."

At this point, the witness finished his deposition, stating that the present statement will be used before the Courts of United States of America and added "Let God be with me and his holy Bible".

In attestation of all the above, the present deed was drawn up in two pages. Stamps of euros 0,50 were affixed on the original and euros 0,50 on the copies. For my fee for the present, as well as for the the fee of issuing 1 copy, I collected euros 36,00 out of which the net fee was euros 33,50 and duties for E.T.A.A. (T.A.N and T.S.) euros 2,95. On the fee, VAT (23%) euro 8,28 was collected. I read the statement loudly and clearly in order for the witness to listen to it, who confirmed the whole content and he signed as I also signed, as law requires.

| THE WITNESS | THE NOTARY PUBLIC |
|---|---|
| Konstantinos Spaidiotis | T.S. GEORGE EL. TRIADAFYLLAKIS |
| | An exact copy in Piraeus the same day |
| | The Notary Public of Piraeus |
| | (signature-stamp) |

certified to be a true and exact translation
of the attached document made
by the undersigned in good faith
and to the best of his abilities.
Athens, 7 April 2011
The traslating lawyer

Vassilios K. Kalogeropoulos
Attorney at Law (DSA 14608)
86, Patission Str.
Athens 10434
tel. + 30 210 8835660

ΒΑΣΙΛΕΙΟΣ Κ. ΚΑΛΟΓΕΡΟΠΟΥΛΟΣ
ΔΙΚΗΓΟΡΟΣ
ΠΑΤΗΣΙΩΝ 86 - ΑΘΗΝΑ
ΤΗΛ. 8835660 - ΑΜ ΔΣΑ 14608
ΑΦΜ. 043975847-ΙΑ' ΔΟΥ ΑΘΗΝΩΝ

ΑΡΙΘΜΟΣ 1519

ΕΝΟΡΚΗ ΒΕΒΑΙΩΣΗ

Στον Πειραιά σήμερα στις επτά (7) του μηνός Απριλίου του έτους δύο χιλιάδες ένδεκα (2011), στο γραφείο μου που βρίσκεται στην οδό Κολοκοτρώνη, αριθμός 72 (6$^{ος}$ όροφος, γραφείο 5), παρουσιάστηκε σ' εμένα το συμβολαιογράφο Πειραιά Γεώργιο Τριανταφυλλάκη του Ελευθερίου, που εδρεύω στον Πειραιά, με Α.Φ.Μ. 068329530 της Δ.Ο.Υ. Α΄ Πειραιά, ο μη εξαιρούμενος από το νόμο κ. **Κωνσταντίνος Σπαϊδιώτης** του Σωτηρίου και της Βασιλείας, που γεννήθηκε στο Μελισσοχώρι Βοιωτίας, στις 29-12-1964, δικηγόρος, κάτοικος Αθηνών, οδός Πατησίων, αριθμός 86, κάτοχος του Δελτίου Ταυτότητας υπ'αριθμόν Τ010291 που εκδόθηκε στις 14-9-1998 από το Α.Τ. Αιγάλεω, Έλληνας υπήκοος και Χριστιανός Ορθόδοξος, ο οποίος ζήτησε τη σύνταξη και υπογραφή της παρούσας για να καταθέσει ένορκα τα αναφερόμενα στην κατωτέρω ορκοδοσία του και αφού, με υπόδειξή μου, έβαλε το δεξί χέρι του πάνω στο Ιερό Ευαγγέλιο ορκίστηκε, σύμφωνα με το άρθρο 408 του Κώδικα Πολιτικής Δικονομίας και έδωσε τον εξής όρκο: «Ορκίζομαι ενώπιον του Θεού να πω ευσυνείδητα όλη την αλήθεια και μόνο την αλήθεια, χωρίς να προσθέσω ούτε να αποκρύψω τίποτα» και δήλωσε ότι: «Είμαι δικηγόρος εγγεγραμμένος στον Δικηγορικό Σύλλογο Αθηνών, από το έτος 1991 με νόμιμη άδεια να παρίσταμαι ενώπιον του Αρείου Πάγου και του Συμβουλίου της Επικρατείας.



Έχω εκπροσωπήσει ως δικηγόρος την Άννα Πήτερς στην δικαστική διαφορά της με τον Στυλιανό Κουτσοδόντη στην Ελλάδα και γνωρίζω την υπόθεση. Επί της ως άνω διαφοράς έχει εκδοθεί η υπ' αριθ. 1391/2009 απόφαση του Πολυμελούς Πρωτοδικείου Αθηνών η οποία έχει εφεσιβληθεί. α) Η απόφαση αυτή δεν είναι εκτελεστή, μέχρι την οριστική έκδοση αποφάσεως επί της εφέσεως σύμφωνα με το άρθρο 521 του Ελληνικού Κώδικα Πολιτικής Δικονομίας. β) Η απόφαση αυτή δεν συνιστά δεδικασμένο ούτε σε σχέση με προδικαστικά ζητήματα μέχρι την έκδοση οριστικής αποφάσεως επί της εφέσεως σύμφωνα με το άρθρο 321 σε συνδυασμό με το άρθρο 331 του Ελληνικού Κώδικα Πολιτικής Δικονομίας. Σε κάθε περίπτωση δεν μπορεί να συστήσει δεδικασμένο για το κύριο ή τα τυχόν προδικαστικά ζητήματα που θα δεσμεύει μέρη που δεν έλαβαν μέρος στην ανωτέρω αντιδικία, όπως ο Γεώργιος Πήτερς και η εταιρεία Sea Trade. Θα ήθελα να επισημάνω ότι ο Στυλιανός Κουτσοδόντης είχε ασκήσει αγωγή στην Ελλάδα κατά της εταιρεία Sea Trade προκειμένου να δεσμεύσει την εταιρεία αυτή ως προς την αναγνώριση των διισχυριζομένων δικαιωμάτων του, αλλά δεν προχώρησε στην εκδίκασή της κατά την δικάσιμο που ορίσθηκε και η δικάσιμος αυτή έχει έκτοτε ματαιωθεί. Στην Ελλάδα το Εφετείο κρίνει εκ νέου όλα τα κεφάλαια της αποφάσεως που έχουν εφεσιβληθεί. Η έφεση στην ανωτέρω υπόθεση έχει ορισθεί να εκδικασθεί στις 12 Μαΐου 2011. Εν κατακλείδι, η εκτελεστότητα και το δεδικασμένο της αποφάσεως του Πρωτοδίκου Δικαστηρίου αναστέλλονται πλήρως μέχρι να εκδοθεί η οριστική απόφαση επί της εφέσεως. Επιπλέον, ούτε η εταιρεία Sea Trade ούτε ο Γεώργιος Πήτερς δεσμεύονται



