# EXHIBIT D

Scott R. Johnston (SJ 0179)
Christ Stratakis (CS 9741)
John G. Poles (JP 4812)
Nathan C. Gaudio (NG 4196)
POLES TUBLIN STRATAKIS & GONZALEZ LLP
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

Attorney for Defendant, Stelios Coutsodontis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS, <br><br> Plaintiffs, <br><br> – v – <br><br> STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD., <br><br> Defendant. | CIVIL ACTION NO.: 09 CIV 00488 (BSJ) <br><br><br><br><br><br> ANSWER |

Defendant, [CAPTAIN] STELIOS COUTSODONTIS (hereinafter '*Capt. Coutsodontis*'), as and for his answer to Plaintiffs' SEA TRADE MARITIME CORPORATION (hereinafter '*Sea Trade*') and GEORGE PETERS (hereinafter '*Peters*') Amended Complaint[1] herein, by his attorneys, POLES, TUBLIN, STRATAKIS & GONZALEZ, LLP, alleges, upon information and belief, as follows:

---

[1] Capt. Coutsodontis is unaware of any prior Complaint which Plaintiff's Amended Complaint amends.

1

143.   Denies the allegations contained in Paragraph 143 of the Complaint.

### AS AND FOR THE SECOND CAUSE OF ACTION

144.   Capt. Coutsodontis repeats and realleges the responses contained in paragraphs 1 through 143 as if fully set forth herein.

145.   Admits that Capt. Coutsodontis is a 50% owner of Sea Trade while denying the balance of the allegations contained in Paragraph 145 of the Complaint.

146.   Denies the allegations contained in Paragraph 146 of the Complaint.

147.   Denies the allegations contained in Paragraph 147 of the Complaint.

148.   Denies the allegations contained in Paragraph 148 of the Complaint.

### AS AND FOR THE THIRD CAUSE OF ACTION

149.   Capt. Coutsodontis repeats and realleges the responses contained in paragraphs 1 through 148 as if fully set forth herein.

150.   Admits the allegations contained in Paragraph 150 of the Complaint.

151.   As to the allegations contained in Paragraph 151 of the Complaint, admits that, to the extent alleged, that Capt. Coutsodontis has fiduciary obligations as a shareholder and that he has fully complied with such obligations.

152.   Denies the allegations contained in Paragraph 152 of the Complaint.

153.   Denies the allegations contained in Paragraph 153 of the Complaint.

154.   Denies the allegations contained in Paragraph 154 of the Complaint.

155.   Denies the allegations contained in Paragraph 155 of the Complaint.

156.   Denies the allegations contained in Paragraph 156 of the Complaint.

**WHEREFORE,** Capt. Coutsodontis prays:

(i) That Plaintiffs' Complaint be dismissed with prejudice;

(ii) That a judgment be entered in favor of Capt. Coutsodontis and against Plaintiffs;

(2) that Capt. Coutsodontis be awarded interest, costs and attorneys' fees; and

(3) that Capt. Coutsodontis be awarded such other and further relief as this Court may deem just and proper.

Dated: New York, New York
August 19, 2010

by: _____
Scott R. Johnston (SJ 0179)
Christ Stratakis (CS 9741)
John G. Poles (JP 4812)
Nathan C. Gaudio (NG 4196)
POLES TUBLIN STRATAKIS & GONZALEZ LLP
*Attorney for Defendant, Stelios Coutsodontis*
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

To: R. Mark Keenan (RK 7617)
Jeffrey E. Glen (JG 8277)
ANDERSON KILL & OLICK, P.C.
*Attorney for Plaintiff, Sea Trade Maritime Corporation*
1251 Avenue of the Americas – 42nd Floor
New York, New York 10020
(212) 278-1000

17