UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,  Plaintiffs, — v — STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD., Defendant. | CIVIL ACTION NO.: 09 CIV 00488(BSJ)  NOTICE OF APPEAL |



Notice is hereby given that Stelios Coutsodontis, defendant in the above-captioned case, hereby appeals to the UNITED STATES COURT OF APPEALS FOR SECOND CIRCUIT from the OPINION AND ORDER of the Hon. Henry Pitman, United States Magistrate Judge dated and entered July 25, 2011.

Dated: New York, New York
August 23, 2011

by: _____
Scott R. Johnston (SJ 0179)
POLES TUBLIN STRATAKIS & GONZALEZ LLP
*Attorney for Defendant, Stelios Coutsodontis*
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

1

To:    Robert M. Keenan, Esq.
John M. O'Connor, Esq.
Peter Halprin, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Peter Skoufalos, Esq.
Patrick R. O'Mea, Esq.
*Attorney for Defendant, General Maritime Enterprises Corp.*
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017
(212) 983-8500