```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
SEA TRADE MARITIME CORPORATION      :
and GEORGE PETERS,                  :
                  Plaintiff,        :
                                    :      09 Cv. 488
            v.                      :      (BSJ)(HBP)
                                    :
                                    :      **Memorandum and Order**
STELIOS COUTSODONTIS, FRANCESCA,    :
ELENI COUTSODONTIS, GENERAL         :
MARITIME ENTERPRISES CORPORATION    :
ATTIKA INTERNATIONAL NAVIGATION     :
SA, and IASON SHIPPING LTD.,        :
                                    :
                  Defendant.        :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

As discussed in this morning's telephonic hearing with counsel for the parties, discovery is stayed pending a decision on the defendant Coutsodonotis' appeal of the Disqualification Order and any related cross-appeal to the Second Circuit. The parties are instructed to notify the Court immediately once a decision is rendered by the Second Circuit, so that a teleconference with the Court can be scheduled to discuss the merits of lifting the stay at that time. Plaintiffs' request to submit to the Court a letter in response to Defendants' letter to the Court dated August 26, 2011 is also granted.

**SO ORDERED:**

/s/ Barbara S. Jones
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
          August 31, 2011