# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Peter A. Halprin, Esq.
phalprin@andersonkill.com
(212) 278-1165

**By Fax**

The Honorable Barbara Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/11
```

December 13, 2011

Re:  Sea Trade Maritime Corp. and George Peters v.
     Stelios Coutsodontis et al.;
     Index No. 09 CIV 00488 (BSJ)

Dear Judge Jones:

We represent Plaintiffs Sea Trade Maritime Corporation and George Peters (collectively "Plaintiffs"). We write with respect to the briefing schedule for the supplemental memorandum requested by Defendant General Maritime Enterprises Corp. ("Defendant" or "General Maritime") regarding a decision of a New York State court.

This Court's order authorizing the supplemental briefing was filed on PACER on November 7, 2011 (the "Order"). Defendant's brief was filed on December 5, 2011. The Order provides that, "Plaintiffs are given an equal opportunity to respond once the submission is filed."

Accordingly, Plaintiffs sought the consent of Defendant to file Plaintiffs' Opposition on January 6, 2012. By telephone conversation on December 12, 2011, Defendant's counsel consented to Plaintiffs' request.

<u>Plaintiffs therefore respectfully request that this Court grant Plaintiffs' request to file a supplemental memorandum in opposition to Defendant's brief</u> on <u>January 6, 2012.</u>

SO ORDERED
Date 12/13/11
BARBARA S. JONES
U.S.D.J.

---

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Stamford, CT

nydocs1-979983.1