UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION ET. AL,

          Plaintiff,

-against-

STELIOS COUTSODONTIS, ET. AL
          Defendant.

------------------------------------------------------------------X

No. 09 Civ. 00488

Hon. Barbara S. Jones

**CONSENT TO
CHANGE ATTORNEYS**

     The undersigned hereby consent and agree that Anderson Kill & Olick, P.C., attorneys of record for Plaintiff, be changed and that Howard Benjamin, Esq. with offices located at 437 Madison Avenue, 30th Floor, New York, New York 10022 be substituted as attorney for Plaintiff in the place and instead of Anderson Kill & Olick, P.C.

Dated: New York, New York
       July 23, 2012

                              SEA TRADE MARITIME CORPORATION ET.AL

By: _____
          GEORGE PETERS
          Plaintiff

_____
Howard Benjamin, Esq.
Incoming Attorney

                              ANDERSON KILL & OLICK, P.C.

By: _____
          Outgoing Attorney

## ACKNOWLEDGMENT

STATE OF NEW YORK   )
                    ):
COUNTY OF NEW YORK)

On the 23'<u>rd</u> day of July in the year 2012, before me, the undersigned, a notary public in and for said state, personally appeared GEORGE PETERS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

DANIEL B. NOTTES
Notary Public, State of New York
No. 02NO6219858
Qualified in New York County
Commission Expires 06/05/2014