08/05/2013  16:39     2129835991           BROWN GAVALAS FROMM                    PAGE  02/03

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

TEL.: (212) 983-8500

FAX: (212) 983-5946
www.browngavalas.com
bgmail@ browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON
AVENUE
CLIFTON, NJ 07013
TEL.: (973) 779-1116
FAX: (973) 779-0739

HARRY A.GAVALAS
(1978-1999)
ROBERT J.SEMINARA
(1987-1999)

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/6/13**

August 5, 2013

**BY FACSIMILE**
(212) 805-6111

The Honorable Henry B. Pitman
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:    Sea Trade Maritime Corp., *et al.*, v. Stelios Coutsodontis, *et al.*
       Case No.: 09 Civ. 488 (LGS) (HBP)
       Our File No.: 1591.0001

Dear Judge Pitman:

We represent defendant General Maritime Enterprises Corp. ("General Maritime") in this action. We write regarding the upcoming September 12, 2013 settlement conference.

General Maritime is a foreign corporation with offices located in Greece, where all persons with decision-making authority reside. Furthermore, plaintiffs' claim against General Maritime is based on alter ego-type allegations. Accordingly, it will be prohibitively costly for a representative of General Maritime to attend the conference and it is unlikely that a General Maritime representative's presence will substantially advance prospects for settlement.

Based upon the foregoing, General Maritime respectfully requests that it be excused from attendance at the settlement conference.

We thank the Court in advance for its consideration of this request.

*THE GENERAL MARITIME'S
REPRESENTATIVE NEED NOT BE
PRESENT FOR THE CONFERENCE
SO LONG AS HE/SHE IS
AVAILABLE BY PHONE.*

Respectfully submitted,

**BROWN GAVALAS & FROMM LLP**

Peter Skoufalos

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-6-13

**BROWN GAVALAS & FROMM LLP**

Hon. Henry B. Pitman
August 5, 2013
Page 2

cc:      Anderson Kill & Olick P.C.
            Attorneys for Plaintiffs
            Attn:   R. Mark Keenan, Esq.
                     John O'Connor, Esq.
                     Peter Halprin, Esq.
                     Vianny Pichardo, Esq.

            Howard Benjamin, Attorney at Law
            Attorneys for Plaintiffs
            Attn:   Howard Benjamin, Esq.

            Poles, Tublin, Stratakis & Gonzalez LLP
            Attorneys for Stelios Coutsodontis
            Attn:   Scott R. Johnston, Esq.
                     Nathan Gaudio, Esq.

*By Electronic Mail*