# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510 ■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

December 4, 2013

**By ECF**
Hon. Lorna G. Schofield
U.S. District Court, Southern District of New York
40 Centre Street, Courtroom 1106
New York, NY 10007

Re:  *Sea Trade Maritime Corp. & George Peters v. Stelios Coutsodontis*, No. 09 Civ. 488(LGS)(HBP)

Dear Judge Schofield:

I write on behalf of Anderson Kill P.C. in response to the letter to your Honor dated December 3, 2013 from Scott Johnston Esq., counsel for Defendant Stelios Coutsodontis.

The only aspect of Mr. Johnston's letter in which we concur is the request for a conference to establish a briefing schedule (for which I am available by phone or in Court on reasonable notice). We ask that any opposition brief be submitted promptly.

As to discovery, Captain Coutsodontis and his counsel have long had notice of Anderson Kill's lien and of the settlement of our state court collection action, which is public record and in any event has been reduced to judgment. Hence there is no reason to allow discovery, the request for which seems a transparent attempt to invade the attorney-client privilege of litigation adversaries and to increase the expense, delay, and burden on this Court for no legitimate purpose. If Captain Coutsodontis continues to contend otherwise, his opposition briefing could address that point.

We disagree with the remaining arguments and *ad hominem* attacks in Mr. Johnston's letter, including but not limited to, the contention that our papers were "based upon material misrepresentations of both fact and law."

Thank you for your attention to this matter.

Sincerely,

Edward J. Stein

EJS
cc:  Via ECF to Counsel of Record

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

1023607.1