# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

December 4, 2013

**By ECF**
Hon. Henry B. Pitman
Daniel Patrick Moyniha U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Sea Trade Maritime Corp. & George Peters v. Stelios Coutsodontis*, No. 09 Civ. 488(LGS)(HBP)

Dear Judge Pitman:

    I write in response to your Order [105] in the above-referenced action entered today, which granted in part Defendant's Letter Motion for Conference [103] to the extent it sought a briefing schedule, by ordering Defendants to serve and file their opposition papers no later than December 20, 2013, and denied Defendants' Letter Motion in all other respects.

    The purpose of this letter is to respectfully request that Anderson Kill P.C. be permitted to submit papers replying to any such opposition, with reply papers to be served and filed no later than January 3, 2014, given the holidays.

    Thank you for your attention to this matter.

Sincerely,

Edward J. Stein

EJS
cc:    Via ECF to Counsel of Record

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
1023723.1