# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750

www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

January 2, 2014

**By ECF**
Hon. Henry B. Pitman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Sea Trade Maritime Corp. & George Peters v. Stelios Coutsodontis*, No. 09 Civ. 488(LGS)(HBP)

Dear Judge Pitman:

I write on behalf of Anderson Kill P.C. to request an extension of time in which to reply to defendant's opposition to Anderson Kill's Petition to Enforce Attorney's Lien and Judgment in the above-referenced matter. In response to my December 4, 2013 letter requesting a reply deadline of January 3, 2014, you ordered that reply papers are to be submitted by January 6, 2014 [107] (copy enclosed). We respectfully request a one-week extension, such that our reply papers would be due January 13, 2014, in light of issues which arose in other cases over the holidays that required (and continue to require) immediate attention.

Because there is no hearing set on the petition, the requested extension should have no effect on Defendant, nor on the Court's handling of this petition. However, counsel for Defendant just replied to my inquiries concerning the requested extension, stating "While we normally consent to such requests, given the fact that you have already been granted one prior reply extension by the Court, we cannot voluntarily consent to your request." (See enclosed email dated January 2, 2014.)

In fact, this is our first request for an extension. My letter of December 4, 2013 simply requested that the Court allow a reply, because its initial scheduling order [105] set a time for Defendant's opposition but did not mention reply papers.

Thank you for your attention to this matter.

Sincerely,

Edward J. Stein

EJS
cc:    Via ECF to Counsel of Record

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

nydocs1-1025037.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/13
```

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510 ■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

December 4, 2013

**By ECF**
Hon. Henry B. Pitman
Daniel Patrick Moyniha U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Sea Trade Maritime Corp. & George Peters v. Stelios Coutsodontis*, No. 09 Civ. 488(LGS)(HBP)

Dear Judge Pitman:

I write in response to your Order [105] in the above-referenced action entered today, which granted in part Defendant's Letter Motion for Conference [103] to the extent it sought a briefing schedule, by ordering Defendants to serve and file their opposition papers no later than December 20, 2013, and denied Defendants' Letter Motion in all other respects.

The purpose of this letter is to respectfully request that Anderson Kill P.C. be permitted to submit papers replying to any such opposition, with reply papers to be served and filed no later than January 3, 2014, given the holidays.

Thank you for your attention to this matter.

Sincerely,

Edward J. Stein

EJS
cc: Via ECF to Counsel of Record

*ANDERSON ~~KILL~~ KILL SHALL SUBMIT ITS REPLY BY 1-6-14.*

SO ORDERED

Henry Pitman
UNITED STATES MAGISTRATE JUDGE
12-5-13

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
1023723.1

**Stein, Edward J.**

**From:** Scott R. Johnston <sjohnston@polestublin.com>
**Sent:** Thursday, January 02, 2014 1:55 PM
**To:** Stein, Edward J.
**Subject:** RE: Sea Trade / Anderson Kill

Dear Mr. Stein:

While we normally consent to such requests, given the fact that you have already been granted one prior reply extension by the Court, we cannot voluntarily consent to your request.

Best regards,

Scott R. Johnston

---

Scott R. Johnston, Esq.
Poles Tublin Stratakis & Gonzalez, LLP
46 Trinity Place – Fifth Floor
New York, New York 10006-2288

tel. (212) 943-0110
fax. (212) 269-9875
sjohnston@polestublin.com

Treasury Department Circular 230 Disclosure: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510. Its disclosure is strictly limited to the sender's intended recipient. This transmission, including any attachments, may contain confidential attorney-client privileged information and/or attorney work product. If you are not the sender's intended recipient, or the employee or agent responsible to deliver this transmission to sender's intended recipient, any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact the sender immediately by return e-mail or by telephone at (212) 943-0110 and destroy the original transmission and its attachments without reading or saving the transmission in any manner. Please also advise the sender immediately if you or your employer does not consent to Internet e-mail for messages of this kind. Thank you.

This email communication and attachment(s), if any, have been scanned for viruses upon transmission and are believed to be free of any virus and/or other defect that might adversely affect the recipient when received and opened. Nonetheless, it is the ultimate responsibility of the recipient to ensure that this email communication and attachment(s), if any, are virus free. Poles Tublin Stratakis & Gonzalez, LLP accepts no responsibility for any loss or damage arising in any way from its use.

---

**From:** Stein, Edward J. [mailto:Estein@andersonkill.com]
**Sent:** Tuesday, December 31, 2013 12:27 PM
**To:** Scott R. Johnston Esq. (sjohnston@polestublin.com)
**Subject:** Sea Trade / Anderson Kill

Scott –

I'll be asking the court for a week's extension on Anderson Kill's reply to Capt. Coutsodontis's opposition to our fee petition, from January 6 to January 13, 2013.

1

As far as I know (and I just checked ECF) there is no hearing set on the petition, so the requested extension would not have any impact. But please let me know whether you have any objection to the request.

Thanks for any courtesy you can extend here, and best wishes for the New Year.

--Ted Stein
Anderson Kill PC
1055 Washington Boulevard, Suite 510, Stamford, CT 06901
    ph. 203-388-7945; fax 203-388-0750

PS - I called your office earlier and understand you're away. This repeats a message just left on your voicemail; no need to listen if you get this first.

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.