LAW OFFICES OF HOWARD BENJAMIN
Howard Benjamin, Esq. (1017680)
437 Madison Avenue
36th Floor
New York, New York 10022
(212) 832-3006

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

SEA TRADE MARITIME CORPORATION, and
GEORGE PETERS,

              Plaintiffs,              Index No. 09 Civ.488 (BSJ)

                                                    **NOTICE OF DEPOSITION**

       - against -

STELIOS COUTSODONTIS, FRANCESA ELENI
COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP.,
ATTIKA INTERNATIONAL NAVIAGATION SA,
IASON SHIPPING LTD.,

              Defendants.
———————————————————————X

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs SEA TRADE MARITIME CORPORATION and GEORGE PETERS, by his attorney, Howard Benjamin, will take the deposition on oral examination of the Defendants, STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, NIKOLAOS A. KOTAKIS, GENERAL MARITIME ENTERPRISES CORP., before a notary public on the dates and times set forth below, at

the offices of Howard Benjamin, 437 Madison Avenue, 36th Floor, New York, New York 10022.

| NAME | DATE | TIME |
|---|---|---|
| STELIOS COUTSODONTIS | 2/25/14 | 10:00 a.m. |
| FRANCESA ELENI COUTSODONTIS | 2/27/14 | 10:00 a.m. |
| NIKOLAOS A. KOTAKIS<br>GENERAL MARITIME ENTERPRISES CORP | 3/3/14 | 10:00 a.m. |

Dated: New York, New York
      January 31, 2014

LAW OFFICES OF HOWARD BENJANIN

By: _____
Howard Benjamin
*Attorney for Plaintiffs*,
437 Madison Avenue, 36th Floor
New York, New York 10022
Tel: (212) 832- 3006
Fax: (212) 829-1518