LAW OFFICES OF HOWARD BENJAMIN
ATTORNEY AT LAW
437 MADISON AVENUE
36TH FLOOR
NEW YORK, NEW YORK 10022

(212) 832-3006
FAX (212) 829-1518 (NOT FOR SERVICE)

HOWARD BENJAMIN

February 19, 2014

**VIA FACSIMILIE (212) 805-6111**

Honorable Henry B. Pittman
United States Courthouse
500 Pearl Street
Courtroom 18A
New York, New York 10007-1312

      RE:   Sea Trade Maritime Corporation v. Stelios Coutsodontis, et. al
             Case No. 09 CV488

Dear Magistrate Pittman:

     I am writing on behalf of the plaintiffs in the above matter to request a conference with respect to discovery issues.

     On September 13, 2013 Your Honor issued a Scheduling Order which was to be completed by March 13, 2014. I efiled Notice of Deposition to take the depositions of defendants Stelios Coutsodontis on February 25, 2014; Francesa Eleni Coutsodontis; on February 27, 2014 and Nikolaos A. Kotakis of defendant General Maritime Enterprises Corp., on March 3, 2014.

     I have since been advised by the respective attorneys for the above names that for a number of reasons those individuals will not appear on those dates. It is obvious that the March 13, 2014 deadline will not be met, and as such, I respectfully request that Your Honor schedule a conference to discuss the issues.

HOWARD BENJAMIN

Honorable Henry B. Pittman
February 19, 2014
Page 2

     I believe that absent an Order with specific dates for the depositions (including for my client, George Peters), the defendants will not voluntarily appear for deposition.

     In fact, I face a similar situation in a State Court case in which Stelios Coutsodontis is the defendant and George Peters is the plaintiff, but that is not the concern of this Court.

Respectfully, submitted,

Howard Benjamin

HB/hw

cc:     Patrick R. O'Mea, Esq.
        Brown Gavalas & Fromm, LLP
        ***Attorney for Defendant***
        355 Lexington Avenue, Fl. 4
        New York, New York 10017

        Poles, Tublin, Stratakis & Gonzalez, LLP
        ***Attorney for Defendant Stelios Coutsodontis***
        46 Trinity Place - 5th Floor
        New York, New York 10006