# Exhibit C

POLES TUBLIN STRATAKIS & GONZALEZ LLP
Scott R. Johnston (SJ 0179)
Christ Stratakis (CS 9741)
John G. Poles (JP 4812)
Nathan C. Gaudio (NG 4196)
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

Attorney for Defendant Stelios Coutsodontis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS, | CIVIL ACTION NO.: 09 CIV 00488 (BSJ) |
| Plaintiffs, | |
| – v – | NOTICE OF DEPOSITION |
| STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD., | |
| Defendant. | |

---

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 30(a)(1), Defendant, STELIOS COUTSODONTIS, by his attorneys, POLES TUBLIN STRATAKIS & GONZALEZ LLP, will take the deposition upon oral examination, before a Certified Court Reporter, of GEORGE PETERS. The deposition shall be recorded by video camera and/or audio tape.

The deposition will commence at 10:00 A.M. Friday, February 18, 2011 at the offices of POLES TUBLIN STRATAKIS & GONZALEZ LLP, 46 Trinity Place – Fifth Floor, New York, New

York 10006 and will continue from day to day, during regular business hours, unless otherwise agreed by the parties.

Dated: New York, New York
January 18, 2011

                                        POLES TUBLIN STRATAKIS & GONZALEZ LLP

by: _____
Scott R. Johnston (SJ 0179)
Christ Stratakis (CS 9741)
John G. Poles (JP 4812)
Nathan C. Gaudio (NG 4196)
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

Attorney for Defendant, Stelios Coutsodontis

To:    R. Mark Keenan (RK 7617)
      John M. O'Connor (JOC 1298)
      Peter Alexander Halprin (PAH ____ )
      ANDERSON KILL & OLICK, P.C.
      1251 Avenue of the Americas – 42nd Floor
      New York, New York 10020
      (212) 278-1000

Attorney for Plaintiffs/Respondents, Sea Trade Maritime Corporation and George Peters

      Peter Skoufalos
      Patrick R. O'Mea
      Brown Gavalas & Fromm LLP
      355 Lexington Avenue – 4th Floor
      New York, New York 10017-6603
      (212) 983-8500

Attorney for Defendant General Maritime Enterprises Corp.

2