# Exhibit F

Case 1:09-cv-00488-LGS-HBP   Document 116-6   Filed 02/21/14   Page 1 of 3

POLES TUBLIN STRATAKIS & GONZALEZ LLP
Scott R. Johnston (SJ 0179)
Christ Stratakis (CS 9741)
John G. Poles (JP 4812)
Nathan C. Gaudio (NG 4196)
46 Trinity Place – Fifth Floor
New York, New York 10006
(212) 943-0110

Attorney for Defendant Stelios Coutsodontis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>Plaintiffs,<br><br>– v –<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD.,<br>Defendant. | CIVIL ACTION NO.: 09 CIV 00488 (BSJ)<br><br><br>NOTICE OF DEPOSITION |

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 30(a)(1), Defendant, STELIOS COUTSODONTIS, by his attorneys, POLES TUBLIN STRATAKIS & GONZALEZ LLP, will take the deposition upon oral examination, before a Certified Court Reporter, of a representative(s) of SEA TRADE MARITIME CORPORATION who has knowledge of the underlying facts and circumstances supporting the allegations contained in the Complaint in the captioned matter. The deposition shall be recorded by video camera and/or audio tape.

The deposition will commence at 10:00 A.M. Tuesday, February 22, 2011 at the

offices of POLES TUBLIN STRATAKIS & GONZALEZ LLP, 46 Trinity Place – Fifth Floor, New York, New York 10006 and will continue from day to day, during regular business hours, unless otherwise agreed by the parties.

Dated: New York, New York
January 18, 2011

                            POLES TUBLIN STRATAKIS & GONZALEZ LLP

                            by: _____

                            Scott R. Johnston (SJ 0179)
                            Christ Stratakis (CS 9741)
                            John G. Poles (JP 4812)
                            Nathan C. Gaudio (NG 4196)
                            46 Trinity Place – Fifth Floor
                            New York, New York 10006
                            (212) 943-0110

                            Attorney for Defendant Stelios Coutsodontis

To:   R. Mark Keenan (RK 7617)
      John M. O'Connor (JOC 1298)
      Peter Alexander Halprin (PAH _____ )
      ANDERSON KILL & OLICK, P.C.
      1251 Avenue of the Americas – 42nd Floor
      New York, New York 10020
      (212) 278-1000

      Attorney for Plaintiffs/Respondents, Sea Trade Maritime Corporation and George Peters

      Peter Skoufalos
      Patrick R. O'Mea
      Brown Gavalas & Fromm LLP
      355 Lexington Avenue – 4th Floor
      New York, New York 10017-6603
      (212) 983-8500

      Attorney for Defendant General Maritime Enterprises Corp.