# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510 ■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

February 21, 2014

**By ECF and HAND DELIVERY**

Hon. Henry B. Pitman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Sea Trade Maritime Corp. & George Peters v. Stelios Coutsodontis*, No. 09 Civ. 488(LGS)(HBP)

Dear Judge Pitman:

    I write on behalf of Anderson Kill P.C. to follow up on the firm's Petition to Enforce Attorney's Lien and Judgment in the above-referenced matter, on which briefing was completed last month. I understood that our managing attorney's office had submitted courtesy copies, but a duplicate courtesy copy of the full set of motion papers is provided herewith, consisting of:

(1) Petition to Enforce Attorney's Lien and Judgment (Docket No. 101);

(2) Affidavit of Edward I Stein in Support of Petition to Enforce Attorney's Lien and Judgment with Exhibits A-L (Docket No. 102);

(3) Memorandum In Opposition to Anderson Kill P.C.'s Petition to Enforce Attorney's Lien and Judgment (Docket No. 108);

(4) Reply Memorandum in Support of Petition to Enforce Attorney's Lien and Judgment (Docket No. 112); and

(5) Affidavit of Howard Benjamin in Support of Petition to Enforce Attorney's Lien and Judgment with Exhibits A-B (Docket No. 113).

    We look forward to your Honor's ruling, and thank you for your attention to this matter.

Sincerely,

Edward J. Stein

EJS
cc:   Via ECF to Counsel of Record
Enclosures (via hand delivery to Chambers)

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

1027652.1