USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SEA TRADE MARITIME CORPORATION,
et al.,

            Plaintiffs,

  -against-

STELIOS COUTSODONTIS, et al.,

            Defendants.
------------------------------------X

09 Civ. 488 (LGS)(HBP)

ORDER

    PITMAN, United States Magistrate Judge:

    A conference having been held on this date during which various discovery and scheduling matters were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

    1. Plaintiffs shall respond to the interrogatories and document requests served by the Coutsodontis defendants no later than April 14, 2014.

    2. The joint application by plaintiffs and the Cousodontis defendants for an extension of the period within which discovery must be completed is granted in part. The time within which plaintiffs and the Coutsodontis defendants must complete discovery is extended to May 30, 2014.

3. Discovery is closed as to General Maritime Enterprises Corp., and the notice of deposition previously served on it is quashed.

4. Mr. Peters shall appear for his deposition on the afternoons of April 28 and 29 and all day on April 30, 2014. With the consent of all parties, Mr. Peters' testimony shall be binding both on himself and on Sea Trade Maritime Corporation.

5. Stelios Coutsodontis shall appear for his deposition on May 13 and 20, 2014.

6. Eleni Coutsodontis shall appear for her deposition on May 22, 2014.

7. If plaintiffs intend to rely on expert testimony, they shall make all disclosures required by Fed.R.Civ.P. 26(a)(2) no later than May 30, 2014.

8. If defendants intend to rely on expert testimony, they shall make all disclosures required by Fed.R.Civ.P. 26(a)(2) no later than June 30, 2014.

9. All expert discovery shall be completed no later than July 31, 2014.

10. Additional dispositive motions, if any, shall be made no later than August 29, 2014.

11. The Pretrial Order, in the form required by Judge Schofield's rules, along with all other pretrial submissions required by Judge Schofield, shall be filed on September 30, 2014, or thirty days after the final decision on any dispositive motion (if the pretrial order is still necessary after such decision), whichever date is later. Plaintiffs shall serve a draft of their portion of the Pretrial Order on counsel for defendant no later than fifteen days prior to the Pretrial Order's due date. For the convenience of all parties, a copy of Judge Schofield's rules is available on the Court's website: www.nysd.uscourts.gov.

Dated: New York, New York
March 20, 2014

SO ORDERED

*[signature]*
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Howard Benjamin, Esq.
19th Floor
260 Madison Avenue
New York, New York 10016

John G. Poles, Esq.
Poles Tublin Stratakis & Gonzalez LLP
46 Trinity Place
New York, New York 10006

Peter Skoufalos, Esq.
Patrick R. O'Mea, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, New York  10017