UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SEA TRADE MARITIME CORPORATION :
AND GEORGE PETERS :
: 
                           Plaintiffs, :    Index No. 09 Civ. 488 (LGS)
      v. :
:    **NOTICE OF APPEARANCE**
STELIOS COUTSODONTIS, ET AL. :
:
                         Defendants. :
----------------------------------------------------------------x

To the Clerk of Court and all parties of record:

      PLEASE TAKE NOTICE THAT the firm of Cardillo & Corbett hereby makes its appearance on behalf of plaintiffs, SEA TRADE MARITIME CORPORATION and GEORGE PETERS, in the above captioned action.

Dated: May 30, 2014
      New York, New York

                                     CARDILLO & CORBETT
                                     Attorneys for Plaintiffs
                                     SEA TRADE MARITIME CORPORATION
                                     GEORGE PETERS

                          By: _____
                                     James P. Rau

                                     Office and P.O. Address
                                     29 Broadway, Suite 1710
                                     New York, New York 10006
                                     Tel: (212) 344-0464
                                     Fax: (212) 797-1212
                                     jrau@cardillocorbett.com