UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEA TRADE MARITIME CORPORATION :
AND GEORGE PETERS :
:
                                 Plaintiffs, :    Index No. 09 Civ. 488 (LGS)
              v. :
:    **NOTICE OF APPEARANCE**
STELIOS COUTSODONTIS, ET AL. :
:
                              Defendants. :
------------------------------------------------------------x

To the Clerk of Court and all parties of record:

       PLEASE TAKE NOTICE THAT the firm of Cardillo & Corbett hereby makes its appearance on behalf of plaintiffs, SEA TRADE MARITIME CORPORATION and GEORGE PETERS, in the above captioned action.

Dated: May 30, 2014
       New York, New York

                                         CARDILLO & CORBETT
                                         Attorneys for Plaintiffs
                                         SEA TRADE MARITIME CORPORATION
                                         GEORGE PETERS

                          By: _____
                               Tulio R. Prieto

                               Office and P.O. Address
                               29 Broadway, Suite 1710
                               New York, New York 10006
                               Tel: (212) 344-0464
                               Fax: (212) 797-1212
                               jrau@cardillocorbett.com