UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SEA TRADE MARITIME CORPORATION
AND GEORGE PETERS

                            Plaintiffs,

v.

STELIOS COUTSODONTIS, ET AL.

                            Defendants.
---------------------------------------------------------------x

Index No. 09 Civ. 488 (LGS)

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to the accompanying Consent to Change Counsel, the undersigned, Cardillo & Corbett, shall be and hereby is substituted as counsel for Plaintiffs Sea Trade Maritime Corporation and George Peters, and copies of all pleadings, orders, notices and any other papers relating to the above-captioned action should hereinafter be served on the undersigned.

Dated: New York, New York
        May 25, 2014

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
5-30-14

CARDILLO & CORBETT

By: _____
James P. Rau, Esq.

29 Broadway
New York, New York 10006
Telephone: 212-344-0464
Facsimile: 212-797-1212

Via ECF:

Nathan Charles Gaudio, Esq.
Scott Rossback Johnston, Esq.
John G. Poles, Esq.
Poles Tublin Stratakis Gonzalez & Weichert, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/14

46 Trinity Place
New York, NY 10006
(212) 943-0110
Fax: (212) 269-9875
Email: ngaudio@polestublin.com
Email: sjohnston@polestublin.com
Email: jpoles@polestublin.com

Peter Skoufalos, Esq.
Patrick Robert O'Mea, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, NY 10017
(212) 983-8500
Fax: (212) 983-5946
Email: pskoufalos@browngavalas.com
Email: pro@browngavalas.com

Edward Stein, Esq.
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, NY 10020
212-278-1000
Fax: 212-278-1733
Email: estein@andersonkill.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SEA TRADE MARITIME CORPORATION
AND GEORGE PETERS                                  :
                                                                    Index No. 09 Civ. 488 (LGS)
                                   Plaintiffs,     :
                                                                    **CONSENT TO CHANGE**
           v.                                      :                **OF COUNSEL**

STELIOS COUTSODONTIS, ET AL.                       :

                                   Defendants.     :
----------------------------------------------------------------x

It is hereby consented that Cardillo & Corbett located at 29 Broadway, Suite 1710, New York, New York 10006 be substituted as attorneys of record for Plaintiffs Sea Trade Maritime Corporation and George Peters in the captioned action in place of Howard Benjamin, Esq., as of the date of this Consent.

Dated: New York, New York
       May 29, 2014

LAW OFFICES OF HOWARD BENJAMIN          CARDILLO & CORBETT
As Outgoing Attorney                    As Incoming Attorney

By: _____           By: _____
    Howard Benjamin, Esq.                   James P. Rau, Esq.

437 Madison Avenue                      29 Broadway
New York, NY 10022                      New York, New York 10006
Telephone: 212-832-3006                 Telephone: 212-344-0464


By: _____
    George Peters
    As Attorney-in Fact for Sea Trade Maritime Corporation
    and as Individual Plaintiff