UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEA TRADE MARITIME CORPORATION :
AND GEORGE PETERS, :
: Index No. 09 Civ. 488 (LGS) (HBP)
Plaintiffs, :
: **NOTICE OF**
v. : **SUBSTITUTION OF COUNSEL**
:
STELIOS COUTSODONTIS, ET AL. :
:
Defendants. :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that, pursuant to the accompanying Consent to Change Counsel, the undersigned, Beys Stein Mobargha & Berland LLP, shall be and hereby is substituted as counsel for Plaintiffs Sea Trade Maritime Corporation and George Peters, and copies of all pleadings, orders, notices and any other papers relating to the above-captioned action should hereinafter be served on the undersigned.

Dated: New York, New York
       June 19, 2014

                                BEYS STEIN MOBARGHA & BERLAND LLP

                                By: _____
                                    Jason H. Berland
                                    (JB4136)
                                    The Chrysler Building
                                    405 Lexington Avenue – 7th Floor
                                    New York, NY  10174
                                    Tel: 646-755-3604
                                    Fax: 646-755-3599
                                    jberland@beysstein.com

Via ECF:

Nathan Charles Gaudio, Esq.
Scott Rossback Johnston, Esq.
John G. Poles, Esq.
Poles Tublin Stratakis Gonzalez & Weichert, LLP
46 Trinity Place
New York, NY 10006
(212) 943-0110
Fax: (212) 269-9875
Email: ngaudio@polestublin.com
Email: sjohnston@polestublin.com
Email: jpoles@polestublin.com


Peter Skoufalos, Esq.
Patrick Robert O'Mea, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, NY 10017
(212) 983-8500
Fax: (212) 983-5946
Email: pskoufalos@browngavalas.com
Email: pro@browngavalas.com


Edward Stein, Esq.
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, NY 10020
212-278-1000
Fax: 212-278-1733
Email: estein@andersonkill.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SEA TRADE MARITIME CORPORATION :
AND GEORGE PETERS, :
 :
                                    Plaintiffs,  :    Index No. 09 Civ. 488 (LGS)
 :
                       v.                          :    **CONSENT TO CHANGE OF COUNSEL**
 :
STELIOS COUTSODONTIS, ET AL., :
 :
                                  Defendants.  :
----------------------------------------------------------------x

        It is hereby consented that Beys Stein Mobargha & Berland LLP located at The Chrysler Building, 405 Lexington Avenue, 7th Floor, New York, NY 10174 be substituted as attorneys of record for Plaintiffs Sea Trade Maritime Corporation and George Peters in the captioned action in place of Cardillo & Corbett, as of the date of this Consent.

Dated: New York, New York
       June 19, 2014


CARDILLO & CORBETT                       BEYS STEIN MOBARGHA & BERLAND LLP
As Outgoing Attorney                          As Incoming Attorney

By: _____                  By: _____
    Tulio R. Prieto, Esq.                              Jason H. Berland, Esq.
    29 Broadway                                             405 Lexington Avenue
    New York, New York 10006                   New York, NY 10174
    Telephone: 212-344-0464                      Telephone: 646-755-3600


By: _____
    George Peters
    As Attorney-in Fact for Sea Trade Maritime Corporation
    and as Individual Plaintiff