UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SEA TRADE MARITIME CORPORATION
and GEORGE PETERS,

                              Plaintiffs,

                -against-                           Index No. 09 Civ. 488 (LGS) (HBP)

                                           **NOTICE OF APPEARANCE**

STELIOS COUTSODONTIS, *et al.*,

                              Defendants.
-----------------------------------------------------------x
To the Clerk of this Court and all parties of record:

Please enter my appearance as a counsel of record for Plaintiffs Sea Trade Maritime Corporation and George Peters in the above referenced case. I certify that I am admitted to practice in this Court.

Dated: New York, New York
          June 19, 2014

                                                          /s/ Jason H. Berland
                                                          Jason H. Berland
                                                          (JB4136)
                                                          Beys Stein Mobargha & Berland LLP
                                                          The Chrysler Building
                                                          405 Lexington Avenue – 7th Floor
                                                          New York, NY 10174
                                                          Tel: 646-755-3604
                                                          Fax: 646-755-3599
                                                          jberland@beysstein.com

                                                          *Attorneys for Plaintiffs*