UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SEA TRADE MARITIME CORP. and             :
GEORGE PETERS,                                         :
                                                                           :   Case No. 090cv-488 (LGS) (HBP)
                           *Plaintiffs*,                         :
                                                                           :   **NOTICE OF MOTION**
           v.                                                          :
                                                                           :
STELIOS COUTSODONTIS, et al.,              :
                                                                           :
                           *Defendants*.                     :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration, and all prior proceedings and pleadings in this action, Plaintiffs, by their undersigned attorneys, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, Courtroom 18A, New York, New York 10007, at a time and date set by the Court, to reconsider its June 6, 2014 Order denying a discovery extension.

Dated:  New York, New York
           June 20, 2014

                              BEYS STEIN MOBARGHA & BERLAND LLP

                     By:   */s/Jason H. Berland*
                            Jason H. Berland
                            (JB4136)
                            The Chrysler Building
                            405 Lexington Avenue – 7th Floor
                            New York, NY  10174
                            Tel: 646-755-3604
                            Fax: 646-755-3599
                            jberland@beysstein.com

Via ECF:

Nathan Charles Gaudio, Esq.
Scott Rossback Johnston, Esq.
John G. Poles, Esq.
Poles Tublin Stratakis Gonzalez & Weichert, LLP
46 Trinity Place
New York, NY 10006
(212) 943-0110
Fax: (212) 269-9875
Email: ngaudio@polestublin.com
Email: sjohnston@polestublin.com
Email: jpoles@polestublin.com


Peter Skoufalos, Esq.
Patrick Robert O'Mea, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, NY 10017
(212) 983-8500
Fax: (212) 983-5946
Email: pskoufalos@browngavalas.com
Email: pro@browngavalas.com


Edward Stein, Esq.
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, NY 10020
212-278-1000
Fax: 212-278-1733
Email: estein@andersonkill.com