**Poles Tublin Stratakis & Gonzalez, LLP**
**46 Trinity Place – Fifth Floor**
**New York, New York 10006-2288**

Writer's New York Telephone Ext.: 232　　　　　　　　　　　　　　　　　　　　　Telephone (212) 943-0110
Writer's Email: sjohnston@polestublin.com　　　　　　　　　　　　　　　　　Facsimile (212) 269-9875

**Respond to New York, New York Address**

June 23, 2014

**BY ELECTRONIC FILING**

Honorable Henry Pitman
United States District Court – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York   10007-1312

　　Re:　*Sea Trade Maritime Corporation et al. -v- Stelios Coutsodontis et al.*
　　　　　1:09-cv-00488 (LGS)(HBP)
　　　　　Our File No. 26,090

Dear Judge Pitman:

We represent CAPTAIN STELIOS COUTSODONTIS and FRANCESCA COUTSODONTIS, defendants in the above-reference action.  We are writing with regard to Plaintiffs' June 20, 2014 motion for reconsideration (Docket Entries 128–129).  While Plaintiffs' Notice of Motion did provide for a return date "at a time and date set by the Court," its Memorandum in support, at page 10 therein, might mislead the Court to believing that Defendant's do not wish to oppose Plaintiffs' motion.  This is simply not true.  Defendants do wish to oppose Plaintiff's motion and respectfully ask that the Court set a briefing schedule and return date for the motion.

We thank the Court in advance for its consideration and await its advises.

Very truly yours,

POLES TUBLIN STRATAKIS & GONZALES, LLP

/s/ John G. Poles

John G. Poles