# POLES TUBLIN
POLES, TUBLIN, STRATAKIS & GONZALEZ, LLP

Writer's New York Telephone Ext.: 240
Writer's Email: sjohnston@polestublin.com

**Respond to New York, New York Address**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/14

46 Trinity Place, 5th Fl.
New York, NY 10006
Tel: (212) 943-0110
Fax: (212) 269-9875

127 E. Mt. Pleasant Ave.
Livingston, NJ 07039
Tel: (973) 992-3555
Fax: (973) 992-9397

info@polestublin.com
www.polestublin.com

June 26, 2014

**BY FAX**

Honorable Henry B. Pitman
United States District Court – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Sea Trade Maritime Corporation et al. -v- Stelios Coutsodontis et al.*
1:09-cv-00488 (LGS)(HBP)
Our File No. 26,090

Dear Judge Pitman:

We represent CAPTAIN STELIOS COUTSODONTIS and FRANCESCA COUTSODONTIS, defendants in the above-reference action. On June 20, 2014 Plaintiffs' moved this Honorable Court for reconsideration of its June 6, 2014 Memo Endorsed Order denying Plaintiffs' May 30, 2014 letter motion for reconsideration the Court's March 20, 2014 Order. On June 23, 2014, Defendants wrote to the Court requesting the opportunity to answer Plaintiffs' motion for reconsideration for an extension of discovery. The Court granted Defendants' request and directed Defendants to file their answering affidavits by July 1, 2014.

Defendants have conferred with Plaintiffs who have graciously consented to Defendants' request for a 10-days extension (until Friday, July 11, 2014).

We thank the Court in advance for its consideration and await its advises.

Very truly yours,

POLES TUBLIN STRATAKIS & GONZALES, LLP

Scott R. Johnston

cc: Jason H. Berland, Esq.
BEYS STEIN MOBARGHA & BERLAND LLP
Fax: (646) 755-3599

*The due date for the Coutsodontis' papers is extended to 7-11-14*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
6-26-14

---

*New York • New Jersey*