# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510 ■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

July 2, 2014

**By ECF and HAND DELIVERY**

Hon. Henry B. Pitman
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Sea Trade Maritime Corp. & George Peters v. Stelios Coutsodontis*, No. 09 Civ. 488(LGS)(HBP)

Dear Judge Pitman:

I write on behalf of Anderson Kill P.C., former counsel to plaintiffs Sea Trade Maritime Corp. and George Peters in the above-referenced matter. As you know, Anderson Kill filed a Petition to Enforce Attorney's Lien and Judgment in the above-referenced matter (the "Anderson Kill Petition") in December, 2013, on which briefing was completed in January, 2014. See ECF docket numbers 101, 102, 108, 112, 113.

We understand you have scheduled a hearing next Tuesday, July 8, 2014 at 4:00 p.m. to address recent discovery disputes between Plaintiffs and Defendant Coutsodontis.

Because the Court will be addressing this action and we expect that the parties will be represented at this hearing, for efficiency's sake we respectfully request that you expand the scope of the July 8 hearing to address the Anderson Kill Petition. The essential points and authorities are fully briefed in prior submissions, but we would be pleased to provide any other information your Honor might request in order to reach a decision on the pending petition.

Thank you for your attention to this matter.

Sincerely,

Edward J. Stein

EJS
cc:   Via ECF to Counsel of Record
      Jeffrey Glen, Esq. (Anderson Kill)

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
1034417.1