USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEA TRADE MARITIME CORPORATION, et al.,

                            Plaintiff(s),

-against-

STELIOS COUTSODONTIS,

                            Defendant(s),
------------------------------------------------------------ X

09 Civ. 488 (LGS)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Henry B. Pitman United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

**✔** DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)
Motion for attorney fees (Dkt. No. 101)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____

_____

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

_____

_____

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated: July 16, 2014
       New York, New York

* Do not check if already referred for General Pre-Trial.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**