

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/14

BEYS STEIN MOBARGHA & BERLAND LLP

Jason H. Berland
646.755.3604 (Direct)
jberland@beysstein.com

August 7, 2014

*APPLICATION GRANTED*

BY FASCIMILE (212-805-6111)

**SO ORDERED**

Hon. Henry Pitman
United States District Court – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-7-14

Re: *Sea Trade Maritime Corp., et al. v. Stelios Coutsodontis, et al.*
Case No. 09-cv-488 (LGS)(HBP)

Dear Judge Pitman:

On July 30, 2014 this Court rendered a Decision and Order whereby Plaintiff's motion for reconsideration was granted and discovery was "reopened to the limited extent of permitting Plaintiffs to move to enforce its request for production of documents and extending the date for the production of expert disclosures." Plaintiff's motion to compel is due on August 13, 2014 and the expert disclosures are due on August 29, 2014.

Due to an unforeseen accident, I had a large portion of my pointer finger severed this past Monday evening, requiring surgery and multiple stitches, and causing total and irreversible nerve damage. The hand surgeon treating me has advised me that typing for two to three weeks is out of the question. Moreover, I am currently (albeit temporarily) on a prescribed controlled substance to combat pain.

I respectfully ask this Court to allow a brief extension for the submission of my motion. An extension on the expert disclosure will not be necessary. I propose August 29, 2014, which is the date the disclosures are due. I have conferred with opposing counsel, Scott Johnson, who has kindly consented to any extension I need.

The Chrysler Building, 405 Lexington Avenue, 7th Floor, New York, NY 10174
Main: 646.755.3600 • Fax: 646.755.3599
www.beysstein.com

August 7, 2014
Page 2

I thank the Court in advance for its consideration in this matter.

Respectfully,

Jason H. Berland
Beys Stein Mobargha & Berland LLP
The Chrysler Building
405 Lexington Avenue – 7th Floor
New York, NY 10174
Tel: 646-755-3604
Fax: 646-755-3599
jberland@beysstein.com

*Attorneys for Plaintiffs*

cc: Scott R. Johnston (via email)