UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SEA TRADE MARITIME CORP. and
GEORGE PETERS,

                *Plaintiffs,*

      v.

STELIOS COUTSODONTIS, et al.,

                *Defendants.*

------------------------------------------------------------x

Case No. 09-cv-488 (LGS) (HBP)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Affirmation/Certification of Jason H. Berland, dated August 29, 2014, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Compel Production of Documents, and all prior pleadings in this action, Plaintiffs, by their undersigned attorneys, will move this Court, on September 15, 2014, or as soon thereafter as counsel can be heard, for a Motion to Compel Production of Documents pursuant to Fed. R. Civ. P. 37.

      **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Local Rule 6.1 of the Southern District of New York, answering papers, if any, are required to be served upon the undersigned by September 5, 2014, and reply papers, if any, shall be served by September 8, 2014.

-2-

Dated: August 29, 2014
         New York, New York

                                          Beys Stein Mobargha & Berland LLP

                                          By:  /s/ *Jason H. Berland*
                                                Jason H. Berland

                                          The Chrysler Building
                                          405 Lexington Ave., 7th Floor
                                          New York, New York 10174
                                          Telephone: (646) 755-3604
                                          Facsimile: (646) 755-3599
                                          Email: jberland@beysstein.com

                                          *Attorneys for Plaintiffs*