USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SEA TRADE MARITIME CORP., et al.,  :

                Plaintiffs,    :   09 Civ. 488 (LGS)(HBP)

  -against-                    :
                                        ORDER
STELIOS COUTSODONTIS, et al.,    :

                Defendants.    :

----------------------------------X

        PITMAN, United States Magistrate Judge:

        Oral argument having been held on this matter on September 24, 2014, during which the plaintiff's motion to compel the production of documents was discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1. Plaintiff's motion to compel document requests is granted. Defendant is to produce all documents requested by plaintiff no later than October 11, 2014.

Dated:  New York, New York
       September 24, 2014

                                  SO ORDERED

                                  HENRY PITMAN
                                  United States Magistrate Judge

Copies transmitted to:

James P. Rau, Esq.
Tulio R. Prieto, Esq.
Cardillo & Corbett
29 Broadway, Suite 1710
New York, New York 10006

Jason H. Berland, Esq.
Beys, Stein & Mobargha LLP
405 Lexington Avenue
New York, New York 10174

Nathan C. Gaudio, Esq.
Scott R. Johnston, Esq.
John G. Poles, Esq.
Poles Tublin Stratakis Gonzalez & Weichert LLP
46 Trinity Place
New York, New York 10006

Peter Skoufalos, Esq.
Patrick R. O'Mea, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, New York 10017

Edward Stein, Esq.
Anderson Kill P.C. (N.Y.)
1251 Avenue of the Americas
New York, New York 10020