UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEA TRADE MARITIME CORPORATION
and GEORGE PETERS,

                Plaintiffs,

      -against-                            Index No. 09 Civ. 488 (LGS) (HBP)

                                              **NOTICE OF APPEARANCE**

STELIOS COUTSODONTIS, *et al.*,

                Defendants.
------------------------------------------------------------x
To the Clerk of this Court and all parties of record:

      Please enter my appearance as additional counsel for Plaintiffs Sea Trade Maritime Corporation and George Peters in the above referenced case. I certify that I am admitted to practice in this Court.

Dated: New York, New York
           October 14, 2014

                                        /s/ Nader Mobargha
                                        Nader Mobargha
                                        (NM 8359)
                                        Beys Stein Mobargha & Berland LLP
                                        The Chrysler Building
                                        405 Lexington Avenue – 7th Floor
                                        New York, NY  10174
                                        Tel: 646-755-3604
                                        Fax: 646-755-3599
                                        nmobargha@beysstein.com

                                        *Attorneys for Plaintiffs*