UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>Plaintiffs,<br><br>– v –<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD.,<br>Defendant. | CIVIL ACTION NO.: 09-CV-00488 (BSJ) (HBP)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Defendants Stelios Coutsodontis and Francesca Coutsodontis. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
October 14, 2014

by: /s/ Christ Stratakis
**Christ Stratakis (CS9741)**
**POLES TUBLIN STRATAKIS & GONZALEZ LLP**
46 Trinity Place – Fifth Floor
New York, New York 10006
tel: (212) 943-0110
fax: (212) 269-9875
cstratakis@polestublin.com

*Attorney for Defendants Stelios Coutsodontis and Francesca Coutsodontis*