```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SEA TRADE MARITIME CORPORATION, et          :
al.,                                                        :
                              Plaintiffs,   :    09 Civ. 00488 (LGS) (HBP)
                                            :
         -against-                          :    ORDER
                                            :
STELIOS COUTSODONTIS, et al.,               :
                              Defendants.   :
                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties appeared for a conference on October 30, 2014, it is hereby

**ORDERED** that Defendants' motions for summary judgment shall be filed no later than **November 17, 2014**. Plaintiffs' response, if any, shall be filed no later than **December 8, 2014**. Defendants' reply, if any, shall be filed no later than **December 15, 2014**. The parties' submissions shall conform to the requirements detailed in the Court's Individual Rules.

SO ORDERED.

Dated: October 31, 2014
       New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE