BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
GENERAL MARITIME ENTERPRISES CORP.
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, et al.,

      *Plaintiffs*,

  -against-

STELIOS COUTSODONTIS, *et al.,*

      *Defendants*.
-------------------------------------------------------------X

No. 09 Civ. 488 (LGS) (HBP)

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that defendant General Maritime Enterprises Corporation ("General Maritime"), by and through undersigned counsel, will move this Honorable Court at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, (1) for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of General Maritime and (2) for such further and different relief as the Court deems just and proper.

   PLEASE TAKE FURTHER NOTICE that answering papers, if any, are due on

December 8, 2014 and reply papers, if any, are due on December 15, 2014

Dated: New York, New York
   November 17, 2014

             BROWN GAVALAS & FROMM LLP
             Attorneys for Defendant
             GENERAL MARITIME ENTERPRISES CORP.

          By: /s/ Peter Skoufalos
             Peter Skoufalos (PS-0105)
             Patrick R. O'Mea (PO-0424)
             355 Lexington Avenue
             New York, New York 10017
             Tel: (212) 983-8500
             Fax: (212) 983-5946


To Beys Stein Mobargha & Berland LLP
   The Chrysler Building
   405 Lexington Avenue, 7th Floor
   New York, NY 10174

   Poles, Tublin, Stratakis & Gonzalez, LLP
   46 Trinity Place, 5th Floor
   New York, NY 10006