BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
GENERAL MARITIME ENTERPRISES CORP.
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, et al.,

                                                                     No. 09 Civ. 488 (LGS) (HBP)

              *Plaintiffs*,

    -against-

STELIOS COUTSODONTIS, *et al.*,           **RULE 56.1 STATEMENT OF**
                                                                   **UNDISPUTED MATERIAL FACTS**

              *Defendants*.
-------------------------------------------------------------X

       Defendant GENERAL MARITIME ENTERPRISES CORPORATION ("General Maritime") submits that there is no dispute as to the following material facts:

### Facts Pertaining to Personal Jurisdiction

    1.    General Maritime is a Liberian corporation with offices and headquarters in Piraeus, Greece. Declaration of Nikolaos Kotakis, dated November 17, 2014, at ¶ 3.

    2.    General Maritime has never maintained any office or property in the State of New York. *Id.* ¶ 19.

    3.    No officers, directors, or employees of General Maritime have resided in New York. *Id.* ¶ 21.

    4.    General Maritime has never paid taxes in New York. *Id.* ¶ 23.

    5.    General Maritime has never maintained a telephone listing, answering service, or mailing address in New York. *Id.* ¶ 20.

6. General Maritime is not authorized to do business in New York by the New York Department of State. *Id.* ¶ 22.

7. General Maritime has never operated vessels or solicited or transacted other business in New York. *Id.* ¶ 24.

8. Coutsodontis has never transacted business in New York on behalf of General Maritime, including any activities to harm or injure Sea Trade or Peters. *Id.* ¶ 35.

## **Facts Pertaining to Plaintiffs' Conspiracy Allegations**

9. Coutsodontis is not and never was an officer, director, employee, or shareholder of General Maritime. *Id.* ¶ 16.

10. General Maritime was not a party to any action brought by Coutsodontis against Peters, Sea Trade, or the MV ATHENA. *Id.* ¶¶ 27-30.

11. General Maritime did not authorize, request, or communicate with Coutsodontis regarding any legal proceedings against Peters or Sea Trade, including but not limited to the actions related to the arrest of the MV ATHENA in Spain or Louisiana. *Id.* ¶ 27.

12. No officer, director, or employee of General Maritime entered into an agreement with Coutsodontis to harm or cause injury to Plaintiffs. *Id.* ¶ 31.

13. Theodore Papangelopoulos passed away in March 2001. *Id.* ¶ 9.

14. Theodore Papangelopoulos never entered into an agreement with Coutsodontis on behalf of General Maritime with the purpose of harming Sea Trade or Peters. *Id.* ¶ 12.

15. Theodore Papangelopoulos has never been aboard the MV ATHENA. *Id.* ¶ 12.

16. Francesca Coutsodontis never worked as an intern for General Maritime. *Id.* ¶ 16.

17. General Maritime acted solely in its capacity as commercial manager for the vessel Athenoula in connection with funds transmitted between Coutsodontis and Attika International Navigation S.A. *Id.* ¶ 14.

18. General Maritime has not received any benefit from any action brought by Coutsodontis against Sea Trade or Peters. *Id.* ¶ 33.

Dated: New York, New York
November 17, 2014

                                                BROWN GAVALAS & FROMM LLP
                                                Attorneys for Defendant
                                                GENERAL MARITIME ENTERPRISES CORP.

                              By:    /s/ Peter Skoufalos
                                        Peter Skoufalos (PS-0105)
                                        Patrick R. O'Mea (PO-0424)
                                        355 Lexington Avenue
                                        New York, New York 10017
                                        Tel: (212) 983-8500
                                        Fax: (212) 983-5946