UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION and GEORGE PETERS,<br><br>Plaintiffs,<br><br>– v –<br><br>STELIOS COUTSODONTIS, FRANCESA ELENI COUTSODONTIS, GENERAL MARITIME ENTERPRISES CORP., ATTIKA INTERNATIONAL NAVIGATION SA, and IASON SHIPPING LTD.,<br>Defendant. | CASE NO.: 09-CIV- 00488 (LGS)(HBP)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that Defendants Stelios Coutsdontis and Francesca Eleni Coutsodontis (hereinafter, collectively, '*Defendants*') by and through undersigned counsel, will move this Honorable Court at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, (1) for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of General Maritime and (2) for such further and different relief as the Court deems just and proper.

1

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are due on December 8, 2014 and reply papers, if any, are due on December 15, 2014.

Dated: New York, New York
November 17, 2014

>Yours, etc.,
>POLES TUBLIN STRATAKIS & GONZALEZ, LLP
>*Attorneys for Defendants Stelios Coutsodontis and Francesa Eleni Coutsodontis*
>
>by: /s/Christ Stratakis
>Christ Stratakis, Esq.
>46 Trinity Place – Fifth Floor
>New York, New York   10006-2288
>Tel:  (212) 943-0110
>Fax:  (212) 268-9875