USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

SEA TRADE MARITIME CORP., et al.,　　:

　　　　　　　　　　Plaintiffs,　　　:　　09 Civ. 488 (LGS)(HBP)

　-against-　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　ORDER
STELIOS COUTSODONTIS, et al.,　　　 :

　　　　　　　　　　Defendants.　　　:

-----------------------------------X

　　　　　PITMAN, United States Magistrate Judge:

　　　　　A conference having been held on this date during which I heard argument concerning plaintiffs' application to compel compliance with my discovery Order dated September 24, 2014, for the reasons stated on the record in open court, it is hereby ORDERED that:

　　　　　1.　The Coutsodontis defendants are directed to comply fully with my Order dated September 24, 2014 and to produce all documents sought in plaintiffs' April 2014 document request no later than December 24, 2014. Given the duration of the Coutsodontis defendants' noncompliance and the fact that the deadline set herein is the deadline requested by their counsel, the Coutsodontis defendants are advised that an unjustified failure to comply with this Order will result in the

imposition of sanctions which may include a recommendation that a default judgment be entered against them. Holiday observances will not constitute a valid justification for failure to comply with this Order in a timely manner.

Dated: New York, New York
December 10, 2014

SO ORDERED

*[signature]*
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

James P. Rau, Esq.
Tulio R. Prieto, Esq.
Cardillo & Corbett
29 Broadway, Suite 1710
New York, New York  10006

Nader Morbargha, Esq,
Jason H. Berland, Esq.
Beys, Stein & Mobargha % Berland LLP
405 Lexington Avenue
New York, New York  10174

Nathan C. Gaudio, Esq.
Scott R. Johnston, Esq.
John G. Poles, Esq.
Poles Tublin Stratakis Gonzalez & Weichert LLP
46 Trinity Place
New York, New York  10006

Peter Skoufalos, Esq.
Patrick R. O'Mea, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, New York  10017

2