# Exhibit A

*V-C. Huggler of [illegible] of [illegible]*

**Captain S.L. Coutsodontis**
9 Northway, Bronxville, NY 10708
Tel. (914) 337-8230 Fax (914) 395-1375

May 14, 2011

The Managing Director
UBS AG, Private Banking
P.O. Box 4012
CH-1002 Lausanne
Switzerland

Dear Sir,

    I refer to the MIMOZA TRUST of which my sister Athena Eliades was the Settlor. She passed away in Greece on January 13, 2003. I was left a beneficiary of half of this trust, an amount of approximately US $11,049,982.00

    When we met with Mr. Fredy Schwalm in Lausanne very early in the year 2003 I requested of him to remit a portion of the monies due to me, ie US $3,000,000 to General Maritime Enterprises in Greece. He very kindly did so, for which I thank him and UBS.

    The balance of US $8,049,982.00 later at my request was remitted to my account with HSBC-USA, which I did receive. I have to prove to authorities that indeed in the year 2003 at my request UBS did remit for me this amount of US $3,000,000 to General Maritime Enterprises in Greece.

    Therefore I kindly request that you provide me with proof of this remittance.

    Please look to me for any and all expenses in connection with this matter. I wish to thank you in advance for your kind attention.

Very truly yours,

*S.L. Coutsodontis*

SIGNATURE VERIFIED
LESLIE FERGUSON
A 24.5.2011