# Exhibit B

```
                                            For information:
                                            Tel. 021/215 41 11


                                            Account No.     █████3.60C


        CQUE 803783
        BR LAUSANNE


                                            REF. 3460 092 ZU 0980573  YWU/6FZ
                                            BOOKKEEPING ENTRY DATE 02.04.03


                                            1002 LAUSANNE            02.04.2003

DEBIT ADVICE
```

---

```
ORDER         02.04.03 TRANSFER        PAID THROUGH
BENEFICIARY
████████████████████8204               EFG EUROBANK ERGASIAS SA
GENERAL MARITIME ENTERPRISES CORP.     GR-105 57 ATHENS
```




                                            VAL. 02 04.03  USD   **3,000,000.00

Form without signature