**Exhibit C**

# Same Day Balance Report

Same Day Balance Report -- for Susan Goncalves - ADMIN
Date range: Jun 12, 2012 thru Jun 12, 2012

Generated
on: Jun 12, 2012
at 09:26 AM

## Accounts

**Bank Name:** TD Bank
**Account #:** ####3255   **Account Name:** IOLA/MELTZER, LIPPE GOLDSTEIN (USD)

| Date | Detail Credit Transactions | Amount | Availability | Bank Ref. | Cust. Ref. | Text |
|---|---|---|---|---|---|---|
| 06/12/2012 | Incoming Wire Transfer | $3,614,000.00 | 0 Day | 12061AUUJ32F10G | FTS120612639LAO | Value Date: 20120612 General CREL REF: SETTLEMENT OF BEEKMANSHIPPING CORP LOAN PLUSINTEREST. Bank to Bank Info: PLEASE PAY IN FULL Sending Bank: 021000018 - Bank of New York Mellon Fed Reference: 20120612C1B76E1C000090806120837FT03 Credit Account: ####3255 Originating Party: 1/BEEKMAN SHIPPING CORP. S/CH/CRESCHZZ/08711311717133 Originating Bank: CREDIT SUISSE AG (FORMERLY CLA BAHNHOFSTRASSE 32 Instructing Party: CREDIT SUISSE AG AG M03334209 PARADEPLATZ 8 P.O. BOX 600 CH-8070 ZURICH, SWITZERLAND Beneficiary Account: ####3255 Beneficiary Party: MELTZER, LIPPE ,GOLDSTEIN BRENTSTONE, LLP NY 11501, USA Receiving Bank: 026013673 |

**Credit Item Count:** 1  **$3,614,000.00**