# Exhibit D

10/18/2014 13:18 FAX  516 747 8383                                                           ☒002/002

## Wire Transfer Entry Review                                                    Page 1 of 1

|  |  |
|---|---|
| Susan Goncalves - ADMIN<br>Meltzer, Lippe & Goldstein LLP<br>190 Willis Avenue<br>Mineola, NY 11501 | Accepted on: Jun 13, 2012 at 12:38:47 PM<br>Send Date: Jun 13, 2012 |
| Debit Bank: 004 - TD Bank<br>Debit Account: ██████8153 - IOLA/MELTZER, LIPPE, GOLDSTEIN | Credit Bank: 021001088 - HSBC BANK USA<br>Credit Account: ██████6444 - S.L. Counsodontis<br>8 Northway<br>Bronxville, NY |
| Debit Currency: USD - US Dollar<br>Debit Amount: 3,614,000.00<br>Template ID: Free Form - 1 Approvers<br>Entry Cust/User: MLGLLP - goncalvess | Credit Currency: USD - US Dollar<br>Credit Amount: 3,614,000.00<br>Entry Date/Time: Jun 13, 2012 - 12:38:47 PM |
| Bank Trace #: 2012165000825 | Cust Pending #: 000825<br>Addtl Approvers Required: 1 |

In order to submit a Money Transfer request on the account numbers described above,
approval is required. Please press the print button on your browser to generate a hard copy
of this wire transfer request.

Wire Transfer successfully initiated. Wire awaiting Company approval. Wire must be
approved by 3:00PM EST to be transferred by end of current business day. Wires approved
on non-business days and after 3:00PM EST will be processed on the next business day.
International Wires: US Dollar payments cutoff 2:00PM. Foreign Dollar payment cutoff
2:00PM. Please note: Future dating of International Wires involving foreign currency may
result in a different exchange rate than shown above. For questions contact Customer Care
at 866-473-7262.