**Exhibit E**

# HSBC

## HSBC Premier

HSBC Premier
Statement of Account
Account Number ####544-4

June 5, 2012 - July 3, 2012
Page 1 of 6

STYLIANOS L COUTSODONTIS   22-00654P
9 NORTHWAY
BRONXVILLE NY 10708-4303

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Amy Elizabeth Wilcox
1-914-633-5465

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 07/03/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ####544-4 | $1.22 | 57,766.87 | 1,698,708.82 | 1,472,541.50 | $2,224,935.19 |
| TOTAL CHECKING | | | | | | $2,224,935.19 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER INVESTOR | ####421-2 | 157.39 | 162,102.47 | 61.95 | 0.00 | 162,164.42 |
| TOTAL SAVINGS | | | | | | $162,164.42 |

**TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JUL 3**  $2,387,099.61

## ACCOUNT DETAIL

**HSBC PREMIER**   ####544-4   **EASTCHESTER OFFICE**
STYLIANOS L COUTSODONTIS

ADD THIS AMOUNT TO YOUR RECORDS: $14.61
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUN 4, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/05/12 | CHECK #5276 | 211.35 | | |
| 06/05/12 | CHECK #5284 | 420.00 | | |
| 06/07/12 | CHECK #5276 | 49.00 | | 57,106.52 |
| 06/08/12 | CHECK #5289 | 4,000.00 | | 57,086.52 |
| 06/08/12 | PAYMENT TO AGORA-PAYMENT-5277 | 49.00 | | |
| 06/08/12 | CHECK #5290 | 200.00 | | |
| 06/09/12 | CHECK #5286 | 350.00 | | |
| 06/11/12 | CHECK #5278 | 69.00 | | 52,367.52 |
| 06/12/12 | CHECK #5288 | 63.69 | | 52,416.52 |
| 06/12/12 | CHECK #5280 | 102.00 | | |
| 06/12/12 | CHECK #5291 | 20.00 | | 51,542.83 |
| 06/13/12 | DEPOSIT | | 1,019.44 | |

Please examine your statement at once. For your convenience, instructions for balancing your account are included.

If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.

STYLIANOS L COUTSODONTIS

HSBC Premier
Statement of Account
Account Number ████544-4

June 5, 2012 - July 3, 2012
Page 2 of 6

C PREMIER ██████ 544-4    EASTCHESTER OFFICE    (CONTINUED)

| T.D. | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 6/12 | $RECD FED TD BANKNORTH CONN. *ORG:IOLA / MELTZER LIPPE G OLDSTEIN,MINEOLA, NY 11501-3609*BNF:STYLIANOS L COUTSODO NTIS,BRONXVILLE*STFD SEQ:C1B702AC89214B*TIME:1345*YR RBF :NONREF*MMR REF:16B541915 | | 3,514,800.00 | |
| 6/12 | CHECK #5069 | 4,859.40 | | |
| 6/12 | HSBC SECURITIES - 66A-382192-2 CUSTREQ | 943,259.60 | | 3,962,962.27 |
| 6/12 | PAYMENT TO VERIZON ARC-CHECK PYMT-5291 | | | |
| 6/13 | CHECK #5297 | 34.55 | | |
| 6/12 | CHECK #5291 | 35.00 | | |
| 6/12 | PAYMENT TO ADT SECURITY SRR-SECURITY-2196 | 125.00 | | |
| 6/12 | CHECK #5292 | 167.21 | | 2,720,220.43 |
| 6/12 | CHECK #5295 | 60.00 | | |
| 6/12 | CHECK #5293 | 102.00 | | |
| 6/12 | CHECK #5293 | 307.97 | | 2,764,756.34 |
| 6/12 | CHECK #5294 | 100.00 | | |
| 6/12 | CHECK #5294 | 115.20 | | |
| 6/12 | PAYMENT TO CABLEVISION-LBARC CHECK-6352 | 200.90 | | |
| 6/12 | CHECK #5299 | 346.69 | | |
| 6/12 | HSBC SECURITIES - 66A-382192-1 BALANCE IN ACCOUNT | 351.05 | 2,104.06 | 2,721,724.41 2,723,509.13 |
| 6/12 | HSBC SECURITIES - 66A-382192-1 BOT 1000 KMP | 79,864.50 | | |
| 6/12 | HSBC SECURITIES - 66A-382192-1 BOT 1000 CAT | 96,591.00 | | 2,577,792.45 |
| 6/12 | HSBC SECURITIES - 66A-382192-1 BOT 1000 PTR | 5,349.00 | | |
| 6/12 | HSBC SECURITIES - 66A-382192-1 BOT 1000 PEP | 65,556.00 | | 2,505,146.33 |
| 6/11 | HSBC SECURITIES - 66A-382192-1 BOT 1000 COST | 92,827.80 | | |
| 6/12 | CHECK #5311 | 200.00 | | |
| 6/12 | PAYMENT TO AMERICAN EXPRESS-ARC PMT-5307 | 2,117.46 | | 2,491,406.12 |
| 6/13 | CHECK #5310 | 5,071.91 | | |
| 6/12 | DEPOSIT | | 9.51 | 2,460,687.46 |
| 6/12 | DEPOSIT | | 19,580.00 | |
| 6/13 | CHECK #5314 | 4,920.00 | | |
| 6/11 | CHECK #5309 | 56,149.20 | | |
| 7/12 | CHECK #5012 | 450.00 | | 2,579,981.77 |
| 7/12 | CHECK #5316 | 15,000.00 | | |
| 7/12 | CHECK #5317 | 17,800.00 | | |
| 6/12 | CHECK #5197 | 50.50 | | 2,082,491.77 |
| 6/12 | CHECK #5305 | 25,491.50 | | |
| 6/12 | CHECK #5308 | 163,020.00 | | |
| 6/12 | CHECK #5306 | | | 2,521,895.09 |
| 6/12 | CHECK #5327 | 125.00 | | 2,226,508.09 |
| 6/12 | PAYMENT TO VERIZON ARC-CHECK PYMT-5315 | 4,692.80 | | |
| 6/12 | CHECK #5326 | 29.91 | | |
| 6/12 | DEPOSIT FROM US TREASURY 320-XXSOC SEC | 270.05 | | 2,221,435.13 |
| 6/13 | HSBC SECURITIES - 65A-382192-1 DIV 3000 NM | | 881.40 2,100.00 | |
| 6/12 | CHECK #5301 | 205.00 | | |
| 6/12 | CHECK #5329 | 425.00 | | |
| 6/12 | INTEREST EARNED AND PAID FROM 06/05/12 THROUGH 07/03/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE  $1,899,121.52 ANNUAL PERCENTAGE YIELD EARNED  0.01% | | 14.61 | 2,224,895.13 |