# Exhibit F

To whom it may concern :

Attika International Navigation, S.A. was a Panamanian company, established on April 21, 2003, and dissolved on February 28, 2008.

There were NO share certificates issued by Attika International Navigation, S.A.

During the period between April 21, 2003, and February 28, 2008, I was the Secretary of the Board of Directors of Attika International Navigation, S.A.

Signed this 18th day of December, 2014.

NIKOLAOS A. KOTAKIS