**Exhibit G**

**Nombre de los Directores**
STYLIANOS COUTSODONTIS
FRANCESCA ELENI COUTSODONTIS
NIKOLAOS A. KOTAKIS

**Nombre de los Suscriptores**
MERY HERRERA DE PIZON
MINELA MORCILLO

**Datos del Oficio**

| | Disolución, Quiebra o Fusión | |
|---|---|---|
| Rollo: | 0 | Imagen: 0 |
| Fecha-Micro: | 27-03-2008 | |
| | **Datos del Diario** | |
| Tomo: | 2008 | Asiento: 37851 |
| | **Datos de la Escritura** | |
| Número: | 2982 | Fecha: 28-02 |
| Notaria: | 42 | Provincia: PANAM |
| Tipo Acta: | DISOLUCION | |

Detalle
QUE DICHA SOCIEDAD HA SIDO DISUELTA MEDIANTE ESCRITURA PUBLICA 2982 DE 28 DE FEBRERO DE 2008 DE LA NOTARIA NOVENA DEL CIRCUITO PANAMA SEGUN DOCUMENTO 1315697, FICHA 287927 DE LA SECCION DE DESDE EL 27 DE MARZO DE 2008.

CONSULTA DE MERCANTIL

Page 1 of 2

**Mercantil**
Soc. Anónimas
Directo por Ficha
Por Ficha
Por Tomo y Asiento
Alfabéticamente
Cambios por Ficha
Por Poderes
Soc. Cambio Nombre

**No. de Ficha:** 287927   **No. Documento:**

**Nombre de la Sociedad:**
ATTIKA INTERNATIONAL NAVIGATION, S.A.

**Tomo:** 0   **Folio:** 0   **Asiento:**
**Fecha de Registro:** 01-06-1994   **Status:** DISUELTA
**No. de Escritura:** 6499   **Fecha de Escritura:** 20-0
**Notaria:** 3   NOTARIA TERCERA DEL CIRCUITO
**Provincia Notaria:** PANAMA
**Duración:** PERPETUA   **Domicilio:** PANAMA
**Status de la Prenda:**   (DEF-DEFINITIVA, PRE-PREL

Datos de 1a. Tasa Única
**Boleta:** 0   **Fecha de Pago:** 00-0
**Agente Residente:** TORRIJOS Y ASOCIADOS

Datos del Diario
**Tomo:** 230   **Asiento:** 269:

Datos de Microfilmación
**Rollo:** 42457   **Imagen:** 110

**Moneda:** DOLARES AMERICANOS.
**Monto de Capital:** 10,000.00
**Capital**

EL CAPITAL DE LA SOCIEDAD ES DE DIEZ MIL DOLARES DIVIDIDO CIEN AC
DE UN VALOR NOMINAL DE CIEN DOLARES CADA UNA

**Representante Legal**
EL PRESIDENTE.

| Titulo del Dignatario | Nombre del Dignatario |
|---|---|
| PRESIDENTE | STYLIANOS COUTSODONTIS |
| TESORERO | FRANCESCA ELENI COUTSODONTIS |
| SECRETARIO | NIKOLAOS A. KOTAKIS |
| VICE-PRESIDENTE | FRANCESCA ELENI COUTSODONTIS |