# Exhibit H



# REPÚBLICA DE PANAMÁ
## PROVINCIA DE PANAMÁ

# NOTARIA PRIMERA DEL CIRCUITO

### LCDO. MANUEL CUPAS FERNANDEZ
### NOTARIO PUBLICO PRIMERO

TORRE COSMOS
PLANTA BAJA, OFICINA No.3
AVENIDA MANUEL MARIA ICAZA
AREA BANCARIA

Teléfonos: 264-3585 / 264-8927
Telefax: 264-5047

Apartado: 55-0318
ANTILLA

**COPIA ESCRITURA** No. 7893 DE 23 DE septiembre DE 2003

Por la cual se protocoliza el documento que contiene el Contrato de Venta y Aceptación de Compra de la nave ATHENOULA ex ANGELIC FAITH celebrado entre AGGELIKI PISTIS CORPORATION y ATTIKA INTERNATIONAL NAVIGATION S.A.



**REPÚBLICA DE PANAMÁ**
**PAPEL NOTARIAL**



**NOTARIA PRIMERA DEL CIRCUITO DE PANAMÁ**

ESCRITURA PUBLICA NUMERO SIETE MIL OCHOCIENTOS NOVENTA Y TRES ——
————————— (7893) ———————————

Por la cual se protocoliza el documento que contiene el Contrato de Venta y Aceptación de Compra de la nave ATHENOULA ex ANGELIC FAITH celebrado entre AGGELIKI PISTIS CORPORATION y ATTIKA INTERNATIONAL NAVIGATION S.A. ————————

————————— Panamá, 23 de septiembre de 2008. ———————

En la Ciudad de Panamá, Capital de la República y Cabecera del Circuito Notarial del mismo nombre a los veintitrés (23) días del mes de septiembre del año dos mil tres (2003) ante mí MANUEL CUPAS FERNÁNDEZ, Notario Público de la Notaría Primera del Circuito de Panamá, con cédula de identidad personal ocho - uno seis siete - tres cuatro tres (8-167-343), compareció personalmente SABINA GONZÁLEZ SOLIS mujer, panameña, mayor de edad, abogada en ejercicio, portadora de la cédula número siete – siete cuatro – tres dos nueve (7-74-329), a quien conozco, y actuando en nombre de la firma de abogados TORRIJOS & ASOCIADOS, con domicilio en Calle 78 E., San Francisco, Casa No. 30, Loma Alegre, Corregimiento de San Francisco en su calidad de Agentes Residentes de la nave ATHENOULA ex ANGELIC FAITH me presentó para su protocolización en esta Notaría y al efecto protocolizo los documentos que contienen el Contrato de Compraventa y Aceptación de Compra de la nave denominada ATHENOULA ex ANGELIC FAITH con patente provisional de navegación número tres uno uno seis seis – PEXT (31166-PEXT), Letras de Radio HPFN, Eslora: dos uno cinco punto cinco tres tres metros (215.533 m), Manga: tres dos punto dos cero tres metros (32.203 m), Puntal uno ocho punto dos cero siete metros (18.207 m), Tonelaje Bruto: Uno seis tres cinco tres punto cero cero (35353.00), Tonelaje Neto: dos cero ocho tres cuatro punto cero cero (20834.00), celebrado entre AGGELIKI PISTIS CORPORATION (domicilio en Liberia) y ATTIKA INTERNATIONAL NAVIGATION S.A. sociedad panameña debidamente registrada en el Registro Público ficha No. dos ocho siete nueve dos siete (287927). ————————

Advertí a los comparecientes que una copia de esta Escritura Pública debe ser inscrita. Leída como les fue la misma en presencia de los testigos instrumentales señores LOURDES PEREZ, con cédula de identidad personal número cuatro – dos cinco uno – cinco cuatro nueve (4-251-549) y ANJANETTE BOUCHE., con cédula de identidad personal número cuatro – dos tres

cuatro – siete tres seis (4-234-736) ambas mayores de edad, vecinas de esta ciudad, a quienes conozco y son hábiles para el cargo, la encontraron conforme la impartieron su aprobación y la firman todos para constancia por ante mi el Notario que doy fe.————
ESTA ESCRITURA LLEVA EL NÚMERO SIETE MIL OCHOCIENTOS NOVENTA Y TRES ————
———————————————— (7893) ————————————————
Fdo. SABINA GONZÁLEZ SOLÍS ——— LOURDES PEREZ ——— ANJANETTE BOUCHE ———
MANUEL CUPAS FERNANDEZ, Notario Público Primero del Circuito de Panamá.————
El Notario hace constar que se insertan los siguientes documentos:————
CONTRATO DE VENTA ——— FORMA NO. 10A ——— Número OMI 8109187 ——— Nombre de la Nave ANGELIC FAITH ——— Número, año y Puerto de Registro 894 - 1984 - Pireo ——— Velero, nave de vapor o de motor Nave de vapor ——— Caballos de Fuerza de Máquina 14,700 BHP ——— La Eslora Registrada 215 cms. 533 m. ——— Manga principal hasta las planchas exteriores 32 cms. 209 m. ——— Puntal en la bodega desde el fondo hasta el medio 18 cms. 207 m. ——— NÚMERO DE TONELADAS Bruto 38,353 Registrado 20,834 ——— y como se describe con más detalles en el Libro de Registro ——— Nosotros, (a) AGGELIKI PISTIS CORPORATION (de aquí en adelante denominados LOS VENDEDORES), teniendo nuestras oficinas principales en 80, Broad Street, Monrovia, Liberia, en consideración a la suma de US$ 6,675,000 (SEIS MILLONES SEISCIENTOS SETENTA Y CINCO MIL DÓLARES) pagados a nosotros por (b) ATTIKA INTERNATIONAL NAVIGATION S.A., de la Ciudad de Panamá, República de Panamá, (de aquí en adelante denominados LOS COMPRADORES), y de la cual acusamos recibo por medio de la presente, y transferimos todas las acciones, en la nave particularmente arriba descrita y en sus botes y pertenencias a los mencionados COMPRADORES ATTIKA INTERNATIONAL NAVIGATION S.A. ——— Seguidamente, nosotros, los mencionados VENDEDORES por nosotros y nuestros sucesores convenimos con los mencionados COMPRADORES y @ sus asignados, que tenemos la facultad para transferir de la manera antes descrita las premisas aquí expresadas para ser transferida, y que la misma está absolutamente libre de deudas, demandas, gravámenes, hipotecas y/o deudas marítimas. ——— Ejecutado este día 7 de mayo de 2003 por ——— AGGELIKI PISTIS CORPORATION actuando a través de su representante debidamente autorizado FRANCIS H. CORDELL. Firmado ilegible ——— En presencia de: ——— Firmado ilegible ——— Notario Público de




**REPUBLICA DE PANAMA**
PAPEL NOTARIAL

**NOTARIA PRIMERA DEL CIRCUITO DE PANAMA**

Londres, Inglaterra (Ian R. Campbell) ----- Nombre completo de la corporación (b) Nombre(s) y dirección(es) completo(s) y descripción del comprador o los compradores (c) en el caso de individuos y agregando "como de sitos o suyo" (d) Si subsistiera algún gravamen agregar "salvo" como aparece por el Registro de dicha Nave (e) Firmas y Descripción de los Testigos, Directores, Secretaria etc. (como el caso lo amerite) ----- NOTA: Un comprador de una nave británica no obtiene un título completo hasta que el contrato de venta se haya registrado en el Puerto de registro de la nave y la negligencia en esta precaución puede implicar consecuencias serias. ----- Nota: Se les recuerda a los propietarios o Acreedores de naves británicas mantener a su registrador informados de cualquier cambio de residencia de su parte. ----- Lo anterior es una fiel traducción del documento en inglés me fue presentado. ----- Panamá, 7 de septiembre de 2003. ----- Firmado ilegible ----- SABINA GONZALEZ S. (traductor) ----- Español-Inglés-Español ----- Res. 127 de 1991 -----

NOTARIZACIÓN ----- Aparece un membrete corporativo ----- SAVILLE & CO. ----- Notarios ----- Prince House ----- 25 Gresham Street ----- London EC2V 7NA ----- Teléfono : 44 (0) 20 7920 0000 ----- Facsímil: 4 (0) 20 7920 0088 ----- DX 33070 Finsbury Square ----- www.savillenotaries.com ----- mail@savillenotaries.com ----- Richard Saville ----- Ian Campbell ----- Ella Iraison (Asociada) ----- Sophie Jenkins (Asociada) ----- A TODOS AQUELLOS A quienes la presente pueda concernir, Yo Ian Roderick Campbel de la ciudad de Londres, Notario Público por autoridad real, debidamente admitido y juramentado, por este medio CERTIFICO que en el día de la presente fecha estuve presente y vi a FRANCIS H. CORDELL, para y por el acto y título de la compañía denominada AGGELIKI PISTIS CORPORATION de Monrovia, Libéria, en debida forma legal, firmar y entregar el Contrato de Venta aquí adjunto relacionado con la nave "ANGELIC FAITH" y que la firma allí suscrita es la suya, verdadera y manuscrita propiamente del mencionado FRANCIS H. CORDELL, cuya identidad certifico y cuya autoridad para firmar por y en representación de la mencionada compañía como su apoderado debidamente autorizado bajo y en virtud de un poder legal fechado 11 de abril de 2003, Yo, el notario también certifico. ----- En fe y testimonio de lo cual Yo, el mencionado notario he suscrito mi nombre y colocado mi sello de oficio en Londres este día 7 de Mayo de dos mil tres.. ----- Firmado ilegible, Ian Roderick Campbell. ----- Aparece un sello de notaría. ----- Lo anterior es una fiel traducción del documento en inglés que me fue presentado. ----- Panamá, 22 de

Septiembre de 2003. ----- Firmado ilegible ----- SABINA GONZALEZ S. (traductor) ----- Español-Inglés-Español----- Res. 127 de 1991 -----------

APOSTILLA ----- (Convenio de La Haya del 5 de octubre de 1961) ----- REINO UNIDO DE GRAN BRETAÑA E IRLANDA DEL NORTE ----- 1. País: Reino Unido de Gran Bretaña e Irlanda del Norte ----- Este documento público ----- 2. ha sido firmado por Ian Roderick Campbell ----- 3. actuando en su capacidad de NOTARIO PUBLICO ----- 4. porta el sello/estampilla de: dicho Notario Público ----- CERTIFICADO ----- 5. en Londres ----- 6. el 19 de mayo de 2003 ----- 7. por Secretario Principal de Estado para Asuntos Internacionales y Comunitarios de su Majestad ----- 8. No. G165585 ----- 9. Sello/Estampilla ----- 10. Firma: R. Bowden ----- firmado ilegible ----- Por la Secretaría de Estado ----- (aparece un sello de la Oficina de Asuntos Internacionales y Comunitarios) ----- Si este documento es usado en un país que no es parte del Convenio de la Haya de 5 de octubre de 1961, debe ser presentado a la sección consular de la misión que represente dicho país ----- Lo anterior es una fiel traducción del documento en inglés presentado ante mí. ----- Panamá, 9 de septiembre de 2003. ----- Firmado ilegible ----- SABINA GONZALEZ S. (traductor) ----- Español-Inglés-Español----- Res. 127 de 1991 -----------

ACEPTACIÓN DE COMPRA ----- El suscrito EKATERINI KOTAKIS a favor y representando a la corporación denominada ATTIKA INTERNATIONAL NAVIGATION S.A. en el Contrato de Compra y Venta al reverso en mi posición de Apoderado Especial de la mencionada corporación por este medio acepto para todos los propósitos legales la venta y transferencia efectuada por dicho Contrato de Compra y Venta a la mencionada corporación por AGGELIKI PISTIS CORPORATION de la nave "ANGELIC FAITH" referida en el anterior Contrato de Compra y Venta. ----- Fechado al 10 día de julio de 2003 ----- Firma: Firmado ilegible ----- Ekaterini Kotakis ----- A continuación aparece una Notarización de la Aceptación de Compra en el idioma español. ----- Lo anterior es una fiel traducción del documento en inglés que me fue presentado. ----- Panamá, 9 de septiembre de 2003. ----- Firmado ilegible ----- SABINA GONZALEZ S. (traductor) ----- Español-Inglés-Español----- Res. 127 de 1991 -----
NOTARIZACIÓN DE LA ACEPTACIÓN DE COMPRA ----- Yo Franklin H. Moscoso R. Cónsul General de Panamá en el Pireo Grecia en mis funciones Notariales, por este medio certifico que la firma EKATERINI KOTAKIS que aparece al pie de la Aceptación de Compra es la firma

**REPÚBLICA DE PANAMÁ**
**PAPEL NOTARIAL**

auténtica del antes mencionado EKATERINI KOTAKIS quien ha presentado pruebas suficientes de su poder para realizar dicha Aceptación de Compra en nombre y representación de la sociedad ATTIKA INTERNATIONAL NAVIGATION S.A. antes mencionada. ---- En Testimonio de lo cual he suscrito aquí mi nombre y fijado mi sello de oficio hoy 10 de julio de 2003 ---- Firmado ilegible ---- Franklin H. Moscoso R. ---- Embajador y Cónsul General de Panamá ---- (Aparece un sello del Embajador y Cónsul General de Panamá -- Pireo-Grecia).----
Concuerda con su original esta copia que expido, sello y firmo en la Ciudad de Panamá a los seis (6) días del mes de octubre de dos mil tres (2003). ----



Ldo. MANUEL CUEVAS FERN
Notario Público Prim

Ingresado en el Registro Público de Panamá
Provincia: Panamá                Fecha y Hora: 2003/10/09 16:42:03.7
Tomo: 2003                       Asiento: 116879
Presentante: ERIC CASTILLO       Cédula: 8-226-1494
Liquidación No.: 3929150         Total Derechos: 30.00
Ingresado Por: GUDO


