# Exhibit I

16.59.61
2007

Nave



# REPUBLICA DE PANAMA
### PROVINCIA DE PANAMA

## NOTARIA NOVENA DEL CIRCUITO DE PANAMA
### Licdo. Javier Danilo Smith Chen

Teléfonos:  302-2760
            302-2761
Fax:        302-2762

GALERIAS OBARRIO
ENTRE VÍA ESPAÑA Y VÍA BRASIL
PRIMER PISO, OFICINA 70

Apartado Postal 0834-00288
Corregimiento, P. R. de Panamá
e-mail: notaria9@tsasiey.net

**COPIA**

ESCRITURA  No. __14,597__  DE __28__  DE __Agosto__  DE 20 __07__

POR LA CUAL  SE PROTOCOLIZA EL DOCUMENTO QUE CONTIENE LOS CONTRATOS

DE COMPRA Y VENTA Y ACEPTACION DE COMPRA DE LA NAVE "THEONIKI ex

ATHENOULA" CELEBRADO ENTRE ATTIKA INTERNATIONAL NAVIGATION S.A. Y

BERMAN SHIPPING CORP.

1 tm.

REPÚBLICA DE PANAMÁ

ESCRITURA PÚBLICA NÚMERO CATORCE MIL OCHOCIENTOS NOVENTA Y SIETE——————

(14,897)

Por la cual se protocoliza el documento que contiene los contratos de Compra y Venta y Aceptación de Compra de la nave "THEONIKI EX ATHENOULA" celebrado entre ATTIKA INTERNATIONAL NAVIGATION S.A. Y BEEKMAN SHIPPING CORP.——————

——————Panamá, 28 de agosto del 2007 ——————

En la Ciudad de Panamá, Capital de la República y Cabecera del Circuito Notarial del mismo nombre a los veintiocho (28) días del mes de agosto del año dos mil siete (2007) ante mí JAVIER DANILO SMITH CHEN, Notario Público de la Notaría Novena del Circuito de Panamá, con cédula de identidad personal ocho – dos dos seis – nueve cinco dos (8-226-952) compareció personalmente SABINA GONZÁLEZ SOLÍS , mujer, panameña, mayor de edad, abogada en ejercicio, portadora de la cédula número siete – siete cuatro – tres dos nueve (7-74-329), a quien conozco y actuando a nombre de la Firma de Abogados TORRIJOS & ASOCIADOS, con domicilio en Calle 78 E, San Francisco, Casa No. 59, Loma Alegre, Corregimiento de San Francisco en su calidad de Agentes Residentes de la nave "THEONIKI EX ATHENOULA" me presentó para su protocolización en esta Notaría y al efecto protocolizo los documentos que contienen el Contrato de Compraventa y Aceptación de Compra de la nave denominada "THEONIKI EX ATHENOULA" inscrita en el Registro Público de Panamá desde el 19 de octubre de 2007 a la ficha dos seis tres siete cinco (26375), con Patente de Navegación Provisional número tres uno uno seis seis – PEXT – uno (31166-PEXT-1), Letras de Radio; HPFN (HPFN), Eslora: dos uno cinco punto cinco tres metros (215.53 metros), Manga: tres dos punto dos cero metros (32.20 metros), Puntal: uno ocho punto dos uno   metros (18.21 metros), Tonelaje Bruto: tres seis tres cinco tres (38,353.00), Tonelaje Neto: dos cero cero ocho tres cuatro punto cero cero  (20,634.00) celebrado entre ATTIKA INTERNATIONAL NAVIGATION S.A.  Sociedad Panameña inscrita a la Ficha: dos ocho siete nueve dos siete (287927) y BEEKMAN SHIPPING CORP sociedad extranjera domiciliada en Liberia ——————
Los documentos han sido debidamente legalizados en PIREO, GRECIA. – Advertí a los comparecientes que una copia de esta Escritura Pública debe ser inscrita. Leída como les fue la misma   en   presencia   de   los   testigos instrumentales señores,  'EDUARDO

CANDANEDO CASIS, varón, panameño, mayor de edad, con cédula de identidad personal No. ocho – siete dos tres – uno tres siete cero (8-723-1370) y PERICLES MENDOZA, varón, panameño, mayor de edad, con cédula de identidad personal número ocho – siete uno cinco – dos uno uno seis (8-715-2116), vecinos de esta ciudad, personas a quienes conozco y son hábiles para el cargo lo encontraron conforme, le impartieron su aprobación y la firman todos para constancia por ante mí el Notario que doy fe. ————————————————————

ESCRITURA PÚBLICA NÚMERO CATORCE MIL OCHOCIENTOS NOVENTA Y SIETE————

———————————————————— (14,897) —————————————————————

Fdo. SABINA GONZALEZ SOLIS ——— EDUARDO CANDANEDO CASIS — PERICLES MENDOZA —— JAVIER DANILO SMITH CHEN, Notario Público Noveno del Circuito de Panamá. ————————————————————————————————————————————

El Notario hace constar que se insertó los siguientes documentos: ————————————

CONTRATO DE COMPRA Y VENTA Y ACEPTACIÓN DE COMPRA: ————————————

CONTRATO DE COMPRA Y VENTA (PANAMÁ)—Detalles de la Nave (de aquí en adelante denominada "La Nave" ——Numero de Patente: 25889- 03—Nombre de la Nave: "ATHENOULA"—Puerto de Registro: PANAMA—Tipo de Nave: MOTOR VESSEL – CARGO SHIP—Caballos de Fuerza de la Máquina, si hay — Registrado en Panamá—Tonelaje Bruto 36,353 ——— Neto: 29,634—Bajo cubierta ——— Eslora: 215.53 mts ——Manga: 32.20 mts — Puntal: 18.21 mts—— y como se describe más detalladamente en el Certificado Nómico y Libro de Registro—— CONTRATO DE VENTA — Nosotros; ATTIKA INTERNATIONAL NAVIGATION S.A. (posteriormente denominados LOS VENDEDORES), con domicilio en Panamá hemos recibido la suma de UN DÓLAR (1) Y OTRAS CONSIDERACIONES DE VALOR pagados a nosotros por BEEKMAN SHIPPING CORP de Liberia (posteriormente denominados "LOS COMPRADORES", y que por medio de la presente acusamos recibo, y por lo tanto, transferimos nuestro título completo, propiedad e interés en LA NAVE así como en sus botes aparejos, y otras pertenencias de "LA NAVE". Nosotros, los VENDEDORES a nombre nuestro y de nuestros sucesores convenimos con los COMPRADORES y sus designados, en que tenemos el poder para transferir la NAVE y TITULO antes mencionado, y en la manera antes descrita. Aseguramos que la Nave esta libre de Gravámenes, Deudas y

REPÚBLICA DE PANAMÁ

Demandas Marítimas.---En testimonio de lo cual hemos otorgado este Contrato de Venta el día 22 de enero de 2007. El sello corporativo de LOS VENDEDORES fue fijado a este documento en presencia de ---FIRMADO ILEGIBLE--ZAFEIRA KOTAKIS----APODERADA--- Aparece Sello --- ATTIKA INTERNATIONAL NAVIGATION S.A.--------------------------------------

NOTARIZACIÓN DEL CONTRATO DE VENTA: --- Yo, ALEXANDRA DE VALETOPULOS VICECONSUL GENERAL de Panamá en Calidad de Notario Público debidamente autorizado, facultado y juramentado con residencia en Pireo Grecia.--- Por este medio certifico que: --- 1. El Sello Corporativo arriba mencionado contrato de Venta fue sellado en mi presencia y en la presencia de ZAFEIRA KOTAKIS en representación del Vendedor y que las firmas de ZAFEIRA KOTAKIS --- Que aparece al lado de dicho sello son sus firmas auténticas --- 2. Suficientes pruebas me han sido presentadas de que: --- a. Los vendedores inmediatamente antes del otorgamiento del Contrato de Venta eran los propietarios de la nave a que esta se refiere y tienen el derecho para vender y traspasar la "NAVE". --- Los arriba firmantes tenían el poder para otorgar dicho CONTRATO DE VENTA en representación de LOS VENDEDORES en la forma antes mencionada, y que la nave se encuentra LIBRE de Gravámenes y Deudas Marítimas. --- EN TESTIMONIO, de lo cual he suscrito he mi nombre y fijado mi sello de oficio en este día veintidós 22 de enero del 2007. --- Firmado ilegible: --- ALEXANDRA DE VALETOPULOS Viceónsul General de Panamá en Pireo, Grecia.--- NOTARIO PÚBLICO - Aparece un sello ---CONSULADO GENERAL DE PANAMA PIREO---GRECIA.---------------------------------------------------------------------------

ACEPTACIÓN DE COMPRA: El suscrito NIKOLAOS KOTAKIS a nombre y representación de la Corporación llamada BEEKMAN SHIPPING CORP. en mi anterior Contrato de Venta anterior y en mi carácter de APODERADO de la mencionada Sociedad, por este medio y para todos los efectos legales ACEPTO LA VENTA Y EL TRASPASO DE la Nave a la citada sociedad por ATTIKA INTERNATIONAL NAVIGATION S.A., de la nave "ATHENOULA" a la que se refiere el Contrato de Compra Venta. --- Firma ilegible --- Apoderado---Aparece Sello--- BEEKMAN SHIPPING CORP.--- Fechado el 22 de Enero 2007.----------------------------------------

NOTARIZACIÓN DE LA ACEPTACIÓN DE COMPRA ---Yo, ALEXANDRA DE VALETOPULOS, Vice Cónsul General de Panamá en calidad de Notario Público debidamente



autorizado, facultado y juramentado, con residencia y ejerciendo en PIREO, GRECIA, por este medio certifico que la firma NIKOLAOS KOTAKIS que aparece al pie de la aceptación de compra es la firma auténtica del antes mencionado NIKOLAOS KOTAKIS quién ha presentado pruebas suficientes de su poder para realizar dicha Aceptación de Compra en representación de la sociedad SEEKHAN SHIPPING CORP antes mencionada. --- En testimonio de lo cual he suscrito aquí mi nombre y fijado mi sello de oficio hoy 22 de enero de 2007.-- Firma ilegible ALEXANDRA DE VALETOPULOS--- Vice cónsul General de Panamá en Pireo Grecia-- Notario Público ---Aparece Sello--CONSULADO GENERAL DE PANAMA.--PIREO, GRECIA.-------------------Lo Escrito sobre lo borrado vale-----

Concuerda con su original, esta copia que expido y sello y firmo en la ciudad de Panamá, a los once (11) días del mes de septiembre de 2007.-

Ingresado en el Registro Público de Panamá

Provincia:   Panamá                         Fecha y Hora:  2007/09/12  15:43:25.8
Tomo:   2007                                Asiento:  185961
Presentado:   PERICLES LIAKOPULOS           Cédula:  8-743-2112
Liquidación No.:  7007185362                Total Derechos:    20.00
Ingresado Por:   ALOU



autorizado, facultado y juramentado, con residencia y ejerciendo en PIREO, GRECIA, por este

medio certifica que la firma NIKOLAOS KOTAKIS que aparece al pie de la aceptación de

compra es la firma auténtica del antes mencionado NIKOLAOS KOTAKIS quién ha presentado

pruebas suficientes de su poder para realizar dicha Aceptación de Compra en representación

de la sociedad  BEEKMAN SHIPPING CORP antes mencionada. --- En testimonio de lo cual

he suscrito aquí mi nombre y fijado mi sello de oficio hoy 22 de enero de 2007. -- Firma ilegible

ALEXANDRA DE VALETOPULOS-- Vice cónsul General de Panamá en Pireo Grecia.-

Notario Público ---Aparece Sello--CONSULADO GENERAL DE PANAMA--PIREO, GRECIA-

-------------------------------Lo Escrito sobre lo borrado vale-------------------------------

Concuerda con su original, esta copia que expido y sello y firmo en la ciudad de Panamá, a los

once (11) días del mes de septiembre de 2007.----

Ingresado en el Registro Público de Panamá

Provincia:   Panamá                                    Fecha y Hora:  28/708/12   19:43:25:6
Tomo:   2007                                           Asiento:  165891
Presentante:   PERICLES LIAKOPULOS                      Cedula:  8-716-2116
Liquidación No.:  7057195382                            Total Derechos:      29.00
Ingresado Por:   ALSU

Inscrito en el Sistema Tecnológico de Infor---
del Registro Público de Pazz---.}

Escrito de _nu_ves___ Ficha No. _96375_
Documento Rash No. _120.73.16_
Operación realizada _Venta)_
Derechos de Registro % _10.00_
Derecho de obligación / _10.00_
Lugar y fecha de inscripción _Panamá [?]_

GONZALO CORREA o.e.

ES FIEL TRADUCCIÓN AL IDIOMA ESPAÑOL DEL DOCUMENTO ADJUNTO ESCRITO EN
INGLES. ———————————————— Panamá, 20, de abril de 2009.
(Fdo.) Diccolina Martinez Lorenzo —— Traductora Pública Autorizada ——
Res. No. 1174 del 23 de junio de 2005 ——————————————
Concuerda con su original esta copia que expido, sello y firmo en la
Ciudad de Panamá, República de Panamá, a los veinte (20) días del mes
de abril do dos mil nueve (2009). ——————————————

Licdo. CECILIO ROBERTO MORENO AROSEMENA
Notario Público Duodecimo

INGRESADO EN EL REGISTRO PÚBLICO DE PANAMÁ

Provincia:     Panamá
Tomo:   3009                        Fecha y Hora: 2009/04/23 17:28:55:2
Presentante:  FERNANDO VICENTE      Asiento: 077819
Liquidación No.: 7009006639         Cédula: 8-363-152
Ingresado Por: ZUBOZ                Total Derechos:     20.00

Jefe de Diario

Inscrito en el Sistema Tecnológico de Información
del Registro Público de Panamá

Escrito de _____ Ficha No. 26 535 Sigla No. _71_
Documento Redi No. 1567633
Operación instituida _____
Derechos de Registro B/. 10 ⁰⁰
Derecho de Calificación B/. 10 ⁰⁰
Lugar y Fecha de inscripción _23 abril 2009_

Registrador Tdil