# Exhibit J

Scott R. Johnston

**From:** fdelag@cableonda.net
**Sent:** Thursday, December 18, 2014 5:49 PM
**To:** John C. Stratakis
**Cc:** Scott R. Johnston
**Subject:** Re: New Matter - ATTICA INTERNATIONAL NAVIGATION S. A.

ATTIKA INTERNATIONAL NAVIGATION, S. A.

Incorporated by Public Instrument No. 6499 of May 20, 1994 of the Third Notary Public of the Circuit of Panama, inscribed in the Microfilm Section, Mercantile, of the Public Registry, at Microjacket 287927, Roll 42457, Frame 110 on June 1, 1994.

Officers:   President – Stylianos Coutsodontis
            Vice-President/Treasurer- Francesca Eleni Coutsodontis
            Secretary- Nikolaos A. Kotakis

Directors: Stylianos Coutsodontis
           Francesca Eleni Coutsodontis
           Nikolaos A. Kotakis

Authorized Corporate Capital: $10,000 divided into 100 shares with a par value of $100.00 each.

Dissolved by Public Instrument No. 2982 of the Ninth Public Notary of the Circuit of Panama, inscribed in the Microfilm Section (Mercantile) of the Public Registry, at Microjacket 287927, Document 1315697 on March 27, 2008.

No inscriptions of shareholders nor of any minutes

Regards,

Frank de la Guardia

**From:** John C. Stratakis
**Sent:** Thursday, December 18, 2014 5:03 PM
**To:** fdelag@cableonda.net
**Cc:** Scott R. Johnston
**Subject:** RE: New Matter - ATTICA INTERNATIONAL NAVIGATION S. A.

Frank,

I misspelled it!

Attika ("k" not "c")

Attika International Navigacion SA

12/18/2014

**John C. Stratakis**
**POLES, TUBLIN, STRATAKIS & GONZALEZ LLP**
46 Trinity Place, 5th Floor
New York, NY 10006
Tel: 212-943-0110
Fax: 212-269-9875
Email: blocked::blocked::mailto:jstratakis@polestublin.com

CONFIDENTIALITY NOTICE: Disclosure of this communication is strictly limited to the addressee(s). This transmission, including any attachments, may contain confidential attorney-client privileged information and/or attorney work product. If you are not the sender's intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

Treasury Department Circular 230 Disclosure: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** fdelag@cableonda.net [mailto:fdelag@cableonda.net]
**Sent:** Thursday, December 18, 2014 4:48 PM
**To:** John C. Stratakis
**Cc:** sjohnston@polestublin.com
**Subject:** Re: New Matter - ATTICA INTERNATIONAL NAVIGATION S. A.

Sorry....Nothing!   Plubic Registry here does not account for it.

Please check you have the company' name and the country of incorporation right!

Listening out for you should you come up with anything new!

Regards,

Frank

**From:** John C. Stratakis
**Sent:** Thursday, December 18, 2014 4:14 PM
**To:** fdelag@cableonda.net
**Cc:** sjohnston@polestublin.com
**Subject:** RE: New Matter - ATTICA INTERNATIONAL NAVIGATION S. A.

OK, Frank.  Thank you.

Please reply to all, so that my colleague, Scott Johnston (who is working on this matter) can receive information as well.

We are looking for all information available (e.g., names of officers, directors and shareholders, minutes filed, etc.)

Thanks again.

John

**John C. Stratakis**

12/18/2014

**POLES, TUBLIN, STRATAKIS & GONZALEZ LLP**
46 Trinity Place, 5th Floor
New York, NY 10006
Tel: 212-943-0110
Fax: 212-269-9875
Email: blocked::blocked::mailto:jstratakis@polestublin.com

CONFIDENTIALITY NOTICE: Disclosure of this communication is strictly limited to the addressee(s). This transmission, including any attachments, may contain confidential attorney-client privileged information and/or attorney work product. If you are not the sender's intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

Treasury Department Circular 230 Disclosure: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** fdelag@cableonda.net [mailto:fdelag@cableonda.net]
**Sent:** Thursday, December 18, 2014 4:13 PM
**To:** John C. Stratakis
**Subject:** Re: New Matter - ATTICA INTERNATIONAL NAVIGATION S. A.

Even if dissolved it would show at the Public Registry....

Still looking...

Frank


**From:** John C. Stratakis
**Sent:** Thursday, December 18, 2014 3:53 PM
**To:** fdelag@cableonda.net
**Cc:** sjohnston@polestublin.com
**Subject:** RE: New Matter - ATTICA INTERNATIONAL NAVIGATION S. A.

Hi Frank,

Thanks very much for the quick reply.

The company has since been dissolved (I think you may have assisted in filing the dissolution papers).

Much appreciated, as the matter is very pressing and we need the information yesterday!

John

**John C. Stratakis**
**POLES, TUBLIN, STRATAKIS & GONZALEZ LLP**
46 Trinity Place, 5th Floor
New York, NY 10006
Tel: 212-943-0110
Fax: 212-269-9875
Email: blocked::blocked::mailto:jstratakis@polestublin.com

12/18/2014

CONFIDENTIALITY NOTICE: Disclosure of this communication is strictly limited to the addressee(s). This transmission, including any attachments, may contain confidential attorney-client privileged information and/or attorney work product. If you are not the sender's intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

Treasury Department Circular 230 Disclosure: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** fdelag@cableonda.net [mailto:fdelag@cableonda.net]
**Sent:** Thursday, December 18, 2014 3:54 PM
**To:** John C. Stratakis
**Subject:** Re: New Matter - ATTICA INTERNATIONAL NAVIGATION S. A.

John:

For you...yes!

Working on your inquiry but so far does not show...looking for it other ways and will let you know soon if it comes up.

Regards,

Frank

**From:** John C. Stratakis
**Sent:** Thursday, December 18, 2014 2:45 PM
**To:** fdelag@cableonda.net
**Subject:** New Matter

Dear Frank,

It has been awhile since we've last corresponded. Are you still practicing in Panama?

We are looking for information about the history of a Panamanian corporation and wanted to ask for your assistance.

The company is called Attica International Navigation SA

Can you assist?

Please advise as soon as possible.

Many thanks,

John


John C. Stratakis

12/18/2014

**POLES, TUBLIN, STRATAKIS & GONZALEZ LLP**
46 Trinity Place, 5th Floor
New York, NY 10006
Tel: 212-943-0110
Fax: 212-269-9875
Email: blocked::blocked::mailto:jstratakis@polestublin.com

CONFIDENTIALITY NOTICE: Disclosure of this communication is strictly limited to the addressee(s). This transmission, including any attachments, may contain confidential attorney-client privileged information and/or attorney work product. If you are not the sender's intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

Treasury Department Circular 230 Disclosure: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4794 / Virus Database: 4235/8760 - Release Date: 12/18/14

12/18/2014