**Exhibit K**

# NYS Department of State

## Division of Corporations

### Search Results

The information contained in this database is current through January 6, 2015.

A total of 244 entities were found.

**Entity Name**

BEEKMAN & BEEKMAN, LLC
BEEKMAN & KAUFMAN, LLP
BEEKMAN 1239 INC.
BEEKMAN 1802 REAL ESTATE, LLC
BEEKMAN 1802, LLC
BEEKMAN 27B, LLC
BEEKMAN 49TH APARTMENTS ASSOCIATES LIMITED PARTNERSHIP
BEEKMAN 82 CORP.
BEEKMAN ACQUISITION LLC
BEEKMAN ADVISORS, INC.
BEEKMAN ADVISORS, LLC
BEEKMAN ADVISORS, LLC
BEEKMAN AGENCY, INC.
BEEKMAN AIRCRAFT PARTS LLC
BEEKMAN AND ASSOCIATES, INC.
BEEKMAN AND GRAND HOME LLC
BEEKMAN ANTIQUES, LTD.
BEEKMAN APT, LLC

Page 1 of 10, Entities 1 to 25

BEEKMAN ARMS FIREHOUSE, INC.
BEEKMAN ARMS INN, LLC
BEEKMAN ARMS-DELAMATER INN, INC.
BEEKMAN ASSOCIATES, LLC
BEEKMAN AUTOMOTIVE INC.
BEEKMAN AVENUE WINES & SPIRITS, INC.
BEEKMAN AVENUE, LLC

Next Page

1 2 3 4 5 6 7 8 9 10

The Entity Name column contains the entity names that were found based on your search criteria. To display information for an entity, tab to the entity name and press the enter key or click on the entity name. The paging buttons or the page number links can be used to view additional entity names. To revise your search criteria, tab to Revise Search Criteria and press the enter key or click on Revise Search Criteria. To start a new search, tab to New Search and press the enter key or click on New Search.

Revise Search Criteria   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us