# Exhibit L

Delaware.gov | Text Only                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Privacy Policy   Frequently Asked Questions

### General Information Name Search

**71 Matches found. Only the first 50 are displayed.**
**Please narrow your search by typing more of the entity name**
**into the search field.**

\* Required Field

\* Entity Name:   BEEKMAN          or File Number:
This field is not case sensitive.

Search

| FILE NUMBER | ENTITY NAME |
|---|---|
| 4516009 | BEEK MANAGERS, LLC |
| 5246194 | BEEKMAN ART LLC |
| 4091674 | BEEKMAN BIOTECH FUND, L.P. |
| 3801198 | BEEKMAN CAPITAL ACCESS, LLC |
| 3456089 | BEEKMAN CAPITAL LLC |
| 4464937 | BEEKMAN CONDUIT LLC |
| 4423222 | BEEKMAN CONSULTANTS, LLC |
| 4428960 | BEEKMAN DEVELOPMENT ASSOCIATES LLC |
| 5475875 | BEEKMAN EMC HOLDINGS INC. |
| 4645994 | BEEKMAN ENERGY HOLDINGS, LLC |
| 3465609 | BEEKMAN ENERGY LLC |
| 5259462 | BEEKMAN FAMILY COMPANY LLC |
| 3148946 | BEEKMAN FAMILY LIMITED PARTNERSHIP |
| 2280576 | BEEKMAN FINANCIAL MANAGEMENT INC. |
| 3212416 | BEEKMAN GROUP, LLC |
| 3779164 | THE BEEKMAN GROUP LLC |
| 4106243 | BEEKMAN HELIX INDIA PARTNERS LLC |
| 3319792 | BEEKMAN HOLDINGS LLC |
| 4160227 | BEEKMAN HOTEL PARTNERS LLC |
| 3882280 | BEEKMAN HOUSING VENTURES, LLC |

| 0891940 | BEEKMAN INDUSTRIES, INC. |
| 2714220 | BEEKMAN INTERNATIONAL FUND INC. |
| 3703536 | BEEKMAN INTERNATIONAL LLC |
| 4879680 | BEEKMAN INVESTMENT ADVISORS II, LLC |
| 3779163 | BEEKMAN INVESTMENT ADVISORS, LLC |
| 5632656 | BEEKMAN INVESTMENT GROUP III, LLC |
| 4879685 | BEEKMAN INVESTMENT GROUP II, LLC |
| 3779162 | BEEKMAN INVESTMENT GROUP, LLC |
| 5632662 | BEEKMAN INVESTMENT PARTNERS III, LP |
| 4880251 | BEEKMAN INVESTMENT PARTNERS II, LP |
| 3779158 | BEEKMAN INVESTMENT PARTNERS, LP |
| 3500994 | BEEKMAN INVESTMENTS LLC |
| 3226568 | BEEKMAN INVESTMENTS MTL. INC. |
| 5259469 | BEEKMAN INVESTOR COMPANY LLC |
| 3413511 | BEEKMAN INVESTORS, LLC |
| 5073510 | BEEKMAN JOINT VENTURE, LLC |
| 2016990 | BEEKMAN LABORATORIES, INC. |
| 2284453 | BEEKMAN MANAGEMENT INC. |
| 4087897 | BEEKMAN MEADOWS LLC |
| 4087927 | BEEKMAN MEADOWS MANAGER LLC |
| 3257319 | BEEKMAN MEZZANINE LLC |
| 5272315 | BEEKMAN MEZZ II LLC |
| 5272314 | BEEKMAN MEZZ I LLC |
| 5121962 | BEEKMAN NASSAU INVESTORS, LLC |
| 4376465 | BEEKMAN NASSAU PARTNERS LLC |
| 4617868 | THE BEEKMAN NEW YORK LLC |
| 2310928 | BEEKMAN NORTHWEST PARTNERS, L.P. |
| 4754856 | BEEKMAN OASIS COMPANY, LLC |
| 4464939 | BEEKMAN PALACE LLC |
| 2128711 | THE BEEKMAN PARTNERSHIP, L.P. |

site map  |  about this site  |  contact us  |  translate  |  delaware.gov