# Exhibit M



# REGISTRO PÚBLICO DE PANAMÁ



Inicio   Nosotros   Regionales   Marco Jurídico   Noticias   Transparencia   Ingresar   Otros Enlaces

Bienvenido(a) SRJ46

**Principal**
Diario
Propiedad
Propiedad Horizontal
Bien Mueble
Mercantil

**Mercantil**
**Soc. Anónimas**
Directa por Ficha
Por Ficha
Por Tomo y Asiento
Alfabéticamente
Cambios por Ficha
Por Poderes
Soc. Cambio Nombre
Por 1ra. Tasa Única

| NOMBRE SOCIEDAD | FICHA | STATUS | R |
|---|---|---|---|
| BEEKMAN CAPITAL AND FINAN | 602134 | | 0 |
| BEEKMAN CORPORATION | 43436 | | 2 |
| BEEKMAN FUND, INC. | 143335 | | 1 |
| BEEKMAN INTERNATIONAL INC | 490551 | | 0 |
| BEEKMAN SHIPPING LINE, S. | 0 | TOMO | 9 |

**Indique Nombre de Sociedad**
BEEKMAN

# REGISTRO PÚBLICO DE PANAMÁ
## TRANSPARENCIA - CALIDAD - TECNOLOGÍA
Vía España, Frente al Hospital San Fernando
Teléfono: 501-6000

| | | | |
|---|---|---|---|
| **No. de Ficha:** | 43436 | **No. Documento:** | 0 |

**Nombre de la Sociedad:**
BEEKMAN CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| **Tomo:** | 0 | **Folio:** | 0 | **Asiento:** | 0 |
| **Fecha de Registro:** | 21-08-1979 | **Status:** | | VIGENTE | |
| **No. de Escritura:** | | **Fecha de Escritura:** | | 00-00-2000 | |

**Notaria:**   0

**Provincia Notaria:**

| | | | |
|---|---|---|---|
| **Duración:** | 99 ANOS | **Domicilio:** | PANAMA |
| **Status de la Prenda:** | T113887 | (DEF-DEFINITIVA, PRE-PRELIMINAR) | |

**Datos de 1a. Tasa Única**

| | | | |
|---|---|---|---|
| **Boleta:** | 0 | **Fecha de Pago:** | 19-91-1118 |
| **Agente Residente:** | ICAZA, GONZALEZ RUIZ Y ALEMAN | | |

**Datos del Diario**

| | | | |
|---|---|---|---|
| **Tomo:** | 137 | **Asiento:** | 9189 |

**Datos de Microfilmación**

| | | | |
|---|---|---|---|
| **Rollo:** | 2620 | **Imagen:** | 52 |

| | |
|---|---|
| **Moneda:** | ACCIONES SIN VALOR |
| **Monto de Capital:** | 100.00 |
| **Capital** | |

**Representante Legal**

**Título del Dignatario** | **Nombre del Dignatario**
--- | ---
PRESIDENTE | CONSTANTINE PHOSTIROPOULOS
TESORERO | LIVERIOS STERGIOU
SECRETARIO | LIVERIOS STERGIOU

**Nombre de los Directores**

CONSTANTINE PHOSTIROPOULOS
LIVERIOS STERGIOU
CONSTANTINE ISAACIDES

**Nombre de los Suscriptores**
RODOLFO RAMON CHIARI CORREA
DOMINGO DIAZ AROSEMENA

**Datos del Oficio**

**Disolución, Quiebra, Fusión, Redomicilio Provisional o Definitivo, Transformación**

**Rollo:**                                **Imagen:**
**Fecha-Micro:**
                        **Datos del Diario**
**Tomo:**                                 **Asiento:**
                        **Datos de la Escritura**
**Número:**                               **Fecha:**
**Notaria:**                              **Provincia:**
**Tipo Acta:**
                        **Detalle**