# Poles Tublin Stratakis & Gonzalez, LLP
## 46 Trinity Place – Fifth Floor
## New York, New York 10006-2288

Writer's New York Telephone Ext.: 232                                            Telephone (212) 943-0110
Writer's Email: jpoles@polestublin.com                                           Facsimile (212) 269-9875

**Respond to New York, New York Address**

February 5, 2015

**VIA ECF AND EMAIL**      - Schofield_NYSDChambers@nysd.uscourts.gov
                           - Jason H. Berland, Esq. , BEYS STEIN MOBARGHA & BERLAND LLP
                           @ jberland@beysstein.com

Hon. Lorna G. Schofield
U.S. District Court, Southern District of New York
40 Centre Street – Courtroom 1106
New York, New York 10007

Re:     *Sea Trade Maritime Corporation et al. -v- Stelios Coutsodontis et al.*
        1:09-cv-00488 (LGS)(HBP)
        Our File No. 26,090

Dear Judge Schofield:

We represent CAPTAIN STELIOS COUTSODONTIS ('*Capt. Coutsodontis*') and FRANCESCA ELENI COUTSODONTIS ('*Francesca Coutsodontis*'), defendants in the above-reference action.  Defendants are writing in response to Plaintiffs' letter dated February 4, 2015 (Doc. No. 201).  While we do not object to the request for a week's extension, we take exception to Plaintiffs' gratuitous, self-serving hyperbolic characterizations regarding discovery issues currently pending before Magistrate Judge Pitman.  We respectfully advise the Court that while we have fully complied with Plaintiffs' lengthy Request to Produce Documents, said issues are nevertheless totally irrelevant to the issues raised in Defendants' motion for summary judgment.

We thank the Court in advance for its consideration and await its advices.

Very truly yours,

POLES TUBLIN STRATAKIS & GONZALEZ, LLP

/s/ John G. Poles

John G. Poles