BEYS STEIN MOBARGHA & BERLAND LLP
JASON H. BERLAND
646.755.3604 (Direct)
jberland@beysstein.com

February 12, 2015

**VIA ECF**

The Honorable Justice Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square – Room 1106
New York, NY 10007

Re:   *Sea Trade Maritime Corp. v. Coutsodontis, et al.; Index No. 09 Civ. 488 (LGS) (HBP);
Status Update*

Dear Judge Schofield:

We are counsel to Plaintiffs Sea Trade Maritime Corporation ("Sea Trade") and George Peters ("Peters") in the above referenced action. We write to provide Your Honor with a status update following yesterday's discovery conference before Magistrate Judge Pitman. At the conference, Judge Pitman held:

(1)   No sanctions are to be imposed against Defendants Stelios Coutsodontis ("Coutsodontis") or Francesca Coutsodontis ("Francesca") (collectively, "the Coutsodontis Defendants").

(2)   Coutsodontis has until February 13, 2015 to produce documents supporting that the IRS "blessed" an alleged $3 million "loan" from Coutsodontis to General Maritime.

(3)   The Coutsodontis Defendants have until February 26, 2015 to submit affidavits or declarations indicating what steps each of them took to comply with Judge Pitman's Discovery Orders.

Respectfully submitted,

*/s/ Jason H. Berland*
Jason H. Berland
*Counsel for Plaintiffs*

cc: All Counsel (Via ECF)

---

The Chrysler Building, 405 Lexington Avenue, 7th Floor, New York, NY 10174
Main: 646.755.3600 • Fax: 646.755.3599
www.beysstein.com