UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SEA TRADE MARITIME CORPORATION,       :
et al.,
                                      :
              Plaintiffs,                 09 Civ. 488 (LGS)(HBP)
                                      :
    -against-                             ORDER
                                      :
STELIOS COUTSODONTIS, et al.,
                                      :
              Defendants.
                                      :
----------------------------------------X

        PITMAN, United States Magistrate Judge:

        A conference having been held in this matter on February 11, 2015 during which several discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1.  Plaintiffs' application for sanctions is denied.

        2.  No later than February 13, 2015, defendants are directed to produce all documents sent to or received from the Internal Revenue Service concerning the $3 million loan that was discussed at the conference.

        3.  No later than February 26, 2015, defendants are to provide plaintiffs' counsel with an affidavit, or a declaration under penalty of perjury pursuant to

28 U.S.C. § 1746, describing the efforts defendants made to locate and produce documents responsive to plaintiffs' document request. The affidavit or declaration should include a statement of how much time defendants spent searching for responsive documents.

Dated:  New York, New York
        February 13, 2015

                                    SO ORDERED

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge

Copies transmitted to:

Jason H. Berland, Esq.
Beys Stein Mobargah
   & Berland LLP
7th Floor
405 Lexington Avenue
New York, New York  10174

John G. Poles, Esq.
Poles Tublin Stratakis
   & Gonzalez, L.L.P.
Fifth Floor
46 Trinity Place
New York, New York  10006