BEYS STEIN MOBARGHA & BERLAND LLP
JASON H. BERLAND
646.755.3604 (Direct)
jberland@beysstein.com

February 23, 2015

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square – Room 1106
New York, NY 10007

      Re:    *Sea Trade Maritime Corp. v. Coutsodontis, et al.*; Index No. 09 Civ. 488 (LGS) (HBP), Request For Oral Argument

Dear Judge Schofield:

      We are counsel to Plaintiffs Sea Trade Maritime Corporation ("Sea Trade") and George Peters ("Peters") in the above referenced action. Pursuant to Your Honor's Individual Rules, Plaintiffs hereby request oral argument in connection with their Oppositions to Defendants' Motions For Summary Judgment.

      Respectfully submitted,

      */s/Jason H. Berland*
      Jason H. Berland

      *Counsel for Plaintiffs*

cc: All Counsel (Via ECF)