UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------
SEA TRADE MARITIME CORP., et al.
                      Plaintiff,

    -against-

STELIOS COUTSODONTIS, et al.
                      Defendant.
------------------------------------------------------

Case No. 09 Civ. 488 (LGS)

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__PETER SKOUFALOS__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PS 0105    My State Bar Number is 1868934

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: BROWN GAVALAS & FROMM LLP
                  FIRM ADDRESS: 355 LEXINGTON AVENUE, NEW YORK, NY 10017
                  FIRM TELEPHONE NUMBER: 2129838500
                  FIRM FAX NUMBER: 2129835946

NEW FIRM:    FIRM NAME: BROWN GAVALAS & FROMM LLP
                    FIRM ADDRESS: 555 FIFTH AVENUE, NEW YORK, NY 10017
                  FIRM TELEPHONE NUMBER: 2129838500
                  FIRM FAX NUMBER: 2129835946

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 02/24/2015

                                                s/_____
                                                ATTORNEY'S SIGNATURE