UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEA TRADE MARITIME CORP., et al.
      Plaintiff,

Case No. 09 Civ. 488 (LGS)

-against-

STELIOS COUTSODONTIS, et al.
      Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending  [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**PATRICK R. O'MEA**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PO 0424  My State Bar Number is 4592515

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: BROWN GAVALAS & FROMM LLP
     FIRM ADDRESS: 355 LEXINGTON AVENUE, NEW YORK, NY 10017
     FIRM TELEPHONE NUMBER: 2129838500
     FIRM FAX NUMBER: 2129835946

NEW FIRM: FIRM NAME: BROWN GAVALAS & FROMM LLP
     FIRM ADDRESS: 555 FIFTH AVENUE, NEW YORK, NY 10017
     FIRM TELEPHONE NUMBER: 2129838500
     FIRM FAX NUMBER: 2129835946

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 02/24/2015       s/_____
              ATTORNEY'S SIGNATURE