# BROWN GAVALAS & FROMM LLP

**355 LEXINGTON AVENUE**

**NEW YORK, NEW YORK 10017**

TEL: (212) 983-8500

FAX: (212) 983-5946
www.browngavalas.com
bgmail@ browngavalas.com

NEW JERSEY OFFICE
———
1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A.GAVALAS
(1978-1999)
ROBERT J.SEMINARA
(1987-1999)

February 26, 2015

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Sea Trade Maritime Corp., *et al.* v. Coutsodontis, *et al*.
              Docket No.: 09 Civ. 488 (LGS) (HBP)
              Our File No.: 1591.0001

Dear Judge Schofield:

    We represent defendant General Maritime Enterprises Corporation ("General Maritime") in this action. Pursuant to Your Honor's Individual Practices, we write to respectfully request that the Court hear oral argument on General Maritime's Motion for Summary Judgment.

    We thank the Court for its consideration of this matter.

                              Respectfully submitted,

                              BROWN GAVALAS & FROMM LLP

                              /s/ Peter Skoufalos
                              Peter Skoufalos

cc:    Counsel of Record