

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### CHIEF JUDGE LORETTA A. PRESKA
### RUBY J. KRAJICK, CLERK OF COURT

| About the Court | ADR | Attorney | Cases | ECF | Fees | Forms | Judges | Jury Duty | Local Rules | Naturalization | Part 1 | Pro Se | Trial Support |

### Welcome to the Southern District of New York

**Notice to the Bar** — SDNY ECF Service Interruption Notice for Monday, August 4, 8:00 PM - 10:00 PM. During this period users should avoid filing documents through ECF due to intermittent interruptions in service. Click here for more information.

**Manhattan, Foley Square Courthouse**

**White Plains Courthouse**

**History of the Southern District**

**Local Rules**
 Updated Jan. 13, 2014

**News and Events**

**2nd Circuit Judicial Misconduct Procedures**

**Application to Bring an Electronic Device into the Courthouse**

**ECF Rules and Instructions**
 Updated Mar. 17, 2014

*W*elcome to the United States District Court for the Southern District of New York. This Federal Court has jurisdiction over and summons jurors from the counties of New York, Bronx, Westchester, Rockland, Putnam, Orange, Dutchess, and Sullivan. The Court for the Southern District of New York hears cases in Manhattan, White Plains, and Middletown, New York.

Carved out of the first district court ever organized under the sovereignty of the United States, The Southern District of New York was established by the Judiciary Act of 1789, primarily for the determination of maritime matters. It has grown from its early maritime roots to emerge as one of the preeminent District Courts, distinguished not only by the nature of the matters filed but also by the renowned jurists who have graced its benches and determined those matters. For a listing of current U. S. District Judges and U.S. Magistrate Judges, click on Judges. Prior to appearing before the Court, parties should be familiar with the Individual Practices of the judge who has been assigned to their case.

The Southern District of New York has implemented Electronic Case Filing (ECF) and publishes the Electronic Case Filing Rules and Instructions to assist the bar. Documents filed in ECF cases must be filed electronically and will not be accepted in paper form, unless authorized. For more information, please visit ECF or contact the ECF Help Desk. For assistance in filing non-ECF cases, contact the Clerk's Office.

The Clerk of Court publishes information on this web site to assist the public and the Bar in conducting business with the United States District Court for the Southern District of New York. New and noteworthy information is available by clicking onto the Notice to the Bar or the News and Events links. Please note that in addition to the Federal Rules of Criminal Procedure and the Federal Rules of Civil Procedure, the Court's Local Rules govern the conduct of all actions filed in this Federal Court.

### Rulings of Special Interest

**August 1st, 2014**
Retirement Board of the Policemen's Annuity and Benefit Fund of Chicago v. The Bank of New York Mell

**July 30th, 2014**
Ligon et al v. City of New York et al (Modifying Remedial Order)

**July 30th, 2014**
Ligon et al v. City of New York et al (Opinion & Order)

### Law Clerk Hiring Information

### Quick Index

| | |
|---|---|
| Attorney Services | Naturalization |
| Court Reporters | Pretrial Services |
| Human Resources | Probation |
| Interpreters | Pro Bono |
| Jury Duty | Representing Yourself |
| Mediation (ADR) | Standing Orders |

### Most Recently Amended Practices

**August 1st, 2014**
Judge Paul A. Crotty
Civil Case Management Plan

**August 1st, 2014**
Judge Paul A. Crotty
Individual Rules of Practice

**July 29th, 2014**
Judge Vernon S. Broderick
Individual Rules of Practice in Civil Cases

Cited in Sea Trade Mar. Corp v. Coutsodontis,
09Civ488 Decided 7/30/14
Archived on 8/5/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Privacy and Security Notice** | **RSS Feeds**

500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150

Cited in Sea Trade Mar Corp v Coutsodontis
09Civ488 Decided 7/30/14
Archived on 8/5/14
This document is protected by copyright.
Further reproduction is prohibited without permission.