|  |  |
|---|---|
| SEA TRADE MARITIME CORPORATION, et al., <br><br>                    Plaintiffs, <br><br>       -against- <br><br> STELIOS COUTSODONTIS, et al., <br><br>                    Defendants. | **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br><br> Civil No. 09-488 (LGS)(HBP) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the firm of HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC (Mark A. Berman, Esq. and Kelly A. Zampino, Esq., appearing), hereby enters its appearance as co-counsel of record for Defendant Stelios Coutsodontis.

_____
Mark A. Berman, Esq. (MB4456)
Kelly A. Zampino, Esq. (KZ0721)
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 344-4619
mberman@hdrbb.com
kzampino@hdrbb.com

Dated: September 1, 2015