UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SEA TRADE MARITIME CORPORATION, *et al.*,

                            Plaintiff(s),

           -against-

STELIOS COUTSODONTIS, *et al.*,

                            Defendant(s).
------------------------------------------------------------- X

09 Civ. 488 (LGS)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2015

LORNA G. SCHOFIELD, District Judge:

      It is hereby ORDERED that the proceeding in this matter, previously scheduled for September 3, 2015 at 11:00 a.m., shall be adjourned to September 3, 2015 at 5:00 p.m., due to a conflict in the Court's schedule. Any parties not located within the metropolitan Tri-state area who wish to participate telephonically may do so by convening first on the telephone and calling into chambers at (212) 805-0288.

SO ORDERED.

Dated: September 2, 2015
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE