BEYS LISTON MOBARGHA & BERLAND LLP
Nader Mobargha
646.755.3603 (Direct)
nmobargha@blmblaw.com

September 8, 2015

**BY ECF**

The Honorable Lorna G. Schofield
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   <u>*Sea Trade Maritime Corporation et al. v. Stelios Coutsodontis*, 09-cv-00488 (LGS)(HBP)</u>

Dear Judge Schofield:

We represent Plaintiffs in the above-referenced matter and write this joint letter, on behalf of both Plaintiffs and Defendants, to inform the court that all parties do not consent to a trial before Magistrate Judge Pitman. Since both parties did not consent to have Judge Pitman conduct the trial, we did not complete the ECF form, entitled "Consent to Proceed Before a Magistrate Judge."

The parties are now available for a conference call to schedule a trial date.

Very truly yours,

/s/

Nader Mobargha
*Counsel for Plaintiffs*

Cc:    Mark A. Berman
       *Counsel for Defendant Stelios Coutsodontis*