USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, et al.,

                                    Plaintiffs,

                -against-

STELIOS COUTSODONTIS, et al.,

                                    Defendants,
------------------------------------------------------------X

09 Civ. 488 (LGS)

**SCHEDULING ORDER**

LORNA G. SCHOFIELD, District Judge:

      WHEREAS this action is trial ready;  it is hereby,

      **ORDERED** that the parties' motions *in limine,* as provided in the Court's individual rules, shall be due **October 2, 2015**. Any responses to the motions shall be due **October 12, 2015.**

      **ORDERED** that no later than **October 20, 2015**, in anticipation of the bench trial, all parties shall file on ECF and email a courtesy copy in Word format to the Chambers email address:

1. A Joint Stipulation of Facts as to all facts on which the parties agree;

2. The parties' respective Proposed Findings of Fact and Conclusions of Law ("PFFCL"), in which each party shall state all findings of fact and conclusions of law it believes the Court should adopt at the conclusion of the trial;

3. A Joint Final Pre-Trial Order as provided in the Court's individual rules; and if useful or necessary, any memoranda of law to address matters that are not addressed in the PFFCL or in any prior motion papers or court filings, as provided in the Court's individual rules.  It is further,

      **ORDERED** that that parties shall appear for a final pretrial conference on **November 5, 2015 at 10:30 a.m.**  It is further,

**ORDERED** that a bench trial in this matter shall commence on **November 16, 2015 at 9:30 a.m.**

The parties should advise the Court immediately by joint letter if they wish a referral to a Magistrate Judge for a settlement conference.

Dated: September 10, 2015
  New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**