USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
SEA TRADE MARITIME CORPORATION, et al., :
: 
                              Plaintiffs, :      09 Civ. 488 (LGS)
: 
        -against- :      **SCHEDULING ORDER**
: 
STELIOS COUTSODONTIS, et al., :
                              Defendants, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held before the Court on October 1, 2015; it is hereby

    **ORDERED** that the parties' motions *in limine,* as provided in the Court's individual rules, shall be due **November 30, 2015**. Any responses to the motions shall be due **December 9, 2015.**

    **ORDERED** that no later than **December 14, 2015**, in anticipation of the bench trial, all parties shall file on ECF and email a courtesy copy in Word format to the Chambers email address:

1. A Joint Stipulation of Facts as to all facts on which the parties agree;

2. The parties' respective Proposed Findings of Fact and Conclusions of Law ("PFFCL"), in which each party shall state all findings of fact and conclusions of law it believes the Court should adopt at the conclusion of the trial;

3. A Joint Final Pre-Trial Order as provided in the Court's individual rules; and if useful or necessary, any memoranda of law to address matters that are not addressed in the PFFCL or in any prior motion papers or court filings, as provided in the Court's individual rules. It is further

    **ORDERED** that that parties shall appear for a final pretrial conference on **January 6, 2016 at 4:30 p.m.** It is further

**ORDERED** that a bench trial in this matter shall commence on **January 11, 2016 at 9:45 a.m.**

Dated: October 1, 2015
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**