USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/15

**HARTMANN DOHERTY**
ROSA • BERMAN • BULBULIA
A LIMITED LIABILITY COMPANY • ATTORNEYS AT LAW

65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
666 Fifth Avenue, 28th Floor
New York, New York 10103
t: 212.344.4619

Short Hills Office
830 Morris Turnpike
Short Hills, New Jersey 07078
t: 973.467.1325

November 25, 2015

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**LETTER MOTION
FOR PERMISSION TO FILE
COMBINED MEMORANDUM OF LAW
IN SUPPORT OF DEFENDANT'S
MOTIONS *IN LIMINE*** 

Re:   **Sea Trade Maritime Corp., et al. v. Coutsodontis, et al.**
      **Civil No. 09-488 (LGS)(HBP)**

Dear Judge Schofield:

We represent Defendant Stelios Coutsodontis in the above-referenced action. Pursuant to the Court's October 1, 2015 Scheduling Order, the parties' *in limine* motions are due on November 30, 2015. Defendant intends to file at least seven (7) motions *in limine*. Several of the issues Defendant will raise in his motions are interrelated and must be analyzed together.

Defendant therefore respectfully requests permission to submit one brief, of no more than 25 pages, in support of all of his motions *in limine*, in excess of the five page limit set in the Court's Individual Rules and Procedures, § III.B.1. A combined brief will allow Defendant to more succinctly present the interrelated issues and will aid the Court in considering and deciding them.

Thank you for your consideration of this request.

Respectfully yours,

*/s/ Kelly Zampino*

Kelly A. Zampino

APPLICATION GRANTED. The Clerk of Court is directed to close the motion at Docket No. 241.

Dated:  November 30, 2015
        New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**