UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>STELIOS COUTSODONTIS, et al.,<br><br>Defendants. | Civil No. 09-488 (LGS)(HBP)<br><br>**DEFENDANT STELIOS COUTSODONTIS'**<br>**NOTICE OF MOTIONS *IN LIMINE*** |

TO: Jason H. Berland, Esq.
**BEYS LISTON MOBARGHA & BERLAND LLP**
825 Third Avenue, 2nd Floor
New York, NY 10022
(646)755-3600

PLEASE TAKE NOTICE that Defendant Stelios Coutsodontis hereby moves *in limine* through his attorneys, Hartmann Doherty Rosa Berman & Bulbulia, LLC (Mark A. Berman, Esq., appearing), for entry of Orders: (i) admitting and giving conclusive effect to the Greek courts' decisions confirming Defendant Coutsodontis' 50% interest in Sea Trade; (ii) dismissing this case for lack of subject matter jurisdiction and barring Plaintiff George Peters from proceeding on behalf of Sea Trade; (iii) barring Plaintiffs from seeking the claimed "equitable" remedy of forfeiture of shares and from seeking to prove a breach of fiduciary duty; (iv) barring Plaintiffs from introducing evidence regarding Plaintiff George Peters' allegation that he was defamed by Defendant Coutsodontis; (v) barring Plaintiffs from seeking or introducing evidence regarding damages related to the Spanish Arrest; (vi) barring Plaintiffs from seeking monetary relief arising from the Louisiana Arrest because the vessel was under arrest by a third party; (vii) barring Plaintiffs' expert witness from testifying; (viii) barring under the Dead Man's Statute introduction

of evidence regarding communications with, or transactions relating to, Elias Eliades or Athena Eliades; and (ix) dismissing the wrongful attachment claim because Plaintiffs cannot demonstrate that Defendant Coutsodontis did not rely in good faith upon the advice of counsel.

In support of these motions, Defendant will rely upon the Memorandum of Law, and Declaration of Mark A. Berman, Esq. with exhibits, submitted herewith.

    Respectfully submitted,

    _____
    Mark A. Berman, Esq. (MB4456)
    Kelly A. Zampino, Esq. (KZ0721)
    **HARTMANN DOHERTY ROSA**
    **BERMAN & BULBULIA, LLC**
    666 Fifth Avenue, 28th Floor
    New York, NY 10103
    (212) 344-4619
    mberman@hdrbb.com
    kzampino@hdrbb.com

    *Attorneys for Defendant*
    *Stelios Coutsodontis*

Dated: December 3, 2015