UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SEA TRADE MARITIME CORP. and :
GEORGE PETERS, :
: Case No. 090cv-488 (LGS) (HBP)
  *Plaintiffs*, :
: **NOTICE OF MOTIONS**
v. :
:
STELIOS COUTSODONTIS, et al., :
:
  *Defendants*. :
-------------------------------------------------------------x

     PLEASE TAKE NOTICE that upon the accompanying memoranda of law, affidavits of Jason H. Berland and Nader Mobargha and accompanying affidavits, and all prior proceedings and pleadings in this action, Plaintiffs, by their undersigned attorneys, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, at a time and date set by the Court, to grant Plaintiffs' motions in limine (i) excluding evidence of an undomesticated foreign judgment, and (ii) admitting evidence of Defendant Stelios Coutsodontis's accusations of forgery and fraud against Plaintiff George Peters.

Dated:  New York, New York
        December 3, 2015

                         BEYS LISTON MOBARGHA & BERLAND LLP

                         By:   */s/Jason H. Berland*
                                Jason H. Berland
                                Nader Mobargha
                                825 3rd Avenue – 2nd Floor
                                New York, NY  10022
                                Tel: 646-755-3600

                                *Attorneys for Plaintiffs*

cc: All Counsel (Via ECF)