

December 14, 2015

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge           **REQUEST FOR ORAL ARGUMENT**
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Sea Trade Maritime Corp., et al. v. Coutsodontis, et al.</u>
              Civil No. 09-488 (LGS)(HBP)

Dear Judge Schofield:

    We represent Defendant Stelios Coutsodontis in the above-referenced action. Pursuant to the Your Honor's Individual Rules and Procedures for Civil Cases, Defendant respectfully requests oral argument in connection with the parties' motions *in limine*.

    Thank you for your consideration of this request.

                                       Respectfully yours,

                                       /s

                                       Kelly A. Zampino

cc:    All Counsel of Record (via ECF)