```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/15
```



666 Fifth Avenue, 28th Floor
New York, New York 10103
t: 212.344.4619
f: 212.202.4858
www.hdrbb.com

River Edge Office
65 Route 4 East
River Edge, New Jersey 07661
t: 201.441.9056

Short Hills Office
830 Morris Turnpike
Short Hills, New Jersey 07078
t: 973.467.1325

December 14, 2015

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**REQUEST FOR ORAL ARGUMENT**

Re:   <u>Sea Trade Maritime Corp., et al. v. Coutsodontis, et al.</u>
      <u>Civil No. 09-488 (LGS)(HBP)</u>

Dear Judge Schofield:

We represent Defendant Stelios Coutsodontis in the above-referenced action. Pursuant to the Your Honor's Individual Rules and Procedures for Civil Cases, Defendant respectfully requests oral argument in connection with the parties' motions *in limine*.

Thank you for your consideration of this request.

Respectfully yours,

/s

Kelly A. Zampino

cc:   All Counsel of Record (via ECF)

---

APPLICATION DENIED. The motions in limine will be decided at the final pretrial conference on January 6, 2016.

Dated: December 15, 2015
       New York New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE