UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, et al.,
                           Plaintiffs,

         -against-

STELIOS COUTSODONTIS,
                           Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2016

09 Civ. 488 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, from January 11 to January 13, 2016, a trial was held in this matter; it is hereby

    **ORDERED** that, in accordance with the outline discussed at the post-trial conference, Plaintiffs' post-trial memorandum of law of no more than 30 pages is due by **March 2, 2016**; Defendant's response of no more than 30 pages is due by **April 20, 2016**; Plaintiffs' reply of no more than 12 pages is due by **May 4, 2016**.  It is further

    **ORDERED** that Defendant's memorandum of law on solely the res judicata issue of no more than 10 pages will be due by **March 2, 2016**; Plaintiffs' response of no more than 10 pages will be due by **April 20, 2016**; Defendant's reply of no more than four pages will be due by **May 4, 2016**.  It is further

    **ORDERED** that all memoranda of law shall cite to the trial transcript, and all such citations shall be hyperlinked.  (Please call the Courtroom Deputy, James Street, for further guidance).

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules concerning motion papers. Along with the courtesy copy provided for in the rules, Plaintiffs shall also deliver a binder of the relevant Greek, Spanish and New York State court decisions.

Dated: January 14, 2016
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE