BEYS LISTON MOBARGHA & BERLAND LLP
JASON H. BERLAND
646.755.3604 (Direct)
jberland@blmblaw.com

February 9, 2016

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square – Room 1106
New York, NY 10007

      Re:    *Sea Trade Maritime Corp., et al. v. Coutsodontis*; Index No. 09 Civ. 488 (LGS) (HBP), *Located Documents*

Dear Judge Schofield:

      We are counsel to Plaintiffs Sea Trade Maritime Corporation ("Sea Trade") and George Peters ("Peters") in the above referenced action. Between January 11, 2016 and January 13, 2016 we appeared before Your Honor for a trial. During the trial, copies of two Powers of Attorney granting Peters authority to run the day-today operations of Sea Trade were admitted into evidence. Additionally, copies of Peters's Sea Trade bearer shares were also admitted. During a break in Peters's testimony, the Court directed Peters to attempt to locate the originals of the aforementioned documents. Peters attempted such a search, yet was unsuccessful in locating the documents. At the close of trial, we tendered to the Court a corporate kit containing originals of corporate documents in our possession at the time.

      Subsequent to the conclusion of the trial, Peters continued to diligently search for the original Powers of Attorney and bearer share certificate. Just recently, he was able to locate one of the original Powers of Attorney, as well as original bearer shares. These documents were buried deep within file cabinets in Peters's home.

      Should the Court wish to inspect these originals, we will bring them to chambers and leave them in the Court's custody. Of course, we will also make these originals available for our adversaries' review.

      Respectfully,

      */s/Jason H. Berland*
      Jason H. Berland
      *Counsel for Plaintiffs*