USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2019

BEYS LISTON & MOBARGHA LLP

Nader Mobargha
646.755.3603 (Direct)
nmobargha@blmllp.com

February 14, 2018

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Sea Trade Maritime Corp., et al v. Coutsodontis, et al.*, **Civil No. 09-488 (LGS)(HBP), Request for short three-business day extension of time**

Dear Judge Schofield:

  I am counsel for Plaintiffs George M. Peters and Sea Trade Maritime Corporation in the above referenced matter.

  Currently, responses to objections to Judge Pitman's Report and Recommendation are due on Wednesday, February 20, 2019.

  Due to the death of a close family friend that has given rise to both financial and legal issues this past week, I submit this letter motion to request a short, three-business day extension to Monday, February 25, 2019 for the parties to file their responses.

  Defendant's counsel has consented to my request.

  Previously, on December 18, 2018, Defendant's counsel requested a one-month extension for the parties to file objections to Judge Pitman's Report and Recommendation. I consented to the request. The Court granted the extension and indicated that there will be "no further extensions."

  I respectfully request that the Court make an exception to its ruling given that it is my first request and given that the request is for a short period of time.

---

Page 2 of 2

Thank you for your kind consideration of this matter.

Respectfully Submitted,

/s/

Nader Mobargha

*Counsel for George M. Peters and Sea Trade Maritime Corporation*

Application GRANTED.  The deadline to file responses is extended from February 20, 2019, to February 25, 2019.  No further extensions will be granted absent extenuating circumstances.

Dated: February 15, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**