UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA TRADE MARITIME CORPORATION, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> STELIOS COUTSODONTIS, et al., <br><br> Defendants. | Civil No. 09-0488 (LGS)(HBP) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendant Stelios Coutsodontis will move before the Honorable Lorna G. Schofield, U.S.D.J., at a date and time to be set by the Court, for entry of an Order granting reconsideration of the Court's February 27, 2019 Order and vacating the Court's February 28, 2019 Judgment, under Federal Rules of Civil Procedure 59 and 60.  In support of this motion, Defendant relies upon the Memorandum of Law filed herewith.

_____
Mark A. Berman, Esq.
Kelly A. Zampino, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
800 Third Avenue, 28th Fl.
New York, NY 10022
 (212) 344-4619
mberman@hdrbb.com

*Attorneys for Defendant*
*Stelios Coutsodontis*

Dated: March 6, 2019