UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEA TRADE MARITIME CORP. et. al.,

                                         Plaintiffs,

-against-

STELIOS COUTSODONTIS, et. al.,

                                         Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2019

9 Civ. 488 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 6, 2019, Defendant filed a motion for reconsideration.  It is hereby

       **ORDERED** that Defendant's motion for reconsideration is GRANTED.  It is further

       **ORDERED** that the Order at Dkt. 377 and the Clerk's Judgment at Dkt. 378 are vacated.

The parties' objections will be considered on the merits in due course.

Dated: March 7, 2019
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE