USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SEA TRADE MARITIME CORPORATION, et al,

                Plaintiffs,                              09 **CIVIL** 488 (LGS)(HBP)

       -against-                                      **JUDGMENT**

STELIOS COUTSODONTIS,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2020, the recommendation in the Report is adopted: $1,170,645.87, representing one-half of the proceeds from the sale of the M/V Athena, plus any accrued interest thereon, currently residing in escrow, shall be distributed to Coutsodontis as the benefit of his 50% ownership in Sea Trade. The balance of the escrow account shall be distributed to Peters and his mother according to their ownership shares in Sea Trade. In addition, $116,542.90 or half of the appeal bond balance shall be distributed to Coutsodontis as an additional benefit of his 50% ownership interest in Sea Trade. The remaining half of the appeal bond balance shall be distributed to Peters and his mother according to their ownership shares in Sea Trade. Having reviewed the remainder of the Report as to which no objection was made and to the extent not inconsistent with the order, the Court finds that it is not clearly erroneous; accordingly, the case is closed.

**Dated:**  New York, New York
           May 28, 2020

                                                                **RUBY J. KRAJICK**
                                                                    Clerk of Court

                              **BY:**
                                                                  Deputy Clerk