|  |  |
|---|---|
| SEA TRADE MARITIME CORPORATION, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> STELIOS COUTSODONTIS, et al., <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br><br> Civil No. 09-488 (LGS)(HBP) <br><br> **NOTICE OF MOTION** <br> **TO SUBSTITUTE PARTY** |

**PLEASE TAKE NOTICE** that Francesca Coutsodontis, in her capacity as named Executor of Defendant Estate of Stelios Coutsodontis, will move before the Honorable Lorna G. Schofield, U.S.D.J., at a date and time to be set by the Court, for entry of an Order under Federal Rule of Civil Procedure 25, substituting Ms. Coutsodontis, in her capacity as Executor only, in the place and stead of Defendant Stelios Coutsodontis in the above-captioned matter. In support of this motion, Defendant relies upon the Declaration of Counsel filed herewith.

_____
Mark A. Berman, Esq.
Kelly A. Zampino, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
800 Third Avenue, 28th Fl.
New York, NY 10022
 (212) 344-4619
mberman@hdrbb.com

*Attorneys for Defendant*
*Stelios Coutsodontis and Francesca*
*Coutsodontis, as Executor of the Estate of*
*Stelios Coutsodontis*

APPLICATION GRANTED.

Dated: June 1, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**