Φύλλο 2

από την διαδικασία που είναι σε εξέλιξη στην Ελλάδα». Στο σημείο αυτό ο μάρτυρας τέλειωσε την κατάθεσή του, με τη δήλωση ότι την παρούσα ένορκη κατάθεση την κάνει για να χρησιμοποιηθεί σε Δικαστήριο των Ηνωμένων Πολιτειών Αμερικής και πρόσθεσε "Ας είναι ο Θεός μαζί μου και το Ιερό Του Ευαγγέλιο".

Σε βεβαίωση όλων των ανωτέρω συντάχθηκε η πράξη αυτή σε 2 φύλλα. Επικολλήθηκε τέλος μεγαροσήμου 0,50 ευρώ για το πρωτότυπο και 0,50 ευρώ για τα αντίγραφα. Για δικαιώματα της παρούσας, καθώς και για δικαιώματα εκδόσεως 1 αντιγράφου εισπράχθηκαν 36,00 ευρώ, εκ των οποίων καθαρή συμβολαιογραφική αμοιβή 33,05 ευρώ και δικαιώματα Ε.Τ.Α.Α. (Τ.Α.Ν. και Τ.Σ.) 2,95 ευρώ. Επί των εισπραχθέντων δικαιωμάτων (μικτή αμοιβή) εισπράχθηκε Φ.Π.Α. (23%) 8,28 ευρώ. Την πράξη αυτό, την οποία διάβασα καθαρά και μεγαλόφωνα, για να την ακούσει ο μάρτυρας, ο οποίος βεβαίωσε ολόκληρο το περιεχόμενό της και την υπέγραψε αυτός, καθώς και εγώ ο συμβολαιογράφος, όπως ο νόμος ορίζει.

| Ο ΜΑΡΤΥΡΑΣ | Ο ΣΥΜΒΟΛΑΙΟΓΡΑΦΟΣ |
|---|---|
| Κωνσταντίνος Σπαϊδιώτης | (Τ.Σ.) ΓΕΩΡΓΙΟΣ ΤΑ. ΤΡΙΑΝΤΑΦΥΛΛΑΚΗΣ |

Ακριβές αντίγραφο
Πειραιάς αυθημερόν
Ο Συμβολαιογράφος Πειραιά



Η αριθμ ...
αντίγραφο ...
στο πρωτότυπο ... Α.Π.Υ.
(Άρθρα 55 § (Ν. 2065/92 ΚΑΙ 13 § 9 Π.Δ. 186/92)

<div style="border:1px solid black; padding:10px;">

### Apostille - Επισημείωση

(Convention de la Haye du 5 Octobre 1961/Σύμβαση της Χάγης της 5 Οκτωβρίου 1961).

1. Χώρα: Ελλάδα
   Pays: Grèce

   Το παρόν δημόσιο έγγραφο
   Le présent acte public

2. έχει υπογραφεί από τον Γεώργιο Τριανταφυλλάκη
   a été signé par George Triantafyllakis

3. που ενήργησε με την ιδιότητα του Συμβολαιογράφου Πειραιώς
   agissant en qualité de Notaire du Pirée

4. φέρει τη σφραγίδα/επίσημα του ως άνω Συμβολαιογράφου
   est revêtu du sceau/timbre du Notaire susmentionné

   Η βεβαίωση χορηγείται/attesté

5. (τόπος) Πειραιάς          6. (ημερομηνία) 07/04/2011
   au Pirée                     le              07/04/2011

7. από το Πρωτοδικείο Πειραιώς
   par le Tribunal de Première Instance du Pirée

8. με αριθμό      263/2011
   sous No       263/2011

9. Σφραγίδα/επίσημα                10. Υπογραφή
   Sceau/timbre                        Signature

   Ο Πρόεδρος του Τριμελούς Συμβουλίου
   Διεύθυνσης του Πρωτοδικείου Πειραιώς
   και α/α
   Le Chef du Tribunal de Première
   Instance du Pirée et en son absence

   Γεώργιος Ακτύπης
   Πρόεδρος Πρωτοδικών

   George Aktipis
   Président des Juges de Première Instance

</div>

Αυτή η επισημείωση πιστοποιεί μόνο την υπογραφή, την ιδιότητα του υπογράφοντος και τη σφραγίδα, που φέρει το έγγραφο. Δεν πιστοποιεί το περιεχόμενο του εγγράφου, για το οποίο εκδόθηκε.
Cette apostille ne certifie que la signature, la qualité en laquelle le signataire de l' acte a agi et le sceau ou le timbre dont cet acte est revêtu. Elle ne certifie pas le contenu du document pour lequel elle a été émise